# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, | NO. C 99-20207 JW |
| Plaintiff, | **ORDER ADOPTING THE DECEMBER 4, 2006 REPORT AND RECOMMENDATION OF THE SPECIAL MASTER** |
| v. | |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

After de novo review of all objections to findings of fact and conclusions of law made by the Special Master in his December 4, 2006 Report, for the reasons stated on the record, the Court adopts the Report and by this reference incorporates it in this Order. Judgment shall be entered accordingly.

Dated: August 22, 2007

JAMES WARE
United States District Judge

EXHIBIT 19

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Martin S. Checov mchecov@omm.com
Merle Jane Panick mpanick@hinshawlaw.com
Ralph Angelo Zappala zappala@lbbslaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

Dated: August 22, 2007

Richard W. Wieking, Clerk

By:_____/s/ JW Chambers__
     **Elizabeth Garcia
     Courtroom Deputy**

# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | NO. C 99-20207 JW<br><br>**JUDGMENT** |

    Pursuant to the Order Adopting the December 4, 2006 Report and Recommendation of the Special Master and good cause appearing, judgment is entered in favor of Plaintiff Hewlett-Packard Company against Defendant Ace Property & Casualty Insurance Company in the principal sum of $28,418,671.72, together with interest and costs.

Dated: August 22, 2007

                                        */s/ James Ware*
                                        JAMES WARE
                                        United States District Judge

EXHIBIT 20

1  THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

2
   Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
3  David A. Gauntlett info@gauntlettlaw.com
   James A. Lowe jal@gauntlettlaw.com
4  Martin S. Checov mchecov@omm.com
   Merle Jane Panick mpanick@hinshawlaw.com
5  Ralph Angelo Zappala zappala@lbbslaw.com
   Robert John Romero rromero@hinshawlaw.com
6  Steven H. Bergman sbergman@omm.com

7

8  Dated: August 22, 2007                     Richard W. Wieking, Clerk

9
                                              By:____/s/ JW Chambers__
10                                                Elizabeth Garcia
                                                  Courtroom Deputy

United States District Court
For the Northern District of California