ORIGINAL

E-FILING

FILED
2007 SEP 11  A 11: 23
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

1 | **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2 | James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
3 | Andrew M. Sussman (SBN 112418)
ams@gauntlettlaw.com
4 | 18400 Von Karman, Suite 300
Irvine, California 92612
5 | Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

C07 04676

HEWLETT-PACKARD COMPANY, a Delaware corporation,

　　　　　　　Plaintiff,

vs.

ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,

　　　　　　　Defendant.

Case No.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF HEWLETT-PACKARD COMPANY**

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 10, 2007

**GAUNTLETT & ASSOCIATES**

By: _____
　　　David A. Gauntlett
　　　James A. Lowe
　　　Andrew M. Sussman

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY