

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>        Defendant. | Case No. C-99-20207 JW<br><br>Hon. James Ware<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

10191-003-9/13/2007-1584427.1

[PROPOSED] ORDER GRANTING MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED
– C-99-20207 JW

1  GOOD CAUSE APPEARING, IT IS ORDERED:

2  The action captioned *Hewlett-Packard Company v. ACE Property & Casualty Insurance

3  Company*, Case No. 07-cv-04676 shall be and hereby is assigned to Judge James Ware for all

4  purposes.

6  Dated: September 21, 2007

   _____
   UNITED STATES DISTRICT JUDGE

9  PRESENTED BY:

10 **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
11 James A. Lowe (SBN 214383)
   *jal@gauntlettlaw.com*
12 Andrew M. Sussman (SBN 112418)
   *ams@gauntlettlaw.com*
13 18400 Von Karman, Suite 300
   Irvine, California 92612
14 Telephone: (949) 553-1010
   Facsimile: (949) 553-2050

16 Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY