UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>ACE PROPERTY & CASUALTY<br>INSURANCE COMPANY et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-04676 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew M. Sussman
Gauntlett & Associates
18400 Von Karman Ave #300
Irvine, CA 92612

Dated: September 21, 2007

                                          Richard W. Wieking, Clerk
                                          By: Tiffany Salinas-Harwell, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ACE PROPERTY & CASUALTY<br>INSURANCE COMPANY et al,<br><br>    Defendant.<br>_____/ | Case Number: CV07-04676 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew M. Sussman
Gauntlett & Associates
18400 Von Karman Ave #300
Irvine, CA 92612

Dated: September 21, 2007

Richard W. Wieking, Clerk
By: Tiffany Salinas-Harwell, Deputy Clerk