UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HEWLETT PACKARD COMPANY,

          Plaintiff,

  v.

ACE PROPERTY & CASUALTY
INSURANCE COMPANY et al,

          Defendant.

_____/

Case Number: CV07-04676 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George K. Rosenstock
Gauntlett & Associates
18400 Von Karman
Suite 300
Irvine, CA 92612

Dated: September 21, 2007

                          Richard W. Wieking, Clerk
                          By: Tiffany Salinas-Harwell, Deputy Clerk