# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

HEWLETT-PACKARD COMPANY,
a Delaware corproation,

                Plaintiff

V.

ACE PROPERTY AND CASUALTY INSURANCE
COMPANY, a Pennsylvania corporation,

                Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 04676 RS

TO: (Name and address of defendant)

ACE PROPERTY AND CASUALTY INSURANCE COMPANY

CT CORPORATION SYSTEM
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

GAUNTLETT & ASSOCIATES
David A. Gauntlett, Esq.
James A. Lowe, Esq.
Andrew M. Sussman, Esq.
18400 Von Karman, Suite 300
Irvine, CA 92612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_(signature)_
(BY) DEPUTY CLERK

SEP 1 1 2007
DATE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Gauntlett & Associates<br>18400 Von Karman Ave Ste 300<br>Irvine    CA    92612 | (949) 553-1010 | |

ATTORNEY FOR (Name

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
HEWLETT-PACKARD V. ACE PROPERTY

| 1223526 | (HEARING) Date | Time | Dept |
|---|---|---|---|

Case Number: C0704676RS

REFERENCE NO. 10191-031

## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 21 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION, I SERVED THE:

SUMMONS IN A CIVIL CASE & COMPLAINT; CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY PLAINTIFF HEWLETT-PACKARD COMPANY CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER RE: INITIAL CASE MANAGEMENT; STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASE
SEE ATTACHMENT

ON: Ace Property and Casualty Insurance Company,
a Pennsylvania corporation, by serving CT Corporation, agent for service

AT: 818 W 7th St
Los Angeles    CA    90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

TYNESHA WOOLFORK, AUTHORIZED TO RECEIVE
AFRICAN AMERICAN FEMALE 30YRS 5'05" 190LBS. BLACK HAIR

ON    9/28/2007    AT    3:00:00 PM

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

7a. Person Serving:    Enrique    Mendez

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was    $79.90
e. I am:
(1)    not a registered California process server:
(3) X    registered California process server:
   (i) Independant Contractor
   (i) Registration No: 434/3428
   (i) County:    oc/la

8. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.    X

10/8/2007

SIGNATURE

## PROOF OF SERVICE

| PETITIONER/PLAINTIFF: HEWLETT-PACKARD COMPANY | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: ACE PROPERTY AND CASUALTY INSURANCE | C0704676RS |

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE

GENERAL ORDER NO. 40, PROHIBITION OF BIAS

ECF REGISTRATION INFORMATION HANDOUT

NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION

GENERAL ORDER NO. 45, ELECTRONIC CASE FILING

BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OR AN ADR PROCESS

Legal Solutions Plus