1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   jal@gauntlettlaw.com
3  Andrew M. Sussman (SBN 112418)
   ams@gauntlettlaw.com
4  Kory S. Booth (SBN 188960)
   ksb@gauntlettlaw.com
5  18400 Von Karman, Suite 300
   Irvine, California 92612
6  Telephone: (949) 553-1010
   Facsimile: (949) 553-2050
7
   Attorneys for Plaintiff
8  HEWLETT-PACKARD COMPANY

9

10                UNITED STATES DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13 | HEWLETT-PACKARD COMPANY, a ) Case No.: 07-CV-04676-JW
   | corporation,                )
14 |                             )
   |           Plaintiff,        ) **APPENDIX OF EXHIBITS IN SUPPORT**
15 |                             ) **OF FIRST AMENDED COMPLAINT FOR**
   |   vs.                       ) **BREACH OF THE IMPLIED COVENANT**
16 |                             ) **OF GOOD FAITH AND FAIR DEALING**
   |                             )
17 | ACE PROPERTY & CASUALTY     )
   | INSURANCE COMPANY, a corporation, )
18 |                             )
   |           Defendant.        )
19 |                             )

20

21

22

23

24

25

26

27

28

Attached hereto and incorporated herein are true and correct copies of each of the following exhibits in support of Plaintiff Hewlett-Packard Company's First Amended Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing. The exhibits are listed in the order referenced in the First Amended Complaint.

| Exhibit No. | Date of Exhibit | Description of Exhibit (In Order Referenced in FAC) |
|---|---|---|
| **VOLUME 1** | | |
| 1 | 10/31/92 | Insurance Policy No. CXC024869 |
| 19 | 8/22/07 | Order entered in Coverage Action |
| 20 | 8/22/07 | Judgment |
| 2 | 6/13/98 | HP tender letter |
| 3 | 6/19/98 | HP letter to ACE |
| 21 | 6/16/98 | HP letter to ACE |
| 4 | 6/24/98 | ACE acknowledgement of tender letter |
| 22 | 7/14/98 | E-mail of Romain Oliver Nelson |
| 5 | 8/19/98 | HP letter to Nelson |
| 7 | 10/09/98 | ACE letter to HP |
| 8 | 10/27/98 | HP letter to ACE |
| 23 | 11/16/98 | ACE letter to HP |
| 24 | 12/23/98 | HP letter to ACE |
| 9 | 1/13/99 | ACE letter to HP |
| 6 | 2/18/99 | Coverage Action Complaint |
| 10 | 2/19/99 | HP letter to ACE |
| 25 | 3/5/99 | ACE letter to HP |

| EXHIBIT NO. | DATE OF EXHIBIT | DESCRIPTION OF EXHIBIT (IN ORDER REFERENCED IN FAC) |
|---|---|---|
| 11 | 3/11/99 | HP letter to ACE |
| 26 | 3/16/99 | ACE's Answer to HP's Coverage Action Complaint |
| 28 | 3/18/99 | Nu-kote's Counterclaim |
| 29 | 3/23/99 | ACE letter to HP |
| 30 | 3/30/99 | HP letter to ACE |
| 31 | 4/05/99 | HP letter to ACE |
| 32 | 4/06/99 | ACE letter to HP |
| 33 | 4/06/99 | HP letter to ACE |
| 34 | 4/07/99 | HP's Motion for Partial Summary Judgment |
| 12 | 4/12/99 | HP letter to ACE |
| 35 | 4/13/99 | HP's 45-page Index of Pleadings provided to ACE |
| 36 | 4/14/99 | HP letter to ACE |
| 37 | 4/20/99 | ACE's Opposition to HP's Motion for Partial Summary Judgment |
| 38 | 4/28/99 | HP's Reply in Support of its Motion for Partial Summary Judgment |
| 39 | 4/28/99 | ACE letter to HP |
| 40 | 4/30/99 | HP to ACE |
| 41 | 6/02/99 | HP to ACE |
| 13 | 8/24/99 | Order entered in Coverage Action |
| 42 | 10/28/99 | Order entered in Coverage Action |
| 43 | 2/01/00 | ACE's Motion for Reconsideration |
| 44 | 2/16/00 | HP's Opposition to ACE's Motion for Reconsideration |
| 45 | 2/23/00 | ACE's Reply re its Motion for Reconsideration |
| 46 | 3/17/00 | HP letter to ACE |

## VOLUME 2

| | | |
|---|---|---|
| 47 | 4/06/00 | Order entered in Coverage Action |
| 14 | 6/19/00 | Order entered in Coverage Action |
| 15 | 5/01/01 | Order entered in Coverage Action |
| 49 | 6/19/01 | Order entered in Coverage Action |
| 50 | 1/09/02 | Order entered in Coverage Action |
| 51 | 1/10/02 | HP letter to ACE |
| 52 | 1/11/02 | HP letter to ACE |
| 53 | 1/14/02 | HP letter to ACE |
| 54 | | Excerpts from Joint Trial Exhibit List |
| 55 | | HP-Nu-kote Trial Exhibit 1963 |
| 56 | | HP-Nu-kote Trial Exhibit 1964 |
| 57 | | HP-Nu-kote Trial Exhibit 2421 |
| 58 | | HP-Nu-kote Trial Exhibit 382 |
| 59 | | HP-Nu-kote Trial Exhibit 1481-D |
| 60 | | HP-Nu-kote Trial Exhibit 23 |
| 61 | | HP-Nu-kote Trial Exhibit 619 |
| 62 | | HP-Nu-kote Trial Exhibit 1155 |
| 63 | | HP-Nu-kote Trial Exhibit 476 |
| 64 | | HP-Nu-kote Trial Exhibit 2333 |
| 65 | | HP-Nu-kote Trial Exhibit 22-D |
| 66 | | HP-Nu-kote Trial Exhibit 5481 |
| 67 | | Supplemental Jury Instruction No. 14 in *Nu-kote* Action |
| 68 | 7/19/99 | Portions of certified trial transcript in *Nu-kote* Action |
| 69 | 7/19/99 | Portions of certified trial transcript in *Nu-kote* Action |

APPENDIX OF EXHIBITS IN SUPPORT OF
FIRST AMENDED COMPLAINT
– 07-CV-04676-JW

10191-031-11/20/2007-159051.1

| | | |
|---|---|---|
| 70 | 7/22/99 | Jury "Verdict on antitrust Claims" entered in *Nu-kote* Action |
| 71 | 3/19/02 | HP letter to ACE |
| 16 | 4/01/02 | Order Granted by Special Master in Coverage Action |
| 72 | 3/04/02 | ACE's Opposition to HP's Motion for Adjudication |
| 73 | 4/10/02 | ACE's Motion to Vacate the 4/01/02 Order |
| 74 | 6/03/02 | HP's Opposition to ACE's Motion to Reject the 4/01/02 Order |
| 17 | 10/11/02 | Order entered in Coverage Action |
| 75 | 6/28/02 | Order entered in Coverage Action |
| 76 | 7/23/02 | ACE's Memorandum of Points and Authorities in Support of its Motion or Summary Judgment |
| 77 | 3/04/03 | Order entered in Coverage Action |
| 78 | 3/31/03 | Report of Special Master |
| 79 | 9/05/03 | ACE's Motion for Reconsideration of the 3/04/03 Order |
| 80 | 10/02/03 | HP's Opposition to ACE's third motion for reconsideration |
| 81 | 10/08/03 | ACE's Reply in support of its third motion for reconsideration |
| 82 | 10/14/03 | ACE "reservation of rights" letter to HP |
| 83 | 10/24/03 | HP's letter to ACE |
| 84 | 1/05/06 | ACE's "Pre-Hearing Brief" |
| 85 | 1/06/06 | HP letter to ACE |
| 86 | 1/06/06 | ACE letter to HP |
| 87 | 1/09/06 | Excerpts from the Evidentiary Hearing, First Day |
| 88 | 1/11/06 | Excerpts from the Evidentiary Hearing, Third Day |
| 89 | 1/14/06 | Excerpts from the Evidentiary Hearing, Fifth Day |
| 90 | 1/18/06 | HP's letter to ACE |
| 91 | 1/31/06 | ACE's letter to HP |
| 92 | 2/10/06 | HP letter to ACE |
| 93 | 7/07/06 | HP letter to ACE |

| | | |
|---|---|---|
| **94** | 9/08/06 | ACE letter to HP |
| **18** | 12/04/06 | Report of Special Master in Coverage Action |
| **95** | 12/20/06 | HP letter to ACE |
| **96** | 12/21/06 | HP letter to ACE |
| **97** | 1/19/07 | ACE letter to HP |
| **20** | 8/22/07 | Court's Judgment entered in Coverage Action |
| **98** | 8/31/02 | Tolling Agreement |

Dated: November 20, 2007

**GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
      David A. Gauntlett
      James A. Lowe
      Andrew M. Sussman

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY