# EXHIBIT 4

W. John Ryan
Liability Specialist
Advertising Injury Unit



**CIGNA Property
& Casualty**

June 24, 1998

3875 Telegraph Road, #407
Ventura, California 93003
805-650-5959 (voice)
805-650-0800 (facsimile)
ryan@cigna.e-mail.com (e-mail)

Leo E. Lundberg, Jr., Esquire
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, California 92715

RE: *Hewlett Packard Company v. Nu-kote International, Inc.*
Insured: Hewlett Packard Company
Carrier: Cigna Property & Casualty Insurance Company
Policy No.: CXC 024869, Effective 10/31/92 - 10/31/93
Claim No.: X054L561071-5

Dear Mr. Lundberg:

This matter will be handled by me until its conclusion. Please direct all further correspondence to the above address.

Since I talked with you yesterday, I have reviewed the your tender letter of June 13, 1998 and the accompanying materials. Some of the material is illegible due to multiple faxing and photocopying. Please send another copy of the exhibits. Please, also, send the Second Amended Complaint.

I am beginning our coverage investigation now. It is my understanding that you have factual information pertinent to the coverage issues which you will send when we sign and return the confidentiality agreement. Please be sure to include in that information the specific key dates. Since our coverage ended on October 31, 1993 I am particularly concerned about when HP first become aware of the subject Nu-kote products and when they did any advertising that referenced the products.

Please identify the other carriers to whom this matter has been tendered, together with policy dates and kinds of coverage provided.

After our coverage investigation is completed, I will advise whether we intend to defend this suit and, if we do, the terms under which that defense will be provided.


EXHIBIT
4

In the interim, please let me know if you have any questions.

Sincerely,

W. John Ryan

c    Karin Finizio, AIC, Global Risk Management

561071X1.068