# EXHIBIT 7

# LE⬤, D'AMATO, BRISBOIS & ⬤SGAARD LLP

| LOS ANGELES OFFICE<br>SUITE 1200<br>221 NORTH FIGUEROA STREET<br>LOS ANGELES, CALIFORNIA 90012<br>TELEPHONE (213) 250-1800<br><br>COSTA MESA OFFICE<br>SUITE 1400<br>650 TOWN CENTER DRIVE<br>CENTER TOWER BUILDING<br>COSTA MESA, CALIFORNIA 92626<br>TELEPHONE (714) 545-9200<br><br>SAN FRANCISCO OFFICE<br>SUITE 1900<br>601 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94108<br>TELEPHONE (415) 362-2580 | LAWYERS<br>SUITE 800<br>550 WEST "C" STREET<br>SAN DIEGO, CALIFORNIA 92101-3531<br>TELEPHONE (619) 233-1006<br>FACSIMILE (619) 233-8627 | INLAND EMPIRE OFFICE<br>TRI-CITY CORPORATE CENTRE, SUITE 800<br>650 EAST HOSPITALITY LANE<br>SAN BERNARDINO, CALIFORNIA 92408-35<br>TELEPHONE (909) 387-1130<br><br>SACRAMENTO OFFICE<br>SUITE 300<br>2500 VENTURE OAKS WAY<br>SACRAMENTO, CALIFORNIA 95833-3500<br>TELEPHONE (916) 564-5400<br><br>FACSIMILES<br>LOS ANGELES: (213) 250-7900<br>COSTA MESA: (714) 850-1030<br>SAN FRANCISCO: (415) 434-0882<br>SAN BERNARDINO: (909) 387-1138<br>SACRAMENTO: (916) 564-5444 |

THOMAS M. CORRELL
DIRECT DIAL (619) 699-4944
E-MAIL: CORRELL@LDBS.COM

October 9, 1998

OUR FILE NO.
TBA

<u>via Facsimile Only</u>
(949) 553-2050

Richard Wm. Zevnik
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Suite 300
Irvine, CA 92612

    Re:  *Hewlett-Packard Co. v. Nu-Kote International and counterclaim*
           US DIST. COURT (Northern Div. Case No. C 95 2254 CW
           Our Client        :     CIGNA Property & Casualty
           CIGNA Insured   :     Hewlett-Packard Company
           CIGNA Claim No. :     233L236448-3

Dear Mr. Zevnik:

    I have been retained by CIGNA Property & Casualty, Century Indemnity Company (as successor to CIGNA Speciality Insurance Company, fka California Union Insurance Company) and Insurance Company of North America (hereinafter CIGNA), to provide coverage advice with regard to the captioned matter. I would like to make arrangements with your office to review relevant documents concerning the claims presented by Nu-kote International in this matter. The Confidentiality Agreement you requested, has been executed by Mr. Ryan of CIGNA.


EXHIBIT 7

Richard Wm. Zevnik
October 9, 1998
Page 2

It appears that the litigation between Hewlett-Packard and Nu-kote has been ongoing for some time. I would like to have access to the following documents:

- interrogatories proposed to Nu-kote along with their answers;

- motions filed by either Nu-kote or Hewlett-Packard with regard to the Nu-kote counterclaims;

- deposition transcripts of percipient witnesses related to the Nu-kote counterclaims; and

- documents which relate to the Nu-kote counterclaims.

Also, I would like to obtain any and all information available with regard to whether the Nu-kote counterclaims are related in any way to Hewlett-Packard's conduct anywhere in the world outside of the United States, its territories or possessions, Canada, Cuba and North Korea. We would like to receive any and all information including documents which constitute Hewlett-Packard's advertising activities which are in any way related to the Nu-kote counterclaims.

Mr. Ryan and I would like to make arrangements to review these materials at the appropriate location, as soon as possible on or after Tuesday, October 13, 1998. I would appreciate hearing from you as soon as possible with regard to this request.

Thank you.

Very truly yours,

*Thomas M. Correll*

Thomas M. Correll
LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP

TMC/nln