# EXHIBIT 14

1

2

3

4  ORIGINAL
   FILED

   JUN 1 9 2000

   RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   SAN JOSE

   NOT FOR PUBLICATION

5

6

7

8

9

10              UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13                                    )    CIVIL NO. 99-20207 SW
                                      )
14  HEWLETT PACKARD COMPANY,          )
                                      )    ORDER DENYING DEFENDANT'S MOTION
15            Plaintiff,              )    FOR RECONSIDERATION
                                      )
16         v.                         )    [FILED UNDER SEAL]
                                      )
17  CIGNA PROPERTY AND CASUALTY       )
    INSURANCE COMPANY,                )    SEALED BY ORDER
18                                    )
            Defendant.               )    OF COURT
19  _____ )

20

21      Defendant Cigna Property and Casualty Company ("Cigna")[1] moves

22  for reconsideration of this Court's August 24, 1999 Order granting

23  Plaintiff Hewlett Packard Company's ("HP") motion for partial

24  summary judgment.  On October 28, 1999, this Court granted, in

25  part, Cigna's Application for Leave to File a Motion for

26  Reconsideration regarding the August 24, 1999 Order.  The August

27  _____

28      [1]According to the Reply papers, Cigna is now known as Ace
    Property and Casualty Insurance Company.

EXHIBIT

14

ALL-STATE LEGAL®

1  24, 1999 Order adjudicated that Cigna had a duty to defend HP

2  against a counterclaim in an underlying action.

3      On April 16, 2000, this Court denied in part Cigna's motion,

4  but gave Cigna the opportunity to provide additional briefing "to

5  explain what sort of evidence could conclusively establish that the

6  Cigna Policy did not apply to Nu-kote's claims at the time of

7  tender."  Having considered the briefing supplied by the parties,

8  the Court hereby determines that Cigna's motion for reconsideration

9  is DENIED.

10

11      IT IS SO ORDERED.

12  DATED: JUN 1 9 2000

13      SPENCER WILLIAMS
        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2