# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, | NO. C 99-20207 JW |
| Plaintiff, | **ORDER ADOPTING THE DECEMBER 4, 2006 REPORT AND RECOMMENDATION OF THE SPECIAL MASTER** |
| v. | |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

After de novo review of all objections to findings of fact and conclusions of law made by the Special Master in his December 4, 2006 Report, for the reasons stated on the record, the Court adopts the Report and by this reference incorporates it in this Order. Judgment shall be entered accordingly.

Dated: August 22, 2007

*James Ware*
JAMES WARE
United States District Judge

EXHIBIT 19

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Martin S. Checov mchecov@omm.com
Merle Jane Panick mpanick@hinshawlaw.com
Ralph Angelo Zappala zappala@lbbslaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

Dated: August 22, 2007

Richard W. Wieking, Clerk

By: ___/s/ JW Chambers___
Elizabeth Garcia
Courtroom Deputy

United States District Court
For the Northern District of California