# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | NO. C 99-20207 JW<br><br>**JUDGMENT** |

Pursuant to the Order Adopting the December 4, 2006 Report and Recommendation of the Special Master and good cause appearing, judgment is entered in favor of Plaintiff Hewlett-Packard Company against Defendant Ace Property & Casualty Insurance Company in the principal sum of $28,418,671.72, together with interest and costs.

Dated: August 22, 2007

JAMES WARE
United States District Judge

EXHIBIT 20

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Martin S. Checov mchecov@omm.com
Merle Jane Panick mpanick@hinshawlaw.com
Ralph Angelo Zappala zappala@lbbslaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

Dated: August 22, 2007

Richard W. Wieking, Clerk

By:____/s/ JW Chambers__
     **Elizabeth Garcia**
     **Courtroom Deputy**