# EXHIBIT 22

X-Mailer: Novell GroupWise 4.1
Date: Tue, 14 Jul 1998 14:54:16 -0600
From: Romain Oliver Nelsen <rnelsen@ntptlaw.com>
To: info@gauntlettlaw.com
Subject: HP v. Nu-Kote: Cigna Claim # X54L561071-5H-P v.   Nucote:X054L561071-5
Encoding: 23 Text

CONFIDENTIAL:  This message and any attachments are private and confidential, intended for the recipients listed only.  If you have received this message by error, please do not reproduce, save, copy or retransmit except to notify the sender of the error.  And, please delete this message from your system.  If you have questions, you may call 310.315.1001.  Thank you.

Mr. Gauntlett:

Thank you for discussing this matter with me by telephone today.  This is to confirm that I have been retained by Cigna Property & Casualty for insurance coverage analysis on the claims by Hewlett Packard.  I have been asked to respond on an international primary policy as well as two separate excess policies.  As of this writing, I do not have a file on the primary policy or any policies.

Because of the size of this problem and the costs involved, I will give this priority attention to respond to your claims and the settlement prospects you mentioned as a possibility.

If you have questions or additional information, please call.  I may be reached at the Santa Monica office number or at 530.753.6334.  Thank you again.  I look forward to working with you.