**EXHIBIT 23**

# LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP

**LOS ANGELES OFFICE**
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

**COSTA MESA OFFICE**
SUITE 1400
650 TOWN CENTER DRIVE
CENTER TOWER BUILDING
COSTA MESA, CALIFORNIA 92626
TELEPHONE (714) 545-9200

**SAN FRANCISCO OFFICE**
SUITE 1900
601 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE (415) 362-2580

**LAWYERS**
SUITE 800
550 WEST "C" STREET
SAN DIEGO, CALIFORNIA 92101-3531
TELEPHONE (619) 233-1006
FACSIMILE (619) 233-8627

**INLAND EMPIRE OFFICE**
TRI-CITY CORPORATE CENTRE, SUITE 800
650 EAST HOSPITALITY LANE
SAN BERNARDINO, CALIFORNIA 02408-2508
TELEPHONE (909) 387-1130

**SACRAMENTO OFFICE**
SUITE 200
2500 VENTURE OAKS WAY
SACRAMENTO, CALIFORNIA 95833-3500
TELEPHONE (916) 564-5400

**FACSIMILES:**
LOS ANGELES: (213) 250-7900
COSTA MESA: (714) 850-1030
SAN FRANCISCO: (415) 434-0882
SAN BERNARDINO: (909) 387-1138
SACRAMENTO: (916) 564-5444

THOMAS M. CORRELL
DIRECT DIAL (619) 699-4944
E-MAIL: CORRELL@LDBB.COM

November 16, 1998

OUR FILE NO.
24035-3

**via Facsimile/Only**

Richard Wm. Zevnik
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Suite 300
Irvine, CA 92612

Re:    ***Hewlett-Packard Co. v. Nu-kote International, Inc.***
       US DIST. COURT (Northern Div. Case No. C 95 2254 CW)
       Issuing Company    :    Insurance Company of North America
       Policy Nos.        :    XCPG0962057-G; XCPG0962191-A and XCPG1715374
       Issuing Company    :    Century Indemnity Company (as successor to CIGNA Specialty Insurance Company, fka California Union Insurance Company)
       Policy No.         :    ZCX 011363 and ZCX 011364

Dear Mr. Zevnik:

This will respond to your letter of October 27, 1998.

The CIGNA companies[1] have previously received from your office a Confidentiality Agreement to be executed by the insurer. However, CIGNA companies were never notified of a protective order in the case that would restrict CIGNA's rights to obtain information concerning the claims presented. Please provide me with a copy of the protective order.

---

[1] "CIGNA companies" refers to CIGNA Property and Casualty, Insurance Company of North America and Century Indemnity Company (as successor to CIGNA Specialty Insurance Company, fka California Union Insurance Company).

DATA98SD-41514.1

**EXHIBIT 23**

Richard Wm. Zevnik
November 16, 1998
Page 2

It is the position of the CIGNA companies that it is entitled to the full and complete cooperation of its insureds and that it is entitled to conduct a complete, even-handed investigation of the facts known when responding to tenders of defense by its insureds. This includes information outside the four corners of the pleadings. The contents of the pleadings are not solely determinative of the parties' obligations and rights under the policies. Your letter of June 13, 1998 included copies of two Hewlett-Packard (HP) product information sheets, one of which indicates it was printed in "9/93" and the second indicating that it was printed in "10/93." There is no indication of how, when or where these materials may have been used by HP in advertising its products. Additionally, when reviewing the allegations contained in the affirmative defenses and counterclaims presented by Nu-kote as compared to the information contained in the two product information sheets, there appear to be no relationship between these materials and the allegations against HP in this litigation. The only other information provided by you, other than the cross-complaint and the policy, are Nu-kote documents which, once again, do not appear to have any relevance to the allegations and claims made against HP. With regards to the CIGNA policy no. CXC024869 and Nu-kote's amended answer and counterclaims, please note your file that I have these materials. I advised Mr. Lundberg of your office in September that I was obtaining this documentation. Please do not send any further copies.

The CIGNA companies have not previously raised the issue of the insured's duty to cooperate. You state in your October 27, 1998 letter that there is "no issue" as to HP's cooperation with the CIGNA companies  The CIGNA companies are not waiving any of its rights under any of the policy conditions including the conditions requiring HP's cooperation.

The CIGNA companies request HP's full and complete cooperation in providing any and all information and documentation in any way related to the actual allegations of the claims being made by Nu-kote arising out of HP's alleged improper publication of oral and written materials which state that:

1. Nu-kote's products are of inferior quality;

2. Nu-kote's products are incompatible with HP equipment;

3. Nu-kote's products are likely to cause damage to HP equipment;

4. HP ink supply cartridges are not refillable; and

5. Nu-kote's products infringe upon HP's trademarks and patents.

DATA98SD-41514.1

Richard Wm. Zevnik
November 16, 1998
Page 3

The CIGNA companies are not requesting any documentation or information which relate to technical or trade secret information. This would include any and all technical information related to the patent's submitted, prior art, or technical comparison between Nu-kote's products and HP's products. Rather, the CIGNA companies require documentation and information related to alleged publications which may constitute "personal injury" or "advertising injury" under the CIGNA companies policies. This information should include the date of publication, the manner of publication and the place of publication. The CIGNA companies also request any and all information which has been provided by Nu-kote concerning Nu-kote's alleged damages arising from these alleged improper publications. Presumably this documentation/information is available from HP's files. If not, the CIGNA companies request HP take all reasonable steps to provide any such documentation/information provided by Nu-kote in discovery or referred to in motions.

In the event the amended answer and counterclaims filed by Nu-kote is not the operative pleading, please provide me with a copy of the Nu-kote pleadings which are currently effective. The CIGNA Property and Casualty Insurance Company policy no. CXC024869 in effect from October 31, 1992 to October 31, 1993 contains an Excess Other Insurance clause. Please provide me with complete information concerning any other policies of insurance during that same time period which provide coverage for Hewlett Packard. Please include the name, address and telephone number of insurance representatives for any such companies and copies of coverage letters received from those companies and/or their coverage counsel.

The CIGNA companies look forward to working with Hewlett Packard to obtain all available information which can be provided to the CIGNA companies. Thank you for your anticipated cooperation.

Very truly yours,

*Thomas M. Correll*

Thomas M. Correll
LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP

TMC/nln

DATA98SD-41514.1