# EXHIBIT 31

# GAUNTLETT & ASSOCIATES
ATTORNEYS AT LAW

·id A. Gauntlett
Danton Richardson+
  Spadoni
·s A. Lowe*
o E. Lundberg, Jr.
nley H. Shure
chard Wm. Zevnik
niel C. Carmichael, III
ic Robert Little
an H. McVay++
ymond J. Liddy
ichelle D. Danley
chard E. Masson

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

+Also Admitted in TX, LA & D.C.
*Admitted in CO
++Also Admitted in D.C.

Our File Number:

10191.003

April 5, 1999

**CONFIDENTIAL INSURED-INSURER COMMUNICATION**

This following communication is an attorney-insurer confidential communication. Any information disclosed by the insured or by independent counsel is not a waiver of the privilege as to any other party.

**VIA FACSIMILE (619) 233-8627**
**CONFIRMATION BY U.S. MAIL**

Thomas M. Correll, Esq.
Lewis, D'Amato, Brisbois & Bisgaard
550 West "C" Street, Suite 800
San Diego, CA 92101-3540

**VIA FACSIMILE (415) 434-0882**
**CONFIRMATION BY U.S. MAIL**

Ralph A. Zappala, Esq.
Lewis, D'Amato, Brisbois & Bisgaard
One Sansome Street, Suite 1400
San Francisco, CA 94104-4431

Re: **UNDER SEAL v. UNDER SEAL,**
Santa Clara County Superior Court Case No. CV-780008
United States District Court Northern District Case No. C-99-20207 SW

Dear Messrs. Correll and Zappala:

We have not heard from either of you in response to our last correspondence to you of March 30, 1999, regarding the documents H-P has made available to CIGNA. We enclose herein the protective order which was signed by Judge Williams on March 24, 1999[1].

We reiterate that the documents previously provided to CIGNA are sufficient to give rise to a duty to defend, and any contention by CIGNA that Hewlett-Packard has not provided CIGNA with access to its documents can relate only to either: (1) the extent of CIGNA's ultimate duty to indemnify; or, (2) allocation of defense costs. "[T]he insurer's duty to defend runs to claims that are merely potentially covered **in light of facts alleged or otherwise disclosed.** . . . The duty to defend

---

[1] As Mr. Richardson discussed with you today, this Protective Order in no way entitles CIGNA to review any Nu-kote confidential documents.

10191-003/040599/48415.1

EXHIBIT 31

**GAUNTLETT & ASSOCIATES**
ATTORNEYS AT LAW

Thomas M. Correll, Esq.
Ralph A. Zappala, Esq.
April 5, 1999
Page 2

arises as soon as tender is made." Buss v. Superior Court (Transamerica Ins. Co.), 16 Cal.4th 35, 46 (1997) (emphasis added).

As we previously indicated to you, it will be impossible for us, both for reasons of attorney work-product privilege and due to the manner in which the voluminous documentation has been stored, to segregate out for you specific documents which may correspond to certain discovery requests. Due to the millions of pages of documents produced, the information has not been stored in a manner conducive to such a request.

However, as we previously offered, we will produce to you, upon receipt of duplication costs from CIGNA, in advance, the "objective" data base which accesses the millions of pages of H-P documents produced to Nu-kote. This objective data base contains a description of the stored document; i.e., date of the document, to whom the document is addressed, from whom the document was received, a general description of what the document is, etc. This data base can be reproduced by H-P's defense counsel's vendor for approximately $1,000.00, as we previously indicated.[2] CIGNA could then identify which documents listed on the objective data base it would like to have copied, and copies could then be made of those specific documents upon receipt from CIGNA of the estimated duplication cost, in advance.

Again, the non-confidential pleadings and discovery we have received from H-P's defense counsel can be reviewed in our office at your earliest convenience. These documents have been ready for your review for some time now. Please call as soon as possible to indicate when you would like to travel to our offices to review these documents, and we will ensure they will be available for you.

Enclosed herein is a copy of the relevant Old Republic policy. We look forward to hearing from you concerning the other items at your earliest convenience.

Very truly yours,

Leo E. Lundberg, Jr.

---

[2] The objective data base can be reproduced in the "CSV" format, which can then be accessed using software such as "Concordance," or Microsoft "Access," etc.

10191-003/040599/48415.1