# EXHIBIT 32

# LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP

<table>
<tr>
<td>

<u>LOS ANGELES OFFICE</u>
SUITE 1200
221 NORTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90012
TELEPHONE (213) 250-1800

<u>COSTA MESA OFFICE</u>
SUITE 1400
650 TOWN CENTER DRIVE
CENTER TOWER BUILDING
COSTA MESA, CALIFORNIA 92626
TELEPHONE (714) 545-9200

<u>SAN FRANCISCO OFFICE</u>
CITICORP CENTER
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

</td>
<td>

LAWYERS
SUITE 800
550 WEST "C" STREET
SAN DIEGO, CALIFORNIA 92101-3531
TELEPHONE (619) 233-1006
FACSIMILE (619) 233-8627

</td>
<td>

<u>INLAND EMPIRE OFFICE</u>
TRI-CITY CORPORATE CENTRE, SUITE 600
650 EAST HOSPITALITY LANE
SAN BERNARDINO, CALIFORNIA 92408-3508
TELEPHONE (909) 387-1130

<u>SACRAMENTO OFFICE</u>
SUITE 200
2500 VENTURE OAKS WAY
SACRAMENTO, CALIFORNIA 95833-3500
TELEPHONE (916) 564-5400

<u>FACSIMILES:</u>
LOS ANGELES: (213) 250-7900
COSTA MESA: (714) 850-1030
SAN FRANCISCO: (415) 434-0882
SAN BERNARDINO: (909) 387-1138
SACRAMENTO: (916) 564-5444

</td>
</tr>
</table>

THOMAS M. CORRELL
DIRECT DIAL (619) 699-4944
E-MAIL: CORRELL@LDBB.COM

**April 6, 1999**

<u>OUR FILE NO</u>
24035.005

_**via Facsimile/Only**_

David Gauntlett
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Ste.. 300
Irvine, CA 92612

Leo E. Lundberg, Jr.
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Ste.. 300
Irvine, CA 92612

    Re:    _**Hewlett-Packard Company v. CIGNA**_
           Santa Clara Superior Court Case No. CV 780008
           Our Client         :    CIGNA Property & Casualty Insurance Co.
           CIGNA's Claim No.   :    233L 236448-3

Dear Gentlemen:

It is my understanding that your firm has now received a copy of the signed Confidentiality Order by the court.[1]/ Therefore, there are no further conditions placed upon the offer you have made that certain documents be provided to CIGNA for review. Therefore, I would like to travel to your office on Friday, April 9, 1999 for the purpose of reviewing all relevant documents. In prior correspondence you indicated that you would make available approximately 6,000 documents which represent motions and discovery which have not been designated confidential in the underlying case.[2]/ Also, demand is

---

[1]/    Please fax me a copy since I have not yet received the signed order.

[2]/    Please clarify whether these are all documents not designated confidential.

DATA99SD-7946.1

EXHIBIT
32
ALL-STATE LEGAL®

David Gauntlett
Leo E. Lundberg, Jr.
April 6, 1999
Page 2


hereby made under Rule 16-5 of the local rules for the Northern District that Hewlett-Packard provide access to all motions, discovery and pleadings from the underlying case which in any way relate to the counterclaim by Nu-kote, whether or not those documents are designated as confidential. This request includes but is not limited to any such documentation which relates to the issue of whether or not Nu-kote's counterclaims relate to claims or occurrences which occur within the "policy territory" as set forth in the CIGNA policy provisions. I request that this information be provided on Friday, April 9, 1999, in light of the motion schedule which was agreed upon today via telephone. Also, I look forward to receipt of copies of the Republic policies you have agreed to send.

It is my intention to select documents for copying as deemed necessary. I will arrange for a copy service to be available at y our office on Friday afternoon for this purpose. Thank you for your anticipated cooperation.

Very truly yours,

Thomas M. Correll
LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP


TMC/nln


DATA99SD-7946.1