# EXHIBIT 36

# GAUNTLETT & ASSOCIATES
### ATTORNEYS AT LAW

David A. Gauntlett
M. Danton Richardson+
Eileen Spadoni
James A. Lowe*
Leo E. Lundberg, Jr.
Stanley H. Shure
Richard Wm. Zevnik
Daniel C. Carmichael, III
Eric Robert Little
Dean H. McVay++
Raymond J. Liddy
Michelle D. Danley
Richard E. Masson

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

+Also Admitted in TX, LA & D.C.
*Admitted in CO
++Also Admitted in D.C.

Our File Number:
10191.003

April 14, 1999

**CONFIDENTIAL INSURED-INSURER COMMUNICATION**
This following communication is an attorney-insurer confidential communication. Any information disclosed by the insured or by independent counsel is not a waiver of the privilege as to any other party.

Thomas M. Correll, Esq.
Lewis, D'Amato, Brisbois & Bisgaard
550 West "C" Street, Suite 800
San Diego, CA 92101-3573

Re: **Under Seal v. Under Seal**
United States District Court Northern District Case No. C-99-20207 SW

Dear Mr. Correll:

This will confirm that on Tuesday, April 13, 1999, H-P produced to CIGNA, and you and your associate reviewed, all non-confidential motions, pleadings and discovery documents in the HP v. Nu-kote matter through March, 31, 1999, as well as the Old Republic policies.

We have previously provided you copies of all of H-P's advertising materials pertinent to CIGNA's policy period and coverage territory provision. The advertising materials previously provided to CIGNA are sufficient to give rise to a duty to defend.

It is our understanding you will inform us which of the documents you reviewed you would like copied, and you will inform us at a later date whether you want to pay for the reproduction of the H-P witness deposition discs, the objective data base and the CD-ROMS containing the millions of pages of documents produced to Nu-kote. You indicated at this time you did not believe you would be requesting a copy of the objective data base or the CD-ROMS.

10191-003/041699/48757.1

EXHIBIT 36



**GAUNTLETT & ASSOCIATES**
ATTORNEYS AT LAW

Thomas M. Correll, Esq.
April 14, 1999
Page 2

    If you have any questions regarding any of the above, please do not hesitate to contact us.

                              Very truly yours,

                              Dean H. McVay

LEL:pam

cc:    Ralph A. Zappala, Esq.

10191-003/041699/48757.1