# EXHIBIT 39

# LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP

| | | |
|---|---|---|
| **LOS ANGELES OFFICE**<br>SUITE 1200<br>221 NORTH FIGUEROA STREET<br>LOS ANGELES, CALIFORNIA 90012<br>TELEPHONE (213) 250-1800<br><br>**COSTA MESA OFFICE**<br>SUITE 1400<br>650 TOWN CENTER DRIVE<br>CENTER TOWER BUILDING<br>COSTA MESA, CALIFORNIA 92626<br>TELEPHONE (714) 545-9200<br><br>**SAN FRANCISCO OFFICE**<br>CITICORP CENTER<br>ONE SANSOME STREET, SUITE 1400<br>SAN FRANCISCO, CALIFORNIA 94104<br>TELEPHONE (415) 362-2580 | **LAWYERS**<br>SUITE 800<br>550 WEST "C" STREET<br>SAN DIEGO, CALIFORNIA 92101-3531<br>TELEPHONE (619) 233-1006<br>FACSIMILE (619) 233-8627 | **INLAND EMPIRE OFFICE**<br>TRI-CITY CORPORATE CENTRE, SUITE 600<br>650 EAST HOSPITALITY LANE<br>SAN BERNARDINO, CALIFORNIA 92408-3508<br>TELEPHONE (909) 387-1130<br><br>**SACRAMENTO OFFICE**<br>SUITE 200<br>2500 VENTURE OAKS WAY<br>SACRAMENTO, CALIFORNIA 95833-2500<br>TELEPHONE (916) 564-5400<br><br>**FACSIMILES:**<br>LOS ANGELES: (213) 250-7900<br>COSTA MESA: (714) 850-1030<br>SAN FRANCISCO: (415) 434-0882<br>SAN BERNARDINO: (909) 387-1138<br>SACRAMENTO: (916) 564-5444 |

THOMAS M. CORRELL
DIRECT DIAL (619) 633-4944
E-MAIL: CORRELL@LDBB.COM

April 28, 1999

OUR FILE NO
24035.005

<u>via Facsimile/Only</u>

Leo E. Lundberg, Jr.
**GAUNTLETT & ASSOCIATES**
18400 Von Karman, Ste.. 300
Irvine. CA 92612

Re: *Hewlett-Packard Company v. CIGNA*
Santa Clara Superior Court Case No. CV 780008

Dear Mr. Lundberg:

Please make arrangements to obtain copies of the Hewlett-Packard deposition transcripts on CD Rom. You previously advised that the cost for this is $500. With regard to the Hewlett-Packard documents, based upon your assertion that all of the advertising materials have been provided, I do not believe that CIGNA will need to review those documents at this time. Should the deposition transcripts reference documents which may be of interest, I will contact you further with regard to those documents. CIGNA does reserve the right to review any and all of those documents at any time in the future that CIGNA deems them necessary for its review and evaluation of the coverage issues.

Thank you for your cooperation. I look forward to receipt of the deposition transcripts on CD Rom at your earliest convenience.

Very truly yours,

*Thomas M. Correll*

Thomas M. Correll
LEWIS, D'AMATO, BRISBOIS & BISGAARD LLP

MC/nln

DATA99SD-10939.1

EXHIBIT 39