# EXHIBIT 40

# GAUNTLETT & ASSOCIATES
ATTORNEYS AT LAW

·id A. Gauntlett
)anton Richardson+
Eileen Spadoni
James A. Lowe*
Leo E. Lundberg, Jr.
Stanley H. Shure
Richard Wm. Zevnik
Daniel C. Carmichael, III
Eric Robert Little
Dean H. McVay++
Raymond J. Liddy
Richard E. Masson

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

+Also Admitted in TX, LA &
*Admitted in CO
++Also Admitted in D.C

Our File Numbe
10191.003

April 30, 1999

**CONFIDENTIAL INSURED-INSURER COMMUNICATION**

This following communication is an attorney-insurer confidential communication. Any information disclosed by the insured or by independent counsel is not a waiver of the privilege as to any other party.

**VIA FACSIMILE AND U.S. MAIL**

Thomas M. Correll, Esq.
Lewis, D'Amato, Brisbois & Bisgaard
550 West "C" Street, Suite 800
San Diego, CA 92101-3573

Re: **Under Seal v. Under Seal**
United States District Court Northern District Case No. C-99-20207 SW

Dear Mr. Correll:

We are in receipt of your letter to Mr. Lundberg of April 28, 1999, in which you requested copies of the "deposition transcripts on CD Rom." The deposition transcripts are contained on 3½ inch diskettes, not CD-Roms.

Upon receipt of a check from CIGNA for $500.00, we will begin copying the deposition discs and will send them to your attention shortly thereafter. Please forward the check at your earliest convenience.

It is our understanding you do not want a copy of the objective data base and the CD-ROMS containing the millions of pages of documents produced to Nu-kote.

10191-003/043099/49384.1

EXHIBIT 40



**GAUNTLETT & ASSOCIATES**
ATTORNEYS AT LAW

Thomas M. Correll, Esq.
April 30, 1999
Page 2

If you have any questions regarding any of the above, please do not hesitate to contact us.

Very truly yours,

Dean H. McVay

DHM:pam

cc:    Ralph A. Zappala, Esq.

10191-003/043099/49384.1