# EXHIBIT 41

# G GAUNTLETT & ASSOCIATES

### ATTORNEYS AT LAW

David A. Gauntlett
M. Danton Richardson+
Eileen Spadoni
James A. Lowe*
Leo E. Lundberg, Jr.
Eric J. Schindler**
Stanley H. Shure
Richard Wm. Zevnik
Daniel C. Carmichael, III
Eric Robert Little
Dean H. McVay++
Raymond J. Liddy
Richard E. Masson

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

+Also Admitted in TX, LA & D.C.
*Admitted in CO
**Also Admitted in LA
++Also Admitted in D.C.

Our File Number:
10191.003

June 2, 1999

**CONFIDENTIAL INSURED-INSURER COMMUNICATION**
This following communication is an attorney-insurer confidential communication. Any information
disclosed by the insured or by independent counsel is not a waiver of the privilege as to any other party.

**VIA FACSIMILE (619) 233-8627**
**CONFIRMATION BY U.S. MAIL**

Thomas M. Correll, Esq.
Lewis, D'Amato, Brisbois & Bisgaard
550 West "C" Street, Suite 800
San Diego, CA 92101-3573

Re:  **Hewlett Packard Co. v. Nu-kote International, Inc.**
     **Counterclaim Nu-kote International, Inc. v. Hewlett Packard Co.**
     **U.S.D.C. Northern District, Case No. C-95-2254 CW**

     **Under Seal v. Under Seal**
     **U.S. D.C. Northern District, Case No. C-99-20207 SW**

Dear Mr. Correll:

    We are in receipt of your correspondence dated June 1, 1999, requesting "Points and Authorities and court orders with regard to the summary judgment motions beginning with and subsequent to summary judgment motion number 4."

    Orders No. 1, 3, & 4 were personally given to you on April 13, 1999 when you were in our offices reviewing documents. Our file indicates this office sent you a letter enclosing Orders No. 2, 5, 6, 7, 8, 12, 13, 14 and 15 on May 19, 1999. If for some reason you did not receive this letter and the referenced enclosures, please contact me and we will forward those orders to you. It appears H-P has not yet received Orders No. 9, 10, & 11.

    We are unable to comply with your request as the points and authorities in support of motions for partial summary judgment were filed under seal and are subject to the protective order entered in that action. CIGNA previously conceded it would not seek to violate the H-P/Nu-kote Protective Order in the underlying action in your earlier letter of March 8, 1999, in which you indicated "this request does not extend to materials which were designated as *confidential* in the underlying case."

10191-003/060299/50525.1

**EXHIBIT**

**41**

ALL-STATE LEGAL®

# G GAUNTLETT & ASSOCIATES
### A T T O R N E Y S   A T   L A W

Thomas M. Correll, Esq.
June 2, 1999
Page 2

Please contact the undersigned should you have any further questions concerning the forgoing.

Very truly yours,

Leo E. Lundberg, Jr.

LEL:pam

10191-003/060299/50525.1