# EXHIBIT 42

SEALED BY ORDER ORIGINAL FILED
OF COURT

OCT 2 8 1999

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Civ. No. 99-20207 SW<br><br>ORDER GRANTING IN PART DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION |

Defendant Cigna Property and Casualty Insurance Company ("Cigna") seeks leave to file a motion for reconsideration pursuant to Civil L.R. 7-9(a) of the Court's order granting Plaintiff Hewlett Packard's ("HP") motion for summary adjudication that Cigna owed it the duty to defend in an underlying case. Having considered the motion and opposition thereto, the Court GRANTS the motion as follows.

(1) Cigna argues that the Court has yet to address the impact of Judge Ware's Order in the Nu-kote litigation which purportedly "eliminated" any potentially covered claim before coverage was tendered to Cigna. The motion for reconsideration is DENIED as to this issue.

SEALED BY ORDER OF COURT



EXHIBIT 42

C0007712

1   (2) Cigna argues that the Court has yet to address HP's
2   failure to establish exhaustion of the primary foreign policies.
3   The motion is GRANTED as to this issue. Cigna must clarify
4   precisely what, if any, further discovery on this issue is
5   necessary.
6       (3) Cigna argues that the Court has yet to address the effect
7   of HP's own breach of contract in refusing to provide documents
8   requested by HP. Cigna states that HP has refused to provide
9   Cigna with copies of documents so that Cigna can properly, and
10  with full knowledge of the facts, analyze coverage. If Cigna
11  requires further discovery of documents, it has leave of the Court
12  to explain precisely what further discovery it seeks. To
13  paraphrase what the Court said in its previous Order, if
14  examination of newly revealed documents show that HP's delayed
15  tender caused prejudice, Cigna may later raise that issue by way
16  of a motion for summary judgment.
17      IT IS SO ORDERED.
18  DATE: 10/26/99

_____
SPENCER WILLIAMS
United States District Judge

SEALED BY ORDER OF COURT

2