# EXHIBIT 49

ORIGINAL
FILED

JUN 1 9 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNDER SEAL,<br><br>             Plaintiff,<br><br>    vs.<br><br>UNDER SEAL,<br><br>             Defendant. | CASE NO.: C-99-20207 SW<br><br>Hon. Spencer Williams<br><br>[███████] ORDER<br>FOR EXTENSION OF TIME TO CONDUCT<br>SETTLEMENT CONFERENCE AND FOR<br>APPOINTMENT OF A SPECIAL MASTER |

[FILED UNDER SEAL PURSUANT TO COURT ORDER DATED 3/24/99]

**EXHIBIT 49**

[███████] ORDER FOR EXTENSION OF TIME
TO CONDUCT SETTLEMENT CONFERENCE AND FOR
APPOINTMENT OF SPECIAL MASTER C-99-20207 SW

10191-003-06/14/2001-120404.3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>CIGNA PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>        Defendant. | CASE NO.: C-99-20207 SW<br><br>Hon. Spencer Williams<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO CONDUCT SETTLEMENT CONFERENCE AND FOR APPOINTMENT OF A SPECIAL MASTER |

[FILED UNDER SEAL PURSUANT TO COURT ORDER DATED 3/24/99]

ORDER FOR EXTENSION OF TIME

Based upon the stipulation of the parties,

IT IS HEREBY ORDERED as follows:

1. The parties have agreed to and shall engage in one or more settlement mediation sessions before Justice Edward A. Panelli (Ret.), a mutually chosen mediator, concluding no later than October 15, 2001. The parties shall report to the Court no later than October 22, 2001 on the results of the mediation. The Court will extend these deadlines for good cause shown.

2. The Court finds that an Order of Reference under the provisions of Rule 53 of the Federal Rules of Civil Procedure is appropriate to the determination and computation of plaintiff's damages against defendant arising from defendant's failure to provide a defense to the counterclaims in the action entitled *Hewlett-Packard Company v. Nu-kote-kote-kote International, Inc.*, counterclaim *Nu-kote-kote-kote International, Inc. v. Hewlett-Packard Company*, U.S. District Court Northern District Case No. C-94-20647-JW ("the Nu-kote-kote-kote Action").

3. The Court Orders reference of this case to a Special Master for the hearing, consideration, computation, and determination of the issues specified below.

4. The Honorable Peter G. Stone (Ret.) is appointed Special Master, the Court finding that the Special Master appointee has consented to the appointment.

5. Reference to the Special Master is specifically made of the following issues: Computation and determination of the amounts due to HP from CIGNA, in accordance with relief sought by HP in this lawsuit in connection with the defense of the

ORDER FOR EXTENSION OF TIME
TO CONDUCT SETTLEMENT CONFERENCE AND FOR
[APPOINTMENT] OF SPECIAL MASTER C-99-20207 SW

Nu-kote Action, as referenced in the Court's orders of partial summary judgment dated August 24, 1999 and May 1, 2001.

6. The Special Master shall make a detailed report to the Court and his report shall specifically make necessary findings of the determination of amounts due to HP including reasonable attorneys fees and costs.

7. The Court further orders that any motions concerning discovery within the scope of, or related to, the issues of this reference are to be filed with and ruled upon by the Special Master with the same authority as a Magistrate Judge of this Court.

8. The compensation allowed to the Special Master shall be his customary hourly rate for such services which shall be charged to the parties in equal shares per side.

9. The Special Master shall forthwith be provided by the Clerk with a copy of this Order and the Court's prior Orders of August 24, 1999 and May 1, 2001. The Special Master shall proceed as provided by the provisions of Rule 53 and in accord with any further Orders of the Court. The Special Master shall prepare and file his Report with the Court as provided by the provisions of Rule 53 no later than December 3, 2001, except as said date may be extended by further Order of this Court.

10. The parties may submit to the Court memoranda in support of, or in opposition to, the Report of the Special Master in accord with the provisions of Rule 53.

//
//

11. No briefs submitted to the Special Master shall be filed with the Court, unless permitted by this Court.

**IT IS SO ORDERED.**

Dated: JUN 1 9 2001

Spencer Williams
Senior United States District Judge

ORDER FOR EXTENSION OF TIME
TO CONDUCT SETTLEMENT CONFERENCE AND FOR