# EXHIBIT 51

# GAUNTLETT & ASSOCIATES
## ATTORNEYS AT LAW

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10191-003

January 10, 2002

**VIA FACSIMILE and U.S. MAIL**
**(619) 557-0428**

Janelle F. Garchie, Esq.
CORRELL, GARCHIE & EDWARDS, LLP
550 West "C" Street, Suite 500
San Diego, CA 92101-3540

    Re:    *Under Seal v. Under Seal*, **USDC Northern District, San Jose Division**
             **Case No. C-99-20207 SW**

    Underlying Action:   *Hewlett-Packard Company v. Nu-kote International, Inc.*
                             *and Nu-kote Counterclaim*, **USDC Northern District**
                             **Case No. C-95-2254 CW**

•     **DOCUMENTS AVAILABLE FOR INSPECTION AND COPYING AT GD&C**

Dear Ms. Garchie:

    In furtherance of our previous discussions and in accordance with HP's Response to ACE's Request for Production of Documents, Set Two and supplementing HP's response to ACE's Request for Production of Documents, Set One, this letter will briefly outline documents that are available for your inspection and copying at the offices of Gibson, Dunn & Crutcher at 333 So. Grand, Suite 4700, Los Angeles, California. You may conduct your inspection upon reasonable notice to me so that I can coordinate necessary preparations for your visit at GD&C.

    When you chose to visit, the following documents will be available for you in a conference room. You may identify the documents you wish to have photocopied and an outside service, acceptable to GD&C, will make the copies. As we have previously agreed, the copy service will affix Bates Numbers to your copies and make a copy for us of all documents you select. Then we will equally divide the cost of the copying of the two sets. We suggest that for consistency, the Bates Numbers use a prefix and begin with the following number: **HP4-00001.** If you have any questions now or during the inspection and copying, please direct them to me.

10191-003-01/10/2002-125942.1


EXHIBIT 51

**GAUNTLETT & ASSOCIATES**
ATTORNEYS AT LAW

Janelle F. Garchie, Esq.
January 10, 2002
Page 2

We have previously produced to you an Index of Pleadings in the Nu-kote Action marked as **HP3-00001 – HP3-00248**. The "Tab" numbers assigned to the various pleadings on that Index correspond to a filing tab of the GD&C copy of the pleadings. You may find it helpful to identify or request specific pleadings by use of this Tab number. This set of pleadings is contained in approximately 40 bankers boxes.

There are a limited number of pleadings on the Index that do not have a Tab number assigned. I have learned that this means that GD&C does not have a copy of these pleadings. These are primarily early pleadings, before tender to CIGNA, and possibly not of great interest to you. Should you want to inspect these pleadings, they will need to be obtained from or inspected at the New York City office of Pennie & Edmonds. Please advise me promptly if you want to see any of those pleadings after you have reviewed the Pleading Index.

In addition to the Tabbed set of pleadings, GD&C has approximately 19 bankers boxes containing key pleadings or sealed pleadings organized in date order. These should be available also in the Tabbed set but I cannot guarantee the duplication.

We sent to you previously a copy of the Parties Joint Trial Exhibit List in the Nu-kote Action. This is marked with Bates Numbers **HP3-00249 – HP3-00795**. A 1 box collection exists at GD&C of certain admitted exhibits. I am trying to determine if other segregated admitted exhibits are available. We have asked that the few demonstrative exhibits used at the trial also be retrieved from off-site storage for your inspection.

There were 6,246 potential exhibits identified by the parties before trial. This amounts to nearly 60 bankers boxes of material presently in off-site storage. Should you want to inspect those exhibits, please provide me adequate advance notice so they can be retrieved for you.

In summary, we have available for your immediate inspection at GD&C in LA approximately 60 bankers boxes of pleadings and exhibits and another 60 boxes if you want to see those too.

I have confirmed again that all of the discovery in the Nu-kote Action from both parties was placed on CD-ROM and is available for you in that form, should you chose to have a copy of the CD-ROM's made at your expense. This material is not available in any other form because the originals were returned to their files after scanning and no photocopy set was ever made. There is also an objective database of this underlying discovery material, using the Concordance database program. It indexes the images of the millions of pages of discovery contained on the CD-ROM.

10191-003-01/10/2002-125942.1

**GAUNTLETT & ASSOCIATES**
ATTORNEYS AT LAW

Janelle F. Garchie, Esq.
January 10, 2002
Page 3

This database can also be copied for you at your expense. We have offered these copies to you repeatedly since 1998 and you have declined the offer. Please inform me immediately if you have reconsidered your position.

HP continues its attempting to identify, locate and produce additional documents that may be responsive to ACE's Requests. If and when such additional materials are located, we will inform you.

Should you have any questions, please call me. We want to facilitate your document discovery.

Very truly yours,

James A. Lowe

JAL:pam
cc:     Alan E. Greenberg, Esq. (Via Facsimile (619) 699-4916)

10191-003-01/10/2002-125942.1