# EXHIBIT 52

# CORRELL, GARCHIE & EDWARDS LLP
### LAWYERS

JANELLE F. GARCHIE
DIRECT DIAL: (619) 446-2829
GARCHIE@CORRELLGARCHIE.COM



550 WEST C STREET, SUITE 500
SAN DIEGO, CALIFORNIA 92101-3540

TELEPHONE: (619) 557-0424
FACSIMILE: (619) 557-0428

File No. 24035-5

January 11, 2002

**VIA FACSIMILE ONLY**
James Lowe
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, California 92612

Re: Hewlett Packard v. ACE Property and Casualty Insurance Company
   Insured : Hewlett-Packard Company
   Company : ACE Property and Casualty Insurance Company

Dear Mr. Lowe:

We would like to review the documents that are available at the offices of Gibson, Dunn & Crutcher in Los Angeles on January 16, 2002 and January 17, 2002. We may of course need additional dates and will advise you of those dates as needed. There will be three attorneys from our offices on those days. We will probably arrive near 10:00 a.m. Please confirm that these dates are acceptable.

I will respond in more detail, in a separate letter, to your letter dated January 10, 2002 wherein you provide information regarding additional documents.

Please contact me if you have any questions or comments regarding this matter.

Very truly yours,

Janelle F. Garchie of
CORRELL, GARCHIE & EDWARDS LLP

JFG/jfg

_ODMA\PCDOCS\docs\244241\1

EXHIBIT 52