# EXHIBIT 53

# GAUNTLETT & ASSOCIATES
## ATTORNEYS AT LAW

18400 Von Karman, Suite 300
Irvine, California 92612
Phone: (949) 553-1010
Facsimile: (949) 553-2050

Email: info@gauntlettlaw.com
Website: www.gauntlettlaw.com

Our File Number:
10191-003

January 14, 2002

**VIA FACSIMILE and U.S. MAIL**
**(619) 557-0428**

Janelle F. Garchie, Esq.
CORRELL, GARCHIE & EDWARDS, LLP
550 West "C" Street, Suite 500
San Diego, CA 92101-3540

Re:  *Under Seal v. Under Seal*, USDC Northern District, San Jose Division
Case No. C-99-20207 SW

Underlying Action:  *Hewlett-Packard Company v. Nu-kote International, Inc. and Nu-kote Counterclaim*, USDC Northern District
Case No. C-95-2254 CW

• **CONFIRMATION OF INSPECTION AND COPYING OF DOCUMENTS AT GD&C**

Dear Ms. Garchie:

At your request, we have confirmed your visit to Gibson, Dunn & Crutcher at 333 So. Grand, Suite 4700, Los Angeles, California to inspect and mark for copying documents from the Underlying Action, as we have previously detailed. GD&C personnel are expecting you on January 16 and 17, 2002 about 10:00 A.M. Please ask for Hugh Todd or Eugenia Varella. They have the requested documents waiting for you in a conference room.

Should you have any questions about the materials inspected, problems of any kind or if you need to schedule additional visits, please call me. I would appreciate hearing from you when you have completed your inspection to confirm that everything has been done to your satisfaction.

Very truly yours,

James A. Lowe

JAL:pam
cc:   Alan E. Greenberg, Esq. (Via Facsimile (619) 699-4916)

10191-003-01/14/2002-126013.1

EXHIBIT
53