# EXHIBIT 54

```
 1  ROBERT E. COOPER (SBN 35888)
    PETER SULLIVAN (SBN 101428)
 2  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 3  Los Angeles, California 90071-3197
    (213) 229-7000
 4
    JONATHAN A. MARSHALL
 5  WILLIAM G. PECAU (SBN 177857)
    PENNIE & EDMONDS
 6  1155 Avenue of the Americas
    New York, New York 10036
 7  (212) 790-9090

 8  ROBERT W. SUTIS (SBN 62959)
    HEWLETT-PACKARD COMPANY
 9  3000 Hanover Street, MS 20BQ
    Palo Alto, California 94303
10  (650) 857-1501

11  Attorneys for Plaintiff and Counterclaim
    Defendant, HEWLETT-PACKARD COMPANY
12
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NU-KOTE INTERNATIONAL, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C-94-20647 JW [EAI]<br><br>**PARTIES' JOINT TRIAL EXHIBIT LIST**<br><br>Trial Date:  May 17, 1999<br>Time:       9:00 a.m.<br>Court:      The Honorable James Ware |

10191-003-7/27/2000-111357.1

EXHIBIT 54

Gibson, Dunn & Crutcher LLP

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 0017 | NK-H 085731E-743 | | PHYSICAL EXHIBIT - Pelikan P648K Ink Jet Longlife Kit | Undated | | |
| 0018 | NK-H 29018-026 | | Nu-kote Catalog Pages Showing Ink Jet Supplies | Undated | | |
| 0019 | NK-H 30264-266 | | List of Ink Jet Printer Supplies | Undated | | |
| 0020 | NK-H 85872E-880E | | PHYSICAL EXHIBIT - Nu-kote Cartridge RF102 | Undated | | |
| 0021 | NK-H 85661E-670E | | PHYSICAL EXHIBIT - Pelikan Cartridge P602K | Undated | | |
| 0022 A | | | PHYSICAL EXHIBIT - HP Print Cartridge Box HP 51625A | Undated | | |
| 0022 B | | | PHYSICAL EXHIBIT - User Information for HP Print Cartridge HP 51625A | Undated | | |
| 0022 C | | | PHYSICAL EXHIBIT - Aluminum Container for Print Cartridge HP 51625A | Undated | | |
| 0022 D [referenced in transcript as 622d, 5/27/99, pp. 1522:6, Roberts, Direct-examination by Cooper] | | | PHYSICAL EXHIBIT - Print Cartridge HP 51625A | Undated | 05/26/99 | 05/26/99 |
| 0023 A | | | PHYSICAL EXHIBIT - Ink Jet Print Cartridge Box HP 51626A | Undated | | |
| 0023 B | | | PHYSICAL EXHIBIT - HP 51626A paper insert accompanying product | Undated | | |

Parties' Joint Trial Exhibit List

Gibson, Dunn & Crutcher LLP

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 0376 | NK-H 037445-446 | | Langley to Wright, Acalotto memo re packaging | 1995/03/09 | | |
| 0377 | NK-H 072463-465 | | Langley to Wright, Acalotto memo re packaging configurations/brands | 1995/03/16 | | |
| 0378 | NK-H 024381-392 | | Schmitt to Vazquez memo attaching 5/24/95 Dawson to Acalotto memo re Nu-kote black box updates | 1995/07/14 | | |
| 0379 | NK-H 020484 | | Schmitt to Vazquez fax re package orders | 1995/07/17 | | |
| 0380 | NK-H 027015-018 | | Form signed by Vazquez re packaging requirement | 1995/07/17 | | |
| 0381 | NK-H 020467 - NK-H 020468 | | Vazquez to Schmitt re packaging order | 1995/07/19 | | |
| 0382 | NK-H 087295 | | PHYSICAL EXHIBIT - Pelikan Cartridge Plus 2P602K (not Coded) | Undated | | |
| 0383 | NK-H 037913-916 | | Del Chiaro to (dist) re field release memo outlining ink jet products available in January | 1995/11/01 | | |
| 0384 | NK-038086-087 | | Vazquez to Crimmins memo re RF62, RF102, RF111 | 1995/11/01 | | |
| 0385 | | | PHYSICAL EXHIBIT - Nukote RF55FC InkJet Cartridge Refill Service Mail-In RETAINED BY COUNSEL (PE) | Undated | | |
| 0386 | NK-H 023891-892 | | K. Smith to Geissmann memo | 1995/04/10 | | |
| 0387 | NK-H 037447-449 | | Langley to Wright, Reed memo re Easy Click | 1995/02/23 | | |

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 0474 | | | PHYSICAL EXHIBIT - RF103 Cartridge Plus Ink Tank | Undated | | |
| 0475 | | | PHYSICAL EXHIBIT - RF 102 | Undated | | |
| 0476 | | | PHYSICAL EXHIBIT - HP 26A (new large-format packaging) | Undated | | |
| 0477 | NK-H 274032-045 | | 1995 QAP Report Index | Undated | | |
| 0478 | | | PHYSICAL EXHIBIT | Undated | | |
| 0479 | | | PHYSICAL EXHIBIT | Undated | | |
| 0480 | NK-H 202250, NK-H 202498 NK-E 004709-717 | | Declaration of Erin Rankin In Support of Nu-kotes Brief In Opposition To Hewlett-Packard co.s Motion For A Preliminary Injunction signed 3/20/98 w/ 1996 Ink Jet Training Session excerpts (NK-H 202250, 498) Nu-kote Corporate Policy: Packaging dated 12/9/9 | Undated | | |
| 0481 | | | Declaration of Debbie Barcuch in Support of Nu-Kotes Brief in Opposition to Hewlett-Packards Motion for a Preliminary Injunction | Undated | | |
| 0482 | | | Ink Jet Supplies Page from www.nukote.com | Undated | 06/03/99 | 06/03/99 |
| 0483 | | | Savings & 100% Quality Guarantee Page from www.nukote.com | Undated | 06/03/99 | 06/03/99 |

Parties' Joint Trial Exhibit List

Gibson, Dunn & Crutcher LLP

38

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 0619 | | | PHYSICAL EXHIBIT - HP 51629A InkJet Print Cartridge Black & White copy provided | Undated | | |
| 0620 | NK-H 038147 | | Fax to Crimmins from Vazquez re Office Depot Ink Jet Sales | 1995/02/03 | | |
| 0621 | | | PHYSICAL EXHIBIT - Empty packaging for Nu-kote RF54 - RETAINED BY COUNSEL (CB) - photocopies only in file | Undated | 05/26/99 | 05/27/99 |
| 0622 | | | PHYSICAL EXHIBIT - HP 51625A cartridge - RETAINED BY COUNSEL (CB) - photocopies only in file | Undated | | |
| 0623 | | | PHYSICAL EXHIBIT - HP 51625A - older packaging - RETAINED BY COUNSEL (CB) - photocopies only in file | Undated | | |
| 0624 | H 096127A and B | | PHYSICAL EXHIBIT - 92261A cartridge RETAINED BY COUNSEL (CB) | Undated | | |
| 0625 | | | PHYSICAL EXHIBIT - cartridge sample #1 - 51633A cartridge RETAINED BY COUNSEL (CB) | Undated | | |
| 0626 | | | PHYSICAL EXHIBIT - cartridge sample #2 - 51633A cartridge RETAINED BY COUNSEL (CB) | Undated | | |
| 0627 | | | PHYSICAL EXHIBIT - cartridge sample #5 RETAINED BY COUNSEL (CB) | Undated | | |

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1152 | NK-H 085744D | | Physical Exhibit: P651 Ink Jet Cartridge Refill Station for use with DeskJet/Deskwriter Series 500/550 51626A | Undated | | |
| 1153 | NK-H 089665B | | Physical Exhibit: P609K Ink Jet Cartridge Refill Kit for use with HP DeskJet/Deskwriter Series 600/660C Black Cartridge | Undated | | |
| 1154 | | | Phyical Exhibit: Pelikan P648K Ink Jet LongLife Kit for HP DeskJet, Deskwriter 550C Color Ink Jet Printers | Undated | 05/25/99 | |
| 1155 | NK-H 085778C | | Physical Exhibit: Pelikan P669R Ink Jet Refill Prepaid Mail-In Service | Undated | 06/01/99 | 06/01/99 |
| 1156 | NK-H 087304C | | Physical Exhibit: Pelikan 2P607K Cartridge Plus | Undated | | |
| 1157 | NK-H 085699C | | Physical Exhibit: Pelikan P607K Cartridge Plus Ink Jet Cartridge System | Undated | | |
| 1158 | | | Brand Imagery Study | Undated | | |
| 1159 | | | Nu-kote International, Inc. Newsletter from Digital Imaging Division | 1994/02/99 | | |
| 1160 | NK-H 264969-032 | | 6/3/96 Ink Jet Sales Report | Undated | | |
| 1161 | NK-H 214996-026 | | North American Operations for Fiscal Period Ended March 31, 1997 | Undated | | |
| 1162 | HALL 000497-00500 | | Interoffice Correspondence memo to A. Miksch from M. Gordon et al re Potential Pelikan/Hewlett-Packard Relationship - White Paper | 1993/03/12 | | |

Parties' Joint Trial Exhibit List

Gibson, Dunn & Crutcher LLP

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1920 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Refill RF40 | Undated | | |
| 1921 | NK-H 322207 | | Nu-kote Inkjet Refill RF40AF - Packaging and Packaging Photocopy | Undated | | |
| 1922 | H 000180381 | | Hewlett-Packard Advertisement entitled: "Hewlett-Packard DeskJet 1200C Printer" | Undated | | |
| 1923 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Cartridge Refill Kit RF40 | Undated | | |
| 1924 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Cartridge Refill Kit TRF40 | Undated | | |
| 1925 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Cartridge Refill System RF40A | Undated | | |
| 1926 | NK-H 322208-209 | | Nu-kote Color Refills RF79 - Packaging Photocopy | Undated | | |
| 1927 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Cartridge Refill Station RF40A | Undated | 07/06/99 | 07/06/99 |
| 1928 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Cartridge Refill Station TRF40A | Undated | | |
| 1929 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Refill RF40AF | Undated | | |
| 1930 | NK-H 322210 | | Nu-kote Inkjet Refill Service RF 84FC - Packaging and Packaging Photocopy | Undated | | |

Parties' Joint Trial Exhibit List

Gibson, Dunn & Crutcher LLP

165

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 1954 | | | PHYSICAL EXHIBIT: Product Sample re Cartridge Plus Ink Tank RF103 - 2 | Undated | | |
| 1955 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Cartridge System; Cartridge Plus RF148 | Undated | | |
| 1956 | H 000184197 | | Document entitled: "HP Announces InkJet Cartridge Take-Back Program" | Undated | | |
| 1957 | | | PHYSICAL EXHIBIT: Product Sample re Cartridge Plus Ink Tank RF149 | Undated | | |
| 1958 | | | PHYSICAL EXHIBIT: Product Sample re Cartridge Plus Ink Tanks RF149 - 2 | Undated | | |
| 1959 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Cartridge Refill TRF40AF | Undated | | |
| 1960 | HP 14491074-14491081 | | Hewlett-Packard document entitled: "Procuring environmentally responsible material" | Undated | | |
| 1961 | | | PHYSICAL EXHIBIT: Product Sample re InkJet Refill RF40AF | Undated | | |
| 1962 | | | Collection of News articles re HP product introductions | Undated | | |
| 1963 | | | PHYSICAL EXHIBIT: Product Sample re Cartridge Plus TRF148 | Undated | | |
| 1964 | | | Article entitled: "Business: The metamorphosis of Hewlett-Packard" | 1993/06/19 | | |

Parties' Joint Trial Exhibit List

Gibson, Dunn & Crutcher LLP

168

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 2320 | NK-H 279297 - 298 | | Facsimile from Dyer and Elliott to Baiocchi, Sagneri, Watters, McElligott, Riley, Paffhausen, Griebel, Krauter, Morf and Buhlmann | 1996/10/07 | | |
| 2321 | NK-H 259932 - 933 | | Memorandum from Wright to Wirch | 1995/12/18 | | |
| 2322 | NK-H 021127 - 130 | | Facsimile from Riley to Baiocchi | 1995/07/27 | | |
| 2323 | NK-H 201205 - 331 | | NK Operating Report | 1997/99/99 | | |
| 2324 | NK-H 209065-073 | NK-H 209065-073 | File entitled: "Unisys - General" with fax attached to Elliott from Snyder re meeting minutes | 1997/06/03 | | |
| 2325 | | | PHYSICAL EXHIBIT: Sample of RF50 Product | Undated | | |
| 2326 | NK-H 288011-013 | | Memo from Erwin Kaegi (Ink Jet Division) re Product Specification Ink Jet Easy Click | 1996/08/13 | | |
| 2327 | NK-H 288014-016 | | Memo from Erwin Kaegi (Ink Jet Division) re Product Specification Ink Jet Easy Click | 1996/08/13 | | |
| 2328 | NK-H 305972-6119 | | NuKote ECN's | 1998/08/03 | | |
| 2329 | NK-H 310891-945 | | NuKote ECN's | 1998/08/21 | | |
| 2330 | NK-H 310946-972 | | NuKote ECN's | 1998/08/21 | | |
| 2331 | | | HP 51606C Print Cartridge | | | |
| 2332 | | | HP 51606A Print Cartridge | | | |
| 2333 | | | HP 51625A Inkjet Print Cartridge | | | |
| 2334 | | | HP 51626A Inkjet Print Cartridge | | 05/28/99 | |
| 2335 | | | HP 51629A Inkjet Print Cartridge | | 06/01/99 | 06/01/99 |
| 2336 | | | HP 51649A Inkjet Print Cartridge | | 06/01/99 | 06/01/99 |

Parties' Joint Trial Exhibit List

Gibson, Dunn & Crutcher LLP

198

| Exh. No. | Bates Number | CFPI | Description | Doc. Date | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| 2416 | No Bates Number | | Nu-Kote Cartridge Plus Package Survey | 1998/08/01 | | |
| 2417 | No Bates Number | | Physical: RF40 | Undated | | |
| 2418 | No Bates Number | | Physical: RF50 | Undated | | |
| 2419 | No Bates Number | | Physical: Nu-Kote Cartridge Plus | Undated | | |
| 2420 | No Bates Number | | Physical: Pelikan Refill Kit | Undated | | |
| 2421 | No Bates Number | | Physical: Ko-Rec-Type Refill Kit | Undated | | |
| 2422 | No Bates Number | | Simulated Display | Undated | | |
| 2423 | No Bates Number | | Simulated Display | Undated | | |
| 2424 | No Bates Number | | Simulated Display | Undated | | |
| 2425 | No Bates Number | | Simulated Display | Undated | | |
| 2426 | H351318 | | Demonstrative: Graph of Surface Tension Versus Surfactant Concentration for Ink 215061 (redone w/ properly formulated ink basis | Undated | | |
| 2427 | H351317 | | Demonstrative: Graph of Surface Tension versus Surfynol Concentration for Ink 215063 | Undated | | |
| 2428 | No Bates Number | | Spencer Print Sample "paper with surfactant" | Undated | | |
| 2429 | No Bates Number | | Spencer Print Sample "paper without surfactant" | Undated | | |
| 2430 | No Bates Number | | Spencer Print Sample: Canon BJC-4550/Gilbert Bond/with Surfactant | Undated | | |
| 2431 | No Bates Number | | Spencer Print Sample: Canon BJC-4550/Gilbert Bond/without Surfactant | Undated | | |

Parties' Joint Trial Exhibit List

Gibson, Dunn & Crutcher LLP

204