# EXHIBIT 55



*Just remove from transport clip and load into printer*
*Retirez-le simplement de la pince de transport et chargez-le dans l'imprimante*
*Simplemente remueva de su clip transportador y cárguelo dentro de la impresora*

## Replace Your Cartridge In 4 Easy Steps:
## Remplacez la cartouche en 4 étapes faciles:
## Reemplace su Cartucho en 4 fáciles pasos:



1) Remove foil tape.
1) Retirez le ruban métallique.
1) Remueva la cinta metálica.



2) Insert tank into printhead.
2) Insérez le réservoir dans la tête d'impression.
2) Inserte el tanque dentro de la cabeza impresora.



3) Reposition yellow cap.
3) Replacez le capuchon jaune.
3) Reposicione la tapa amarilla.



4) Activate the ink flow.
4) Faites couler l'encre.
4) Active el flujo de la tinta.

PLEASE READ COMPLETE INSTRUCTIONS INSIDE BEFORE USING.
LIRE LES DIRECTIVES COMPLETES CI-INCLUSES AVANT D'UTILISER.
POR FAVOR LEA LAS INSTRUCCIONES POR COMPLETO
QUE SE ENCUENTRAN DENTRO ANTES DE USAR



Use Nu-kote® TRF149 ink tanks
for future refills and additional savings.
Utilisez les réservoirs d'encre Nu-kote® TRF149
pour économiser a nouveau lors des prochains remplissages.
Use tanques de tinta Nu-kote® TRF149
para rellenos futuros y ahorros adicionales.



0  87486 08191  4