# EXHIBIT 56



EXHIBIT 56

**Refill A Cartridge In 4 Easy Steps:**
**Rechargez une cartouche en 4 étapes faciles:**
**Recargue un Cartucho en 4 fáciles pasos:**





1) Remove plug from empty cartridge.
1) Retirez le bouchon de la cartouche vide.
1) Remueva el tapón del cartucho vacío.

2) Refill cartridge.
2) Rechargez la cartouche.
2) Recargue el cartucho.





3) Prime cartridge.
3) Amorcez la cartouche.
3) Acondicione el cartucho.

4) Plug cartridge and replace in printer.
4) Rebouchez la cartouche et replacez-la dans l'imprimante.
4) Tape el cartucho y reemplace en la impresora.

PLEASE READ COMPLETE INSTRUCTIONS INSIDE BEFORE USING.
LIRE LES DIRECTIVES COMPLETES CI-INCLUSES AVANT D'UTILISER.
POR FAVOR LEA LAS INSTRUCCIONES POR COMPLETO QUE SE ENCUENTRAN DENTRO ANTES DE USAR.

Use Nu-kote® TRF41 ink refills for future refills and additional savings.
Utilisez les recharges d'encre Nu-kote® TRF41 pour économiser à nouveau lors des prochaines recharges.
Use rellenos de tinta Nu-kote® TRF41 para rellenos futuros y ahorros adicionales.



0  87486 07446  6