# EXHIBIT 57






EXHIBIT 57

### FOR/POUR IMPRIMANTE HP® DESKJET®/DESKWRITER PRINTERS (HP® 51626A)   H78-0

**MODELS / MODÈLES**

Bryce BOS 10K, Fujitsu dex 80, dex 170, dex 530, Hewlett-Packard® Fax 200/300/310/900/950, HP® DesignJet, HP® DeskJet®, HP® DeskJet® Portable, HP® DeskJet®/Deskwriter 500/500C/510/520/540/550C/560C/Plus, Integrex Colorjet series 2, Panafax UF-300/310/311/312/322, Panafax U-300, Panasonic Proline PX-350, Sharp FO 1700/UX 1200/1500, Pitney Bowes 9100, W-800.

- BLACK - INK JET REFILL
- STORE UPRIGHT AT ROOM TEMPERATURE.
- 2 bottles refills two cartridges
- Don't discard costly empty ink cartridges. Save money and recycle.
- Complete Directions Enclosed.
- Keep out of reach of children.
- The listed names for machines are used for the purpose of identification of KO•REC•TYPE® products.

- RECHARGE NOIRE POUR CARTOUCHE À JET D'ENCRE
- ENTREPOSER EN POSITION VERTICALE À LA TEMPÉRATURE DE LA PIÈCE.
- 2 bouteilles rechargent deux cartouches
- Ne jetez plus vos cartouches vides d'imprimante à jet d'encre. Économisez et recyclez en rechargeant vos cartouches vides.
- Mode d'emploi à l'intérieur.
- Tenir hors de la portée des enfants.
- Les marques de machine mentionnées sont utilisées uniquement pour l'identification des produits KO•REC•TYPE®

### IT'S EASY TO REFILL YOUR CARTRIDGE
### C'EST FACILE DE RECHARGER VOTRE CARTOUCHE

1. Put cartridge in plastic cartridge holder and remove black fill plug from refill opening.
2. Insert dispenser nozzle into refill opening.
3. Slowly squeeze ink dispenser.
4. Securely replace black fill plug.



1. Placez la cartouche dans le support à cartouche de plastique et retirez le bouchon noir de l'orifice de rechargement.
2. Insérez le bec verseur dans l'orifice de rechargement.
3. Pressez délicatement la bouteille distributrice.
4. Replacez le bouchon noir dans l'orifice de rechargement.

## KO•REC•TYPE®

Barouh Eaton (Canada) Ltd.
1-800-268-9955
1-800-363-7592 (Québec)
Barouh Eaton Allen Corp. (U.S.A.)
1-800-268-9955
**KO•REC•TYPE®** Europe
353-509-20566/20518
**KO•REC•TYPE®**
91(3) 618-8088


