# EXHIBIT 58



EXHIBIT 58

# Pelikan
### BRAND / MARQUE / MARCA
INK JET CARTRIDGE SYSTEM / SYSTÈME DE CARTOUCHE À JET D'ENCRE / SISTEMA DE CARTUCHO DE TINTA JET

**INK JET**

**Compatible With / Compatible avec / Compatible con:**

Citizen: ProJet
Fujitsu: Breeze 100, 100+, 200, 300, DexSJ0, SJ6E
Hewlett Packard: DeskJet 300, 310, 320, 340, 400, 500, 500C, 500J, 505J, 510, 520, 540, 550C, 560, 2276A Plus Portable

Hewlett Packard: DeskWriter, C, 310, 510, 520, 540, 550C, 560; Fax-200, 300, 310, 700, 750, 900, 950; OfficeJet, LX
Panasonic: Panafax UF-300, 311, 312, 315, 321, 322

The brand names and model designations listed are intended to show compatibility only. Pelikan is not affiliated with the manufacturer of any of these machines.

Les marques et désignations de modèles sont citées qu'à des fins de compatibilité. Pelikan n'est aucunement affilié aux fabricants de ces appareils.

La lista de marcas y modelos de equipos sólo intenta demostrar compatibilidad. Pelikan no está afiliado con ninguno de los fabricantes de este equipo.

*Just remove from transport clip and load into printer*
*Retirez-le simplement de la pince de transport et chargez-le dans l'imprimante*
*Simplemente remueva de su clip transportador y cárguelo dentro de la impresora*

**Replace Your Cartridge In 4 Easy Steps: / Remplacez la cartouche en 4 étapes faciles: / Reemplace su Cartucho en 4...**





1) Remove [old] clip
1) Retirez [le] ...
1) Remueva ...



2) Insert tank
2) Insérez le réservoir
2) Inserte el tanque

3) Reposition red clip
3) Replacez le capuchon rouge
3) Reposicione el broche rojo

4) Prime cartridge system
4) Amorcez le système de cartouche
4) Acondicione el sistema de cartucho

PLEASE READ COMPLETE INSTRUCTIONS INSIDE BEFORE USING.
LIRE LES DIRECTIVES COMPLÈTES CI-INCLUSES AVANT D'UTILISER.
POR FAVOR LEA LAS INSTRUCCIONES POR COMPLETO QUE SE ENCUENTRAN DENTRO ANTES DE USAR.

**Use Pelikan 2S603X ink tanks** for future refills and additional savings.

Utilisez les réservoirs d'encre Pelikan 2S603X pour économiser à nouveau lors des prochains remplissages.

Use tanques de tinta Pelikan 2S603X para rellenos futuros y ahorros adicionales.



0  80837 60202  8

*New Instructions Inside*
022112