# EXHIBIT 59




1481-D