# EXHIBIT 60



















## English

**Installation Tips**

(1) Locate print cartridge area. (2) Snap out old cartridge. (3) Remove old cartridge. (4) Remove both pieces of tape from new cartridge. (5) Insert new cartridge. (6) Snap into place.

**Handling Tips**

Keep sealed until ready to use. Hold cartridge by green or black areas only. Do not let copper area come in contact with any surface. Dropping the print cartridge can cause structural damage resulting in ink leakage. A damaged cartridge should not be used.

Caution!

Ink leaks if punctured. Damage to the printer or print cartridge resulting from modifying or refilling the print cartridge is not the responsibility of Hewlett-Packard.

## Deutsch

**Installation**

(1) Stellen Sie fest, wo sich die Druckkopfpatrone befindet. (2) Lösen Sie die alte Patrone. (3) Nehmen Sie die alte Patrone heraus. (4) Ziehen Sie die beiden Klebestreifen von der neuen Patrone ab. (5) Setzen Sie die neue Patrone ein. (6) Lassen Sie sie einrasten.

**Handhabung**

Öffnen Sie keinesfalls vor Gebrauch die Versiegelung. Fassen Sie die Druckkopfpatrone nur an den grünen oder schwarzen Bereichen an. Der Kupferbereich darf mit keinem anderen Material in Berührung kommen. Wenn Sie die Patrone fallenlassen, kann dies zu Materialschäden und undichten Stellen führen. Beschädigte Patrone nicht mehr benutzen.

Vorsicht!

Beschädigte Druckkopfpatronen sind undicht. Für Schäden am Drucker oder der Druckkopfpatrone, die aus Veränderungen oder einer Nachfüllung der Patrone resultieren, übernimmt Hewlett-Packard keine Haftung.

## Français

**Conseils d'installation**

(1) Localisez l'emplacement de la cartouche. (2) Dégagez la cartouche usagée. (3) Retirez la cartouche usagée. (4) Retirez les deux morceaux d'adhésif de la cartouche neuve. (5) Mettez en place la nouvelle cartouche. (6) Enclenchez-la en position.

**Conseils de manipulation**

Conservez la cartouche scellée jusqu'au moment de l'utilisation. Tenez seulement la cartouche par les parties vertes ou noires. Evitez tout contact de la partie en cuivre avec une surface quelconque. Tout choc sur la cartouche peut l'endommager et provoquer une fuite d'encre. N'utilisez pas une cartouche endommagée.

Attention!

De l'encre fuit si la cartouche est percée. Hewlett-Packard n'assumera aucune responsabilité pour les dommages causés à l'imprimante ou à la cartouche d'encre si cette dernière est modifiée ou remplie de nouveau.

## Español

**Instrucciones de instalación**

(1) Localice la zona del cartucho de impresión. (2) Suelte el cartucho usado. (3) Extráigalo. (4) Retire los dos trozos de cinta del cartucho nuevo. (5) Introduzca el cartucho nuevo. (6) Ajústelo en su posición.

**Consejos de manipulación**

Mantenga el cartucho precintado hasta su utilización. Sujete el cartucho sólo por las zonas verdes o negras. No deje que la zona de cobre entre en contacto con ninguna superficie. No deje caer el cartucho de impresión: podría provocar daños estructurales capaces de producir pérdidas de tinta. No utilice cartuchos dañados.

¡Precaución!

Si el cartucho está agujereado, la tinta se filtrará al exterior. No son responsabilidad de Hewlett-Packard los daños producidos a la impresora o al cartucho de impresión debido a la modificación o rellenado de éste.

# HP 51626A Inkjet Print Cartridge




Your HP Print Cartridge works with your HP printer as a precision printing system. That's why we recommend that you always use HP print cartridges. It's your assurance of clear, sharp images every time you print.

Ihre HP Tintenpatrone und Ihr HP Drucker bilden zusammen ein optimiertes System für beste Druckqualität. Deshalb empfehlen wir Ihnen, ausschließlich original HP Tintenpatronen zu benutzen: Ihr Garant für gestochen scharfe, hochwertige Druckergebnisse.

Votre imprimante et votre cartouche à jet d'encre HP, contribuent l'une et l'autre à la qualité exceptionnelle des images HP. C'est pourquoi nous vous recommandons de les utiliser ensemble, afin d'obtenir à chaque impression la garantie d'une définition claire et précise.

Los cartuchos de impresión HP y las impresoras HP han sido diseñados conjuntamente para asegurar la mayor precisión de imagen posible. Por eso siempre recomendamos usar cartuchos de impresión HP, la mejor garantía en la obtención de un excelente rendimiento y de una calidad de impresión inigualable.

HPプリントカートリッジは、HPプリンタとともに高精度のプリンタ・システムとして機能しています。いつも鮮明でシャープな印刷を得るために、必ずHP純正プリントカートリッジをご使用ください。

HP 잉크 카트리지는 정밀한 인쇄 시스템의 일부로 프린터와 함께 작동합니다. 이러한 이유 때문에 항상 HP 잉크 카트리지를 사용할 것을 권합니다. 인쇄할 때마다 깨끗하고 선명한 이미지를 보장합니다.

Made in U.S.A. from domestic and foreign components. Fabriqué aux Etats Unis
Hewlett-Packard Co., P.O. Box 3025, Corvallis, OR 97339, U.S.A.