# EXHIBIT 61

EXHIBIT
Ex 619

HP 51629A
Inkjet
Print
Cartridge

Black

**Always Clear, Always Sharp**

HP 51629A
Print Cartridge







**Installation Tips**

Be sure to remove both pieces of tape from the print cartridge, as indicated in illustration number four. Failure to remove both pieces of tape could result in cartridge malfunction and/or reduced lifespan.

**Handling Tips**

Keep sealed until ready to use. Hold cartridge by the top or the back, never the copper area. Do not touch, clean, or wipe the copper area. Tapping the print cartridge can cause structural damage, resulting in ink leakage. A damaged cartridge should not be used.

Caution!
Ink leaks if punctured. Damage to the printer or print cartridge resulting from the misuse or refill of the print cartridge is not the responsibility of Hewlett-Packard.

**Installation**

**Handhabung**

Versicht

**Instrucciones de instalación**

**Consejos de manipulación**

¡Prevención!

**Installation**

**Conseils d'installation**

Assurez-vous de bien avoir retiré les deux morceaux d'adhésif de la cartouche, comme indiqué sur l'illustration numéro quatre. Ne pas retirer les deux morceaux pourrait causer un mauvais fonctionnement de la cartouche et/ou une durée de vie réduite.

**Conseils de manipulation**

Attention!

# HP 51629A
## Inkjet
## Print
## Cartridge

 **HEWLETT® PACKARD**

▓▓▓▓▓ Your HP Print Cartridge works with your HP printer as a precision printing system. That's why we recommend that you always use HP print cartridges. It's your assurance of clear, sharp images every time you print.

▓▓▓▓▓ Ihre HP Tintenpatrone und Ihr HP Drucker bilden zusammen ein optimiertes System für beste Druckqualität. Deshalb empfehlen wir Ihnen, ausschließlich original HP Tintenpatronen zu benutzen: Ihr Garant für gestochen scharfe, hochwertige Druckergebnisse.

▓▓▓▓▓ Votre imprimante et votre cartouche à jet d'encre HP, contribuent l'une et l'autre à la qualité exceptionnelle des images HP. C'est pourquoi nous vous recommandons de les utiliser ensemble, afin d'obtenir à chaque impression la garantie d'une définition claire et précise.

Los cartuchos de impresión HP y las impresoras HP han sido diseñados conjuntamente para asegurar la mayor precisión de imagen posible. Por eso siempre recomendamos usar cartuchos de impresión HP, la mejor garantía en la obtención de un excelente rendimiento y de una calidad de impresión inigualable.

▓▓▓▓▓ HPプリントカートリッジは、HPプリンタとともに高精度のプリンタ システムとして機能しています。いつも鮮明でシャープな印刷を得るために、必ずHP純正プリントカートリッジをご使用ください。

▓▓▓▓▓ HP 잉크 카트리지는 정밀한 인쇄 시스템의 일부로 프린터와 함께 작동합니다. 이러한 이유 때문에 항상 HP 잉크 카트리지를 사용할 것을 권합니다. 인쇄할 때마다 깨끗하고 선명한 이미지를 보장합니다.

Made in U.S.A. from domestic and foreign components  Fabriqué aux Etats Unis
Hewlett-Packard Co., P.O. Box 3025, Corvallis, OR 97339, U.S.A.