# EXHIBIT 65

## Removing the Print Cartridge





## Installing the Print Cartridge





## Handling Procedures



## Caution!

### To Order HP Supplies



**HP 51625A**
User information

For use with these HP products:
- DeskJet 500C
- DeskJet 550C
- DeskWriter C
- DeskWriter 550C




Make your ideas...

STATE LEGAL® EXHIBIT 65