# EXHIBIT 66



# 41A
# Inkjet Print Cartridge



■ Your HP Print Cartridge works with your HP printer as a **precision** printing system. That's why we recommend that you always use **HP print cartridges**. It's your assurance of clear, sharp images every time you print.

■ Ihre HP Tintenpatrone und Ihr HP Drucker bilden zusammen **ein** optimiertes System für beste Druckqualität. Deshalb empfehlen **wir Ihnen**, ausschließlich original HP Tintenpatronen zu benutzen. Ihr Garant **für** gestochen scharfe, hochwertige Druckergebnisse.

■ Votre imprimante et votre cartouche à jet d'encre HP, **contribuent** l'une et l'autre à la qualité exceptionnelle des images HP. C'est pourquoi nous vous recommandons de les utiliser ensemble, afin d'obtenir à **chaque** impression la garantie d'une définition claire et précise.

■ Los cartuchos de impresión HP y las impresoras HP han sido diseñados conjuntamente para asegurar la mayor precisión de imagen posible. Por eso siempre recomendamos usar cartuchos de impresión HP, la mejor garantía en la obtención de un excelente rendimiento y de una calidad de impresión inigualable.

■ HPプリントカートリッジは、HPプリンタとともに高精度のプリンタ システムとして機能しています。いつも鮮明でシャープな印刷を得るために、必ずHP純正プリントカートリッジをご使用ください。

■ HP 잉크 카트리지는 정밀한 인쇄 시스템의 일부로 프린터와 함께 잘 통합됩니다. 이러한 이유 때문에 항상 HP 잉크 카트리지를 사용할 것을 권합니다. 인쇄할 때마다 깨끗하고 선명한 이미지를 보장합니다.