# EXHIBIT 69

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4
     HEWLETT-PACKARD CO.,       ]   C-94-20647-JW
 5
               PLAINTIFF,       ]   SAN JOSE, CALIFORNIA
 6
                  V             ]   JUNE 29, 1999
 7
     NU-KOTE INTERNATIONAL,     ]   VOLUME 20
 8
               DEFENDANT.       ]   PAGES 3854-4031
 9
     _ _ _ _ _ _ _ _ _ _ _ _ _  ]
10
                  TRANSCRIPT OF PROCEEDINGS
11             BEFORE THE HONORABLE JAMES WARE
                UNITED STATES DISTRICT JUDGE
12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFF:      GIBSON, DUNN & CRUTCHER
14                           BY:  ROBERT E. COOPER
                                  PETER SULLIVAN
15                                RODNEY STONE
                                  CHAD HUMMEL
16                           333 SOUTH GRAND AVENUE
                             LOS ANGELES, CALIFORNIA
17                           90071

18                           PENNIE & EDMONDS
                             BY:  STEVEN I. WALLACH
19                                WILLIAM G. PECAU
                                  THOMAS CANOVA
20                                JAMES MARKEY
                             1155 AVENUE OF THE
21                           AMERICAS
                             NEW YORK, NEW YORK
22                           10024

23       (APPEARANCES CONTINUED ON THE NEXT PAGE)

24   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25                            LEE-ANNE SHORTRIDGE
                              CERTIFICATE NUMBER 9595

                                                    3854

                    U.S. COURT REPORTERS
```



Case Transcript, Vol 20, Pgs 3854-4031        Page 3855

1  TABLES NOW, THERE'S A LITTLE BIT OF A CHANGE IN THE
2  DYNAMICS. IN THIS PART OF THE CASE, NU-KOTE IS THE
3  PARTY BRINGING THE CASE. THEY'RE THE PLAINTIFF AS
4  IT WERE. WE CALLED THEM THE COUNTERCLAIMANT
5  BECAUSE THEY'RE FILING THE CLAIM AS A COUNTER TO A
6  LAWSUIT THAT WAS ALREADY ON FILE.
7         AND HEWLETT-PACKARD IS THE
8  COUNTERDEFENDANT. AND SO NU-KOTE HAS, HAS THE
9  BURDEN OF PROOF AND I, I WILL ALLOW NU-KOTE TO OPEN
10 THE PRESENTATION WITH ITS STATEMENT OF WHAT IT WILL
11 PROVE.
12        MR. KATZ?
13        MR. KATZ: THANK YOU, YOUR HONOR. MAY IT
14 PLEASE THE COURT.
15        YOUR HONOR, COULD YOU INQUIRE, SINCE I'VE
16 MOVED THIS HERE, COULD YOU INQUIRE WHETHER THE
17 JURORS CAN SEE THE SCREEN BECAUSE IT MAY BE
18 DIFFERENT SIDELINES.
19        JUROR: IT'S BLOCKING THE EDGE. YOU
20 MIGHT WANT TO MOVE IT. OKAY.
21        OPENING STATEMENT BY MR. KATZ
22        MR. KATZ: GOOD MORNING, LADIES AND
23 GENTLEMEN. FIRST, OF COURSE, I WOULD LIKE TO THANK
24 YOU FOR YOUR EXTRAORDINARY SERVICE SO FAR. JUDGE
25 WARE HAS MENTIONED IT, AND THERE'S NO QUESTION THAT

```
 1   "TIGHTEN OUR BELT, LOWER OUR COST, LET'S GO OUT
 2   THERE AND BEAT NU-KOTE.  LET'S BE BETTER AND
 3   CHEAPER."
 4           THAT'S WHAT YOU'RE SUPPOSED TO DO.
 5           THEY DON'T SAY THAT.  THEY SAY, "WHAT
 6   WE'RE GOING TO DO IS WE'RE GOING TO ENGAGE IN FUD,
 7   FEAR, UNCERTAINTY AND DOUBT.
 8           AND THE EVIDENCE WILL SHOW -- I'M NOT
 9   MAKING THIS UP.  H-P IS A GREAT COMPANY, I'VE TOLD
10   YOU THAT BEFORE.
11           BUT THAT DOES NOT MEAN THAT THERE ARE NOT
12   PEOPLE WITHIN H-P WHO DO THINGS THAT ARE NOT RIGHT.
13           YOU WILL HEAR THE WORD FUD FROM H-P
14   EMPLOYEES THIS MORNING ON THE TAPE, AND YOU WILL
15   SEE DOZENS -- THIS IS NOT A COINCIDENCE -- DOZENS
16   AND DOZENS OF DOCUMENTS THAT SAY "FUD, FUD, WE'VE
17   GOT TO DO FUD, WE'VE GOT TO DO FUD."  FEAR,
18   UNCERTAINTY AND DOUBT.  VERY, VERY UGLY CONCEPT.
19           LET'S TAKE A LOOK AT ONE OF THOSE TAPES.
20   THIS IS A TAPE IN HOUSE AT H-P.  IT WAS MADE IN
21   1992.  IT WAS ACTUALLY BEFORE NU-KOTE GOT INTO THIS
22   BUSINESS.
23           AND ONE OF THE THINGS THAT YOU SHOULD
24   UNDERSTAND IS THAT OUR ANTITRUST LAWS ARE SO
25   IMPORTANT THAT OUR CONGRESS HAS SAID THAT YOU CAN
```

1   WITH THE ISSUES THAT I'LL SUBMIT TO YOU, MEMBERS OF
2   THE JURY, AND IT'S INAPPROPRIATE TO SUGGEST THAT
3   YOUR VERDICT SHOULD BE MADE BASED UPON SOMETHING
4   THAT YOU WOULD WISH THE, THE -- A MESSAGE TO BE
5   SENT BEYOND SIMPLY YOUR FINDING ACCORDING TO THE
6   LAW IN THE CASE.
7              YOU MAY BRING YOUR OPENING STATEMENT TO A
8   CONCLUSION.
9              MR. KATZ:  IN CONCLUSION, LADIES AND
10  GENTLEMEN, I'M CONFIDENT THAT WHEN YOU LOOK AT THE
11  LAW AND THESE FACTS, AND THIS IS JUST A SMALL
12  PORTION OF IT, I APOLOGIZE IN ADVANCE, YOU'RE GOING
13  TO BE INUNDATED WITH FUD, YOU'RE GOING TO BE
14  INUNDATED WITH BIFF, TIFF, BECAUSE WE'RE GOING TO
15  SHOW TO YOU HOW WIDESPREAD AND HOW BAD THIS
16  BEHAVIOR WAS.
17             WHEN YOU LOOK AT THE FACTS AND YOU LOOK
18  AT THE LAW, YOU WILL PUT A STOP TO THIS
19  UNACCEPTABLE BEHAVIOR IN OUR COMMUNITY.
20             THANK YOU VERY MUCH.
21             MR. COOPER:  CAN WE HAVE A FEW MINUTES TO
22  SET UP?
23             THE COURT:  MEMBERS OF THE JURY, WE'LL
24  TAKE A BREAK AT THIS POINT AND WE'LL COME BACK AT A
25  QUARTER 'TIL THE HOUR.

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
     HEWLETT-PACKARD CO.,    ]   C-94-20647-JW
 5
              PLAINTIFF,     ]   SAN JOSE, CALIFORNIA
 6
              V              ]   JULY 19, 1999
 7
     NU-KOTE INTERNATIONAL,  ]   VOLUME 32
 8
              DEFENDANT.     ]   PAGES 6159-6368
 9
     _ _ _ _ _ _ _ _ _ _ _ _ ]
10
                  TRANSCRIPT OF PROCEEDINGS
11             BEFORE THE HONORABLE JAMES WARE
                UNITED STATES DISTRICT JUDGE
12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFF:      GIBSON, DUNN & CRUTCHER
14                           BY:  ROBERT E. COOPER
                                  PETER SULLIVAN
15                                RODNEY STONE
                                  CHAD HUMMEL
16                           333 SOUTH GRAND AVENUE
                             LOS ANGELES, CALIFORNIA
17                           90071

18                           PENNIE & EDMONDS
                             BY:  STEVEN I. WALLACH
19                                WILLIAM G. PECAU
                                  THOMAS CANOVA
20                                JONATHAN MARSHALL
                                  JAMES MARKEY
21                           1155 AVENUE OF THE
                             AMERICAS
22                           NEW YORK, NEW YORK
                             10024
23        (APPEARANCES CONTINUED ON THE NEXT PAGE)

24   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25                            PETER TORREANO, CSR
                              CERTIFICATE NUMBER 7623

                                                      6159
                     U.S. COURT REPORTERS
```

| | | |
|---|---|---|
| 1 | THE COURT: IF YOU'VE GOT VERDICT | 13:47:28 |
| 2 | PROBLEMS, TAKE THEM UP TOGETHER AND GIVE THEM TO | 13:47:29 |
| 3 | MR. DAVIS. | 13:47:32 |
| 4 | (WHEREUPON, THE FOLLOWING PROCEEDINGS | |
| 5 | WERE HELD IN THE PRESENCE OF THE JURY:) | |
| 6 | THE COURT: VERY WELL. THE COURT WILL | 13:48:21 |
| 7 | CALL ON NU-KOTE FOR ITS CLOSING ARGUMENT WITH | 13:48:22 |
| 8 | RESPECT TO THE ANTITRUST ISSUES. | 13:48:25 |
| 9 | ANTITRUST CLOSING ARGUMENT BY MR. KATZ: | |
| 10 | MR. KATZ: THANK YOU, YOUR HONOR. | 13:48:29 |
| 11 | GOOD AFTERNOON, LADIES AND GENTLEMEN. | 13:48:34 |
| 12 | MAY IT PLEASE THE COURT. | 13:48:36 |
| 13 | WE ARE ON THE LAST LAP NOW OF WHAT HAS | 13:48:47 |
| 14 | BECOME A MARATHON. THE -- I HAVE BEHIND ME WHAT | 13:48:52 |
| 15 | YOU HAVE HEARD SINCE MAY 18TH, 1999. IT IS A | 13:48:57 |
| 16 | HERCULEAN TASK TO GO THROUGH THIS AMOUNT OF | 13:49:08 |
| 17 | MATERIAL AND WE HAVE TRIED TO SUMMARIZE IT FOR YOU | 13:49:10 |
| 18 | IN VARIOUS DIFFERENT WAYS. | 13:49:13 |
| 19 | THAT CHART UP THERE WHICH I SHOWED YOU ON | 13:49:15 |
| 20 | THE VERY FIRST DAY OF TRIAL IS ONE WAY TO DO IT AND | 13:49:17 |
| 21 | I'LL BE TALKING ABOUT THAT, BUT YOU CAN SEE WHY IT | 13:49:24 |
| 22 | TAKES SO LONG BECAUSE WE'RE GOING OVER A LONG | 13:49:24 |
| 23 | PERIOD OF TIME AND A LOT OF THINGS HAVE HAPPENED. | 13:49:25 |
| 24 | AND I THINK THAT I WILL BE ABLE TO BOIL | 13:49:28 |
| 25 | THAT DOWN EVEN FURTHER AND GIVE YOU THE ROAD MAP | 13:49:31 |

| | | |
|---|---|---|
| 1 | BE. | 14:00:43 |
| 2 | SO WE'VE GOT MARKET SHARE, WE'VE GOT THE | 14:00:44 |
| 3 | MARKET DEFINITION, WE'VE GOT THE MARKET POWER.  NOW | 14:00:47 |
| 4 | WE HAVE TO LOOK FOR CONDUCT, CONDUCT THAT CREATES | 14:00:52 |
| 5 | ARTIFICIAL BARRIERS TO ENTRY, CONDUCT TO EXTENT OR | 14:00:57 |
| 6 | MAINTAIN THE MONOPOLY.  AND THAT CONDUCT WAS | 14:01:02 |
| 7 | PROBABLY MOST CLEARLY EXPRESSED IN MR. -- MR. | 14:01:07 |
| 8 | PROSSER'S MEMO 6003, EXHIBIT 6003.  AND IF WE LOOK | 14:01:12 |
| 9 | AT PAGE, PAGE 324 OF THAT BASICALLY THIS IS WHAT | 14:01:18 |
| 10 | H-P IS DOING:  "THEY'RE DRAINING THE BACKWATERS WE | 14:01:24 |
| 11 | KEEP CREATING WITH THE HIGH PRICE/HIGH | 14:01:28 |
| 12 | RETURN STRATEGIES IN ORDER TO DESTROY THE | 14:01:30 |
| 13 | ENVIRONMENT THAT ALLOWS MONSTERS LIKE | 14:01:33 |
| 14 | NU-KOTE TO EVOLVE." | 14:01:35 |
| 15 | THAT WAS THEIR OVERALL PLAN, THEIR | 14:01:37 |
| 16 | OVERALL CAMPAIGN AND THERE WERE VARIOUS PARTS OF | 14:01:41 |
| 17 | IT.  ONE PART WAS FUD, FEAR UNCERTAINTY AND DOUBT; | 14:01:45 |
| 18 | AND ONE PART OF IT WAS THE CHANGE TO BIFF; ONE PART | 14:01:49 |
| 19 | OF IT WAS ONE LIFE TO LIVE; AND ONE PART OF IT IS | 14:01:52 |
| 20 | SOMETHING CALLED THE PETJET LOCKOUT WHICH IS | 14:01:55 |
| 21 | EVIDENCE WE GOT IN MAINLY THROUGH DEPOSITION | 14:02:04 |
| 22 | READINGS.  AND I'LL BE ABLE TO TELL YOU WHAT THAT | 14:02:04 |
| 23 | EVIDENCE IS A LITTLE BIT LATER, BUT I'M SURE YOU | 14:02:05 |
| 24 | CAN TELL FROM THE NAME OF IT THAT THE PETJET | 14:02:08 |
| 25 | LOCKOUT, THAT IS THE CREATION OF THESE ARTIFICIAL | 14:02:11 |

6281

U.S. COURT REPORTERS

| | | |
|---|---|---|
| 1 | NU-KOTE WAS SO INCOMPETENT AS H-P SAYS, IF THEY | 14:12:39 |
| 2 | WERE SUCH A BAD COMPANY, WHY DID H-P HAVE TO DO | 14:12:43 |
| 3 | ANYTHING? WHY DID H-P WRITE ALL OF THESE | 14:12:45 |
| 4 | DOCUMENTS? WHY WERE THEY OBSESSED WITH NU-KOTE? | 14:12:49 |
| 5 | THEY WERE OBSESSED WITH NU-KOTE? BECAUSE NU-KOTE | 14:12:51 |
| 6 | WAS A CATEGORY KILLER AS YOU SAW THIS MORNING. | 14:12:54 |
| 7 | LET'S GO INTO THE CONDUCT. AND THE FIRST | 14:13:00 |
| 8 | PART IS FUD, AND BY THAT I DON'T MEAN EDUCATION. | 14:13:05 |
| 9 | THAT WAS ONE THING THAT MR. SECCOMBE TOLD YOU THAT | 14:13:05 |
| 10 | DEFIES COMMON SENSE. I DON'T SEE IT BEING CALLED | 14:13:09 |
| 11 | "FED," FEAR, EDUCATION. IT'S BEING CALLED FUD, | 14:13:13 |
| 12 | FEAR, UNCERTAINTY AND DOUBT. AND I'M GOING TO | 14:13:17 |
| 13 | CONCENTRATE ON FOUR, FOUR OF THE -- OF THE MAIN FUD | 14:13:20 |
| 14 | STATEMENTS, ALTHOUGH THERE ARE OTHERS. | 14:13:24 |
| 15 | THE FIRST FUD STATEMENT WAS -- WAS | 14:13:27 |
| 16 | THAT -- THAT REFILLER'S INKS ARE INFERIOR. AND | 14:13:29 |
| 17 | THAT APPEARS -- THAT APPEARS IN EXHIBIT 1642, THE | 14:13:33 |
| 18 | INK STORY, EXHIBIT 6056, EXHIBIT 3027, AMONG | 14:13:36 |
| 19 | OTHERS. | 14:13:43 |
| 20 | BUT WHAT WAS THE TRUTH? YOU SAW THE | 14:13:48 |
| 21 | TRUTH THIS MORNING. H-P HAD TESTS. THEY HAD | 14:13:50 |
| 22 | EXHIBIT 1233, THEY HAD 6412, THEY HAD THE NSTL TEST | 14:13:52 |
| 23 | WHICH SHOWED THAT -- THAT NU-KOTE INKS DID MEET OR | 14:13:57 |
| 24 | EXCEED H-P INKS. | 14:14:01 |
| 25 | WE SAW THE PECENCO NOTES, 7236, WHERE SHE | 14:14:02 |

| | | |
|---|---|---|
| 1 | SAID "PRINT QUALITY IS GOOD." YOU CAN'T HAVE GOOD | 14:14:12 |
| 2 | PRINT QUALITY WITH BAD INK OBVIOUSLY. WE SAW THE | 14:14:12 |
| 3 | CRANGLE MEMO 7188 WHERE HE SAYS THAT THE PRINT | 14:14:14 |
| 4 | QUALITY IS OKAY. | 14:14:17 |
| 5 | SO THAT WAS NOT COMPARATIVE | 14:14:21 |
| 6 | ADVERTISEMENT. THAT WAS A KNOWINGLY FALSE | 14:14:23 |
| 7 | STATEMENT. | 14:14:25 |
| 8 | SECOND KNOWINGLY FALSE STATEMENT, REFILL | 14:14:26 |
| 9 | INKS CAUSE MOST OF THE PRINTER PROBLEMS. AND YOU | 14:14:29 |
| 10 | CAN FIND THAT IN EXHIBIT 1642, THE INK STORY. | 14:14:33 |
| 11 | EXHIBIT 3051, THE '95 SELLING GUIDE, EXHIBIT 6186, | 14:14:37 |
| 12 | ANOTHER SELLING GUIDE, EXHIBIT 6056. | 14:14:44 |
| 13 | AND WHAT WAS THE TRUTH, THE TRUTH WAS | 14:14:49 |
| 14 | THAT THEY KNEW THAT LESS THAN 10 PERCENT OF THE | 14:14:51 |
| 15 | PROBLEMS WERE CAUSED BY REFILL. AND HOW DO WE KNOW | 14:14:54 |
| 16 | THAT? BECAUSE MR. MARTIN TESTIFIED TO THAT. THEY | 14:14:58 |
| 17 | TRIED TO DENY IT UP, DOWN AND SIDEWAYS LATER, BUT | 14:15:02 |
| 18 | THE TESTIMONY IS CLEAR. YOU CAN DECIDE FOR | 14:15:06 |
| 19 | YOURSELF. | 14:15:08 |
| 20 | "QUESTION: ISN'T IT A FACT, SIR, THAT | 14:15:10 |
| 21 | H-P KNOWS THAT LESS THAN 10 PERCENT OF | 14:15:12 |
| 22 | THE DAMAGES TO PRINTERS COME FROM | 14:15:15 |
| 23 | REFILLS?" | 14:15:16 |
| 24 | STARTING FROM LINE 6, MR. SOBCZAK. | 14:15:18 |
| 25 | "ANSWER: WELL, I'VE SEEN ESTIMATES FROM | 14:15:21 |

```
1          MR. COOPER HAS TOLD YOU ON MANY, MANY          14:26:54
2   OCCASIONS THAT H-P NEVER DID ANYTHING. THEY JUST      14:26:57
3   BRAINSTORMED. THEY JUST TALKED ABOUT THINGS. I        14:27:00
4   THINK THAT YOU WILL SEE THAT THE DOCUMENTS TELL A     14:27:03
5   DIFFERENT STORY AND, OF COURSE, THERE'S NO DISPUTE    14:27:06
6   THAT THEY DID BIFF; THERE'S NO DISPUTE THAT THEY      14:27:13
7   DID ONE LIFE TO LIVE; THERE'S NO DISPUTE THAT THEY    14:27:15
8   DID THE PETJET LOCK-OUT.                              14:27:23
9          WITH RESPECT TO FUD, I'VE ALREADY SHOWN        14:27:23
10  YOU A DOCUMENT THAT SAYS THAT OUR MESSAGE AGAINST     14:27:23
11  REFILLERS IS WORKING. IT SHOWS THAT THE MARKET        14:27:25
12  SHARE WENT DOWN, AND THERE ARE A NUMBER OF OTHER      14:27:26
13  DOCUMENTS THAT SHOW THAT THIS WAS DISSEMINATED.       14:27:29
14  THERE WAS DEPOSITION TESTIMONY THE OTHER DAY TO THE   14:27:32
15  EFFECT THAT THE INK STORY WAS ACTUALLY ON THE         14:27:35
16  COUNTERS AT -- AT OFFICE DEPOT AND OTHER PLACES.      14:27:37
17         I WOULD ASK YOU TO LOOK AT EXHIBIT 6463,       14:27:42
18  EXHIBIT 6057, EXHIBIT 1614, AND THE SARA LIGON        14:27:45
19  DEPOSITION. SHE TALKED ABOUT PUBLISHING THE           14:27:52
20  SELLING GUIDE IN ENGLISH, PORTUGUESE AND SPANISH.     14:27:55
21  I SUGGEST TO YOU THAT THEY WERE NOT TRANSLATING IT    14:27:58
22  INTO ALL OF THOSE LANGUAGES SO THAT IT WOULD NOT BE   14:28:02
23  DISTRIBUTED.                                          14:28:05
24         KATHLEEN CLELAND TALKED ABOUT THIS AS          14:28:06
25  EARLY AS 1991, ABOUT THE FUD MESSAGE AND MR.          14:28:08
```

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                     SAN JOSE DIVISION
 4
     HEWLETT-PACKARD CO.,        ]   C-94-20647-JW
 5
              PLAINTIFF,         ]   SAN JOSE, CALIFORNIA
 6
                V                ]   JULY 19, 1999
 7
     NU-KOTE INTERNATIONAL,      ]   VOLUME 32
 8
              DEFENDANT.         ]   PAGES 6159-6368
 9
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ ]
10
                    TRANSCRIPT OF PROCEEDINGS
11              BEFORE THE HONORABLE JAMES WARE
                  UNITED STATES DISTRICT JUDGE
12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFF:          GIBSON, DUNN & CRUTCHER
14                               BY:  ROBERT E. COOPER
                                      PETER SULLIVAN
15                                    RODNEY STONE
                                      CHAD HUMMEL
16                               333 SOUTH GRAND AVENUE
                                 LOS ANGELES, CALIFORNIA
17                               90071

18                               PENNIE & EDMONDS
                                 BY:  STEVEN I. WALLACH
19                                    WILLIAM G. PECAU
                                      THOMAS CANOVA
20                                    JONATHAN MARSHALL
                                      JAMES MARKEY
21                               1155 AVENUE OF THE
                                 AMERICAS
22                               NEW YORK, NEW YORK
                                 10024
23        (APPEARANCES CONTINUED ON THE NEXT PAGE)

24   OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                              CERTIFICATE NUMBER 8074
25                            PETER TORREANO, CSR
                              CERTIFICATE NUMBER 7623

                                                      6159

                    U.S. COURT REPORTERS
```

| | | |
|---|---|---|
| 1 | THE COURT: I THINK THE ATTENTION IS | 14:49:19 |
| 2 | GOING TO WANE. YOU SHOULD MODULATE YOUR ARGUMENT | 14:49:22 |
| 3 | BASED ON THE AMOUNT OF CAKE. | 14:49:25 |
| 4 | MR. COOPER: I COULD SAY THAT MY ARGUMENT | 14:49:28 |
| 5 | IS GOING TO BE A PIECE OF CAKE, BUT THAT WOULDN'T | 14:49:30 |
| 6 | BE FAIR. | 14:49:33 |
| 7 | CLOSING ARGUMENT BY MR. COOPER | |
| 8 | MR. COOPER: I MADE THE COMMENT THE OTHER | 14:49:34 |
| 9 | DAY THAT YOU ALL ARE ESSENTIALLY A CAPTIVE AUDIENCE | 14:49:36 |
| 10 | AND I APPRECIATE THAT. I POINTED OUT TO ONE OF OUR | 14:49:39 |
| 11 | PARTNERS THAT IN EFFECT WHAT YOU'VE BEEN GOING | 14:49:42 |
| 12 | THROUGH IS LIKE TRYING TO TAKE A DRINK OF WATER | 14:49:45 |
| 13 | FROM A FIRE HYDRANT. HE COMMENTED THAT PROBABLY | 14:49:47 |
| 14 | WASN'T THE BEST ANALOGY. IT MAY HAVE BEEN MORE | 14:49:50 |
| 15 | LIKE A CHINESE WATER TORTURE CHAMBER. WHICHEVER, I | 14:49:54 |
| 16 | DO WANT TO THANK YOU VERY MUCH ON BEHALF OF H-P AND | 14:49:59 |
| 17 | ITS EMPLOYEES FOR -- FOR THE DEDICATION YOU HAVE | 14:50:01 |
| 18 | SHOWN AND FOR THE COMMITMENT YOU HAVE MADE. | 14:50:05 |
| 19 | I NOW HAVE AN HOUR. SO I'M GOING TO TRY | 14:50:09 |
| 20 | TO PERFORM THE FIRE HYDRANT ROLE AND I'M GOING TO | 14:50:11 |
| 21 | WALK YOU THROUGH EVERYTHING THAT I THINK IS | 14:50:15 |
| 22 | IMPORTANT. | 14:50:16 |
| 23 | MY BASIC POINT IS GOING TO BE THERE'S | 14:50:17 |
| 24 | BEEN A TOTAL FAILURE OF PROOF ON EVERY ELEMENT OF | 14:50:20 |
| 25 | THE CASE AND THE REASON WHY THERE'S A TOTAL FAILURE | 14:50:24 |

```
 1   REFILL PRODUCTS AND THAT -- AND THAT IS SOMETHING     15:03:09
 2   THAT WE NEVER DID AND IT JUST HAS NO RELEVANCE IN     15:03:12
 3   THIS LAWSUIT.                                         15:03:15
 4           MR. KATZ HOPES THAT THE COLORFUL LANGUAGE     15:03:18
 5   WILL SOMEHOW CAUSE YOU TO THINK ILL OF                15:03:20
 6   HEWLETT-PACKARD AND, IN FACT, WHAT HE'S REALLY        15:03:23
 7   COMPLAINING ABOUT IS SOMETHING THAT IF WE HAD DONE    15:03:27
 8   IT, IT WOULD HAVE MADE LIFE MUCH MORE DIFFICULT FOR   15:03:29
 9   NU-KOTE AND IT WOULD HAVE BEEN PERFECTLY LEGAL.       15:03:35
10   AND THEN HE SAYS THAT WE DIDN'T DO IT.                15:03:37
11           LET'S START WITH THE ALLEGATION THAT WE       15:03:40
12   ENGAGED IN THIS MASSIVE FUD CAMPAIGN AS NU-KOTE       15:03:42
13   LIKES TO CALL IT.                                     15:03:46
14           YOU'LL SEE IN AN INSTRUCTION AND YOU'VE       15:03:48
15   ALREADY HAD IT READ AND YOU HAVE IT IN YOUR BINDER,   15:03:50
16   WHAT THE LAWS ARE UNDER THE ANTITRUST LAWS.           15:03:54
17   DISPARAGING STATEMENTS ABOUT RIVALS IN THE            15:03:56
18   MARKETPLACE ARE PRESUMED NOT TO BE ANTICOMPETITIVE.   15:03:58
19   AND THAT'S VERY, VERY IMPORTANT.                      15:04:01
20           THE INSTRUCTION GOES ON TO SAY THAT IN        15:04:03
21   ORDER TO OVERCOME THAT PRESUMPTION, NU-KOTE MUST      15:04:06
22   PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT A       15:04:09
23   STATEMENT MADE BY HEWLETT-PACKARD WAS, AND THERE'S    15:04:10
24   A SERIES OF HURDLES, CLEARLY FALSE, AND THE POINTS    15:04:12
25   H-P MADE ABOUT THE RISKS TO REFILLING ARE NOT         15:04:16
```

| | | |
|---|---|---|
| 1 | CLEARLY FALSE, THEY'RE FAIR AND SUPPORTED, CLEARLY | 15:04:19 |
| 2 | MATERIAL, CLEARLY LIKELY TO INDUCE REASONABLE | 15:04:22 |
| 3 | RELIANCE BY BUYERS, MADE TO BUYERS WITHOUT | 15:04:26 |
| 4 | KNOWLEDGE OF THE SUBJECT MATTER.  LOOK AT THAT ONE | 15:04:29 |
| 5 | FOR A MOMENT. | 15:04:30 |
| 6 | THE STATEMENTS WE ARE ALLEGED TO HAVE | 15:04:32 |
| 7 | MADE WERE MADE TO THESE SUPERSTORES, THE RETAILERS | 15:04:34 |
| 8 | WHO HAVE ALL KINDS OF KNOWLEDGE ABOUT THE PRODUCTS | 15:04:38 |
| 9 | THAT THEY SELL. | 15:04:40 |
| 10 | CONTINUED FOR PROLONGED PERIODS OF TIME, | 15:04:41 |
| 11 | AND NOT READILY SUSCEPTIBLE OF NEUTRALIZATION AND | 15:04:44 |
| 12 | OTHER OFFSET BY RIVALS.  IN OTHER WORDS, THE RIVALS | 15:04:50 |
| 13 | CAN'T RESPOND BACK IN KIND.  THAT'S A VERY TOUGH | 15:04:53 |
| 14 | LEGAL TEST AND THERE'S A GOOD REASON WHY COURTS | 15:04:57 |
| 15 | IMPOSE THAT.  BECAUSE AGGRESSIVE ADVERTISING IS | 15:04:59 |
| 16 | PROCOMPETITIVE AND THE LAW IS RELUCTANT TO PUT | 15:05:03 |
| 17 | BUSINESSES AT RISK TO ANTITRUST LAWSUITS BECAUSE | 15:05:06 |
| 18 | THEY ENGAGE IN HARD-HITTING ADVERTISING.  AND | 15:05:10 |
| 19 | THAT'S THE WAY THE LAW SHOULD BE UNLESS WE WANT TO | 15:05:12 |
| 20 | DIMINISH COMPETITION IN OUR SOCIETY.  NU-KOTE CAN'T | 15:05:16 |
| 21 | BEGIN TO OVERCOME THAT PRESUMPTION. | 15:05:28 |
| 22 | LET ME START WITH SOME SIMPLE FACTS. | 15:05:30 |
| 23 | REFILLING WAS NOT MENTIONED IN MASS MEDIA.  THE TV | 15:05:35 |
| 24 | AND RADIO AND NEWSPAPERS ADS WAS NEVER MENTIONED. | 15:05:39 |
| 25 | YOU'LL FIND NO FALSE STATEMENTS IN THE | 15:05:44 |

```
 1    H-P PRODUCT INSERTS OR PRINTER MANUAL.  NOW, THIS      15:05:45
 2    IS THE DIRECT AVENUE TO THE CUSTOMER WHEN THEY BUY     15:05:48
 3    A CARTRIDGE.  WHEN THEY GET A PRINTER THEY OPEN IT     15:05:57
 4    UP AND THEY'VE GOT AN INSERT IN THERE TALKING ABOUT    15:05:57
 5    THE CARTRIDGE.  THEY'VE GOT A MANUAL AND THERE ARE     15:05:57
 6    NO UNFAIR FALSE STATEMENTS TO BE FOUND THERE.          15:05:59
 7              IF WE WERE BENT ON DESTROYING REFILLING,     15:06:02
 8    THAT'S WHERE WE WOULD HAVE ATTACKED.                   15:06:05
 9              YOU'LL FIND NO FALSE STATEMENTS IN H-P       15:06:07
10    RESPONSES TO INQUIRIES TO CUSTOMERS ABOUT              15:06:11
11    REFILLING.                                             15:06:13
12              CAN WE BRING UP 602.                         15:06:14
13              THIS IS ONE OF THE FORM LETTERS THAT H-P     15:06:23
14    USES TO RESPOND TO ASK CUSTOMERS ABOUT REFILLING.      15:06:26
15    IT'S A FAIR STATEMENT.  IT'S EXHIBIT 3451.  YOU'LL     15:06:29
16    FIND THAT IN EVIDENCE.                                 15:06:33
17              I DON'T WANT TO SPEND A LOT OF TIME ON       15:06:33
18    IT, BUT LET ME JUST POINT OUT THAT THE POINTS WE       15:06:35
19    MAKE.  THIS IS WHAT, BY THE WAY, WE CALL FUD.  "THE    15:06:38
20         INK IN THE BLACK CARTRIDGE HAS BEEN               15:06:43
21         CAREFULLY FORMULATED BY HEWLETT-PACKARD           15:06:45
22         TO ENSURE SUPERIOR PRINT QUALITY AND              15:06:47
23         COMPATIBILITY WITH.  HEWLETT-PACKARD              15:06:50
24         CAUTIONS AGAINST AND IS NOT RESPONSIBLE           15:06:52
25         FOR DAMAGE CAUSED TO THE PRINTER BY               15:06:55
```

6319

U.S. COURT REPORTERS

| | | |
|---|---|---|
| 1 | REFILLING." | 15:06:57 |
| 2 | FAIR, REASONABLE STATEMENTS. | 15:06:58 |
| 3 | WE GO ON TO SAY: "WE DON'T SUPPORT | 15:07:00 |
| 4 | REFILLING. HOWEVER, IF FREE MARKET | 15:07:02 |
| 5 | PEOPLE HAVE THE CHOICE WHETHER OR NOT TO | 15:07:06 |
| 6 | REFILL INK CARTRIDGES, THAT'S OUR | 15:07:08 |
| 7 | STANDARD RESPONSE TO CUSTOMERS ABOUT | 15:07:10 |
| 8 | REFILLING." | 15:07:12 |
| 9 | IF THAT IS ILLEGAL, THEN I DON'T KNOW HOW | 15:07:16 |
| 10 | ONE GOES ABOUT COMPETING IN THE MARKETPLACE AND | 15:07:19 |
| 11 | INSTILLING THE VIRTUES OF YOUR PRODUCT AND POINTING | 15:07:22 |
| 12 | OUT THE DISADVANTAGES OF OTHERS. | 15:07:26 |
| 13 | THE NEXT POINT, AND THIS IS REALLY | 15:07:28 |
| 14 | IMPORTANT, NU-KOTE DID NOT PRODUCE ONE SINGLE | 15:07:32 |
| 15 | RETAILER OR ONE SINGLE CUSTOMER TO TESTIFY THAT | 15:07:35 |
| 16 | THEY HEARD ANYTHING DISPARAGING OR FALSE FROM H-P. | 15:07:42 |
| 17 | NOT A SINGLE RETAILER OR A SINGLE CUSTOMER. | 15:07:45 |
| 18 | NOW, I WOULD SUGGEST THAT THE REASON FOR | 15:07:49 |
| 19 | THAT IS BECAUSE THEY DIDN'T HEAR ANY SUCH THING. | 15:07:50 |
| 20 | THE NEXT POINT. IF THERE WAS A MASSIVE | 15:07:55 |
| 21 | DISPARAGING CAMPAIGN OF FALSE STATEMENTS, NU-KOTE | 15:07:58 |
| 22 | WOULD HAVE BEEN THE FIRST TO HAVE KNOWN ABOUT IT. | 15:08:02 |
| 23 | SURELY THEY WOULD HAVE HEARD ABOUT IT. | 15:08:05 |
| 24 | IAN ELLIOTT TESTIFIED HERE. HE WAS ASKED | 15:08:08 |
| 25 | A NUMBER OF QUESTIONS, ONE, I PUT UP WE HAVE A | 15:08:11 |

| | | |
|---|---|---|
| 1 | YOU SEE SOME OF THEIR PRODUCTS RIGHT HERE. DATA | 15:10:34 |
| 2 | PRODUCTS, WHICH IS OWNED BY HITACHI, NCR A | 15:10:37 |
| 3 | SUBSTANTIAL COMPANY, THE OLD NATIONAL CASH | 15:10:48 |
| 4 | REGISTER, GRAPHICS UTILITY, PRINT-RITE, JETFILL. | 15:10:48 |
| 5 | THESE ARE MAJOR COMPANIES AND PEOPLE WHO HAVE | 15:10:49 |
| 6 | DISTRIBUTION IN THE RETAIL CHANNEL. | 15:10:51 |
| 7 | COMPARATIVE ADVERTISING COMPARES THE | 15:11:00 |
| 8 | ADVANTAGES OF OUR PRODUCTS TO THE RISK OF REFILL | 15:11:02 |
| 9 | PRODUCTS. IT'S PROPER AND COMPETITIVE AND THERE'S | 15:11:05 |
| 10 | NOTHING WRONG WITH IT AND THERE'S NOT A SINGLE H-P | 15:11:08 |
| 11 | DOCUMENT THAT -- YOU CAN GO THROUGH THEM ALL. AND | 15:11:10 |
| 12 | THERE'S NOT A SINGLE H-P DOCUMENT THAT SUGGESTS | 15:11:13 |
| 13 | THAT FUD IS ANYTHING OTHER THAN POINTING OUT THE | 15:11:15 |
| 14 | RISKS OF REFILLERS. | 15:11:18 |
| 15 | THERE'S A NUMBER OF DOCUMENTS WHERE THE | 15:11:21 |
| 16 | WORD "FUD" IS USED AND IF YOU LOOK ON THE NEXT PAGE | 15:11:26 |
| 17 | YOU'LL SEE AN EXPLANATION OF WHAT THIS CAMPAIGN IS | 15:11:26 |
| 18 | SUPPOSED TO BE AND IT'S ALWAYS IN THE CONTEXT OF | 15:11:28 |
| 19 | POINTING OUT ADVANTAGES AND POINTING OUT THE RISKS | 15:11:32 |
| 20 | OF REFILLING. SO LET'S RECOGNIZE IT FOR WHAT IT | 15:11:35 |
| 21 | IS, WHICH IS OUR EFFORT TO ENGAGE IN COMPARATIVE | 15:11:37 |
| 22 | MARKETING. | 15:11:42 |
| 23 | THERE ARE TWO DOCUMENTS YOU SHOULD READ, | 15:11:45 |
| 24 | AND I HOPE YOU READ THEM FROM COVER TO COVER AND | 15:11:47 |
| 25 | IT'S A SELLING GUIDE IN THE INK STORY. THE SELLING | 15:11:50 |

6323

U.S. COURT REPORTERS

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

*Irene L. Rodriguez*

IRENE L. RODRIGUEZ, C.S.R.
CERTIFICATE NUMBER CSR 8074

IRENE L. RODRIGUEZ, C.S.R., R.P.R.