# EXHIBIT 70

FILED

JUL 22   12 28 PM '99

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEWLETT-PACKARD COMPANY,                    NO. C 94-20647-JW

              Plaintiff,                    **VERDICT ON ANTITRUST
                                            CLAIMS**

      v.

NU-KOTE INTERNATIONAL, INC.,

              Defendants.                   /
_____

**Monopolization and attempted monopolization**

    1.  Did Nu-kote prove by a preponderance of the evidence that the relevant market in this case is replacement ink supplies for use in Hewlett-Packard inkjet printers? *[Answer "Yes" or "No"]*


    Answer: <u>Yes</u>


    *[If you answered "Yes" to Question No. 1, proceed to Question No. 2.A. If you answered "No", proceed to the Final Statement at the end of this form and sign the verdict form in favor of Hewlett-Packard.]*

EXHIBIT

70

2.A.   Did Nu-kote prove by a preponderance of the evidence that Hewlett-Packard has monopoly power in the relevant market determined in Question No. 1? *[Answer "Yes" or "No"]*

Answer:   Yes

*[If you answered "Yes" to Question No. 2.A., proceed to Question No. 3.  If you answered "No", proceed to Question No. 2.B. immediately below.]*

2.B.   Answer this question only if you answered "No" to Question 2.A. above:  Did Nu-kote prove by a preponderance of the evidence that Hewlett-Packard had a specific intent to achieve monopoly power in the relevant market? *[Answer "Yes" or "No"]*

Answer: _____

*[If you answered "Yes" to Question No. 2.B., proceed to Question No. 2.C.  If you answered "No", proceed to  the Final Statement at the end of this form and sign the verdict form in favor of Hewlett-Packard.]*

United States District Court
For the Northern District of California

2

2.C. *[Answer this question only if you answered "No" to Question 2.A. and "Yes" to Question 2.B., above:]* Did Nu-kote prove by a preponderance of the evidence that there was a dangerous probability that Hewlett-Packard would obtain monopoly power in the relevant market? *[Answer "Yes" or "No"]*

Answer: _____

*[If you answered "Yes" to Question No. 2.C., proceed to Question No. 3. If you answered "No", proceed to the Final Statement at the end of this form and sign the verdict form in favor of Hewlett-Packard.]*

3. Has Nu-kote proved by a preponderance of the evidence that Hewlett-Packard willfully acquired or maintained monopoly power (or attempted to acquire monopoly power) through restrictive or exclusionary conduct? *[Answer "Yes" or "No"]*

Answer: No

*[If you answered "Yes" to Question No. 3, proceed to Question No. 4. If you answered "No", proceed to the Final Statement at the end of this form and sign the verdict form in favor of Hewlett-Packard.]*

3

4.   Which of the following kinds of conduct challenged by Nu-kote have you found to be restrictive or exclusionary?  *[Indicate "yes" or "no" as appropriate]*

Design Issues

____   Redesign of the 26A and 29A cartridges to eliminate the top-fill hole

____   Reduced resistor life on the 29A cartridges

____   Redesign of 33A (PetJet) cartridges

Marketing Statements

____   Use of false and misleading marketing statements

*[If you answered "Yes" to any of the above, proceed to Question No. 5.  If you answered "No" to all of the above, proceed to the Final Statement at the end of this form and sign the verdict form in favor of Hewlett-Packard.]*

4

5.   Has Nu-kote proved by a preponderance of the evidence that it was injured as a result of the conduct you have found to be exclusionary?  *[Answer "Yes" or "No"]*

Answer: _____

*[If you answered "Yes" to Question No. 5, proceed to Question No. 6.  If you answered "No", proceed to the Final Statement at the end of this form and sign the verdict form in favor of Hewlett-Packard.]*

6.   *[To be answered only if you have answered "Yes" to Questions 1, 2.A. or 2.B., 2.C., 3, and at least one item in Question 4, above.]*  What amount of money, if any, do you determine to be reasonable compensation for the damages incurred by Nu-kote as a result of Hewlett-Packard's monopolization (or attempted monopolization) excluding any losses from lawful competition?

Answer: _____  *[If you answered this question, proceed to the Final Statement at the end of this form and sign the verdict form in favor of Nu-kote.]*

5

Final Statement

With respect to the antitrust claims, we find in favor of:

____X____    Hewlett-Packard Company

_____    Nu-kote International, Inc.

Dated: ____7/21/99____        ____Frank Pochg____

Presiding Juror

United States District Court

For the Northern District of California