# EXHIBIT 86

# O'MELVENY & MYERS LLP

| | Embarcadero Center West | |
|---|---|---|
| BEIJING | 275 Battery Street | NEWPORT BEACH |
| BRUSSELS | San Francisco, California 94111-3305 | NEW YORK |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| LONDON | FACSIMILE (415) 984-8701 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

January 6, 2006

OUR FILE NUMBER
004,200-254

WRITER'S DIRECT DIAL
(213) 430-6220

WRITER'S E-MAIL ADDRESS
mwood@omm.com

**VIA FACSIMILE**
(949) 553-2050

James A. Lowe, Esq.
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612

Re: *Hewlett-Packard Company v. ACE Property & Casualty Insurance Company* - U.S.D.C., Northern District, San Jose Division, Case No. C-99-20207 JW

Dear Mr. Lowe:

This will acknowledge your letter of this date.

My client, ACE, as a gesture of good faith several years ago, paid Hewlett-Packard $11,857,228.41. This payment was made under a reservation of rights, without prejudice and subject to a final determination by the courts as to what, if anything at all, is ultimately owed to your client. To the extent your letter suggests that ACE admits that it owes $14,409,532.72, or any amount at all, it badly misconstrues the position of ACE in this matter.

ACE will present testimony at the hearing to show that at least $14,009,139 should be characterized as expenses *unnecessary* to the defense of the Nu-kote counterclaims under Judge Ware's definition. There is no suggestion in ACE's pre-hearing brief, nor will there be in testimony to be presented, that any amount is reimbursable under the facts and law applicable to this case.

Your letter appears to be an attempt to argue the merits of the upcoming hearing. Such efforts should be directed to the Special Master or the Court in appropriate form.

EXHIBIT 86

O'MELVENY & MYERS LLP

James A. Lowe, Esq., January 6, 2006 - Page 2

      In the meantime, we dispute the characterizations in your letter of past events and of ACE's anticipated testimony, and look forward to providing a response in a more appropriate setting.

                                      Very truly yours,

                                      *Mark Wood by Martin S Checo*

                                      Mark Wood
                                      of O'MELVENY & MYERS LLP

MW:bab

cc:     Hon. Peter G. Stone, Ret., JAMS (via facsimile, 408-295-5267)
        Robert Romero, Esq., Hinshaw & Culbertson (via facsimile, 415-834-9070)

SF1:613801.1