# EXHIBIT 87

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CERTIFIED COPY**

HEWLETT-PACKARD COMPANY

    Plaintiff,

vs.                      CASE NO. C 99-20207 JW

ACE PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendant.

                    /

HEARING BEFORE HONORABLE PETER G. STONE (RET.)

January 9, 2006

VOLUME I

Pages 1 - 224

REPORTED BY:   LAWRENCE PAUL NELSON, CSR 12144



GROSSMAN & COTTER
CERTIFIED COURT REPORTERS
Comp-U-Scripts     Weber & Volzing

EXHIBIT 87

*Mailing Address:*

117 S. California Avenue, #D-201 • Palo Alto, CA 94306      465 California Street • San Francisco, CA 94104
Phone 650.324.1181    Fax 650.324.4609             Phone 415.395.9330    Fax 415.395.9254

1   Honor, the total amount which lines up with Judge
2   Ware's definition, that is, the amount that was not
3   conducted against liability by a reasonable insured
4   under the same circumstances.
5           And while I'm on this quantification point,
6   your Honor, I need to point out that the prehearing
7   brief that I sent to your Honor last week contains a
8   mistake.  And when I did the prehearing brief, I have
9   an amount in there, $540,000 for damages, and I have
10  since discovered that that amount is incorporated in
11  these two amounts.
12          So it was a double count, a mistake on my
13  part, and therefore, the numbers on that prehearing
14  brief are high by $540,000.  Of course, I know at the
15  end of this hearing, your Honor, the basis for your
16  decision is going to be the evidence and the witnesses
17  who testify in here, not the numbers used in my brief.
18  But I needed and wanted to point that out to you.
19          In closing, I will say that the testimony and
20  the evidence that you're going to hear this week will
21  demonstrate that more than $13 million should be
22  characterized as nonreimbursable using Judge Ware's
23  definition.  Thank you, your Honor.
24          THE SPECIAL MASTER:  Any opening statement by
25  Hewlett-Packard?

```
 1
 2
 3    STATE OF CALIFORNIA )
 4    COUNTY OF SANTA CLARA )
 5
 6    I, LAWRENCE PAUL NELSON, a Certified Shorthand Reporter
 7    in and for the State of California, hereby certify that
 8    the foregoing is a full, true, and correct transcript
 9    of the proceedings had at the taking of said hearing,
10    reported to the best of my ability and transcribed
11    under my direction.
12
13
14
15    LAWRENCE PAUL NELSON
16    CSR No. 12144
17
18    date  January 19        , 2006
19
20
21
22
23
24
25
```