# EXHIBIT 88

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**CERTIFIED COPY**

HEWLETT-PACKARD COMPANY,

        Plaintiff,

vs.                Case No. C 99-20207 JW

ACE PROPERTY & CASUALTY
INSURANCE COMPANY,

        Defendant.
                  /

HEARING BEFORE HONORABLE PETER G. STONE (RETIRED)
VOLUME III
JANUARY 11, 2006
PAGES 458 to 683

REPORTED BY: LOUISE MARIE SOUSOURES, CSR NO. 3575



GROSSMAN & COTTER
CERTIFIED COURT REPORTERS
Comp-U-Scripts    Weber & Volzing

EXHIBIT 88

*Mailing Address:*

117 S. California Avenue, #D-201 • Palo Alto, CA 94306    465 California Street • San Francisco, CA 94104
Phone 650.324.1181   Fax 650.324.4609        Phone 415.395.9330   Fax 415.395.9254

```
 1         And then each of those categories of costs
 2   would be mathematically processed as we discussed,
 3   meaning that if it's a general overhead type item, it is
 4   prorated or percentage allowed in the same proportion as
 5   the legal fees.  If it's a travel and leisure expense,
 6   it goes all to the defense unless there's conclusive
 7   evidence it was solely prosecution related.
 8         As to the third category item, meaning the line
 9   item specific expert witness or depo transcript, it
10   would be allocated in the same way as the legal bills,
11   meaning we would have to look at this person and what
12   was their role in the matter.
13      Q.  If I were to look at the document that was
14   entitled cost sum allocation which you had testified was
15   the Pennie & Edmonds cost summary, and I added up all
16   the numbers on there, would that number be higher than,
17   lower than the input shown on these screens?
18      A.  Again, you have a periodic discount factor and
19   because of the periodic discount factor, the
20   spreadsheets would be a little higher.
21      Q.  Same is true with the Gibson, Dunn & Crutcher
22   bills?
23      A.  Yes.
24      Q.  Okay.  And so if you could state for the
25   record, Mr. Aronson, what is your final conclusion as to
```

1  what experiences were allocated to the prosecution of

2  HP's affirmative claims and thus not conducted against

3  liability by a reasonable insured under the

4  circumstances?

5       A.  As we see displayed on the chart in the post

6  May 7th, 1999 time period, the number is $6,463,323.

7       In the pre May 7th, 1999 period, we have the

8  number of $6,501,542.

9       And combining the two for the total of post

10 tender period the sum total is $13,201,567.

11      MR. BERGMAN:  Your Honor, we move to have

12 Exhibit -- what has been marked as Exhibit 4216, the

13 slides Mr. Aronson has been testifying about, move that

14 into evidence.

15      SPECIAL MASTER:  Be admitted.

16      (Exhibit No. 4216 was admitted into evidence.)

17      MR. BERGMAN:  This concludes my direct

18 examination of Mr. Aronson.  I do have one other

19 evidentiary matter.  We have the actual bills that he

20 made his notations on which we believe are necessary for

21 a complete record.  All of his notations are summarized

22 in the worksheet reflected in Exhibit 4217.  We would

23 move we have the notations he made on the underlying

24 bills admitted into evidence as 4218.

25      MS. REID:  I'm going to object to hearsay and

1        R E P O R T E R ' S   C E R T I F I C A T E

2

3

4        I, LOUISE MARIE SOUSOURES, hereby certify that

5    the foregoing proceedings were taken down in shorthand

6    by me, a Certified Shorthand Reporter, and a

7    disinterested person, at the time and place therein

8    stated, and that the proceedings were thereafter reduced

9    to typewriting under my direction and supervision;

10

11

12       I further certify that I am not of counsel or

13   attorney for either/or any of the parties to the said

14   proceedings, nor in any way interested in the event of

15   this cause, and that I am not related to any of the

16   parties thereto.

17

18

19

20

21   Date: January 26, 2006        [signature] Louise Sousoures

22                                 LOUISE MARIE SOUSOURES,

23                                 CSR No. 3575

24

25