# EXHIBIT 89

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HEWLETT-PACKARD COMPANY

    Plaintiff,

vs.                      CASE NO. C 99-20207 JW

ACE PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendants.

**CERTIFIED COPY**

_____/

HEARING BEFORE HONORABLE PETER G. STONE (RET.)

January 13, 2006

VOLUME V

Pages 1035 - 1113

REPORTED BY: LUCY CARRILLO-GRUBBS, CSR 6766



GROSSMAN & COTTER
CERTIFIED COURT REPORTERS
Comp-U-Scripts    Weber & Volzing

EXHIBIT 89

*Mailing Address:*

117 S. California Avenue, #D-201 • Palo Alto, CA 94306    465 California Street • San Francisco, CA 94104
Phone 650.324.1181    Fax 650.324.4609        Phone 415.395.9330    Fax 415.395.9254

1  put this in our briefing, if you look at it on an

2  objective standard, would expect their insurance

3  company to pay for this affirmative case, pay to

4  shut down the illegal competition by Nu-kote, or to

5  foot the bill for deterring other competitors from

6  using similar tactics to enter the most valuable

7  market that they had.

8       We have presented testimony and evidence to

9  quantify that portion of the expenses which were not

10 conducted against liability before May 7th, after

11 May 7th.  And the amount is a little more than $13

12 million.

13      That amount is the amount that was not

14 conducted against liability by a reasonable insured

15 in the same circumstances.

16      Now, Hewlett-Packard, you know, this week,

17 they chose not to do their own quantification.  They

18 chose not to come in here with their own number for

19 Your Honor as to these expenses not conducted

20 against liability.

21      We believe, as Your Honor saw in my

22 prehearing brief, that the law, that the KLA-Tencor

23 case clearly required them to do that, but they

24 didn't.  They chose not to quantify any of these

25 expenses under the new definition given us by Judge

1                      REPORTER'S CERTIFICATE

2           The hereby certify that the foregoing in

3   the within-entitled cause was taken at the time and

4   place herein named; that the transcript is a true

5   record of the proceedings as reported by me, a duly

6   certified shorthand reporter and a disinterested

7   person, and was thereafter transcribed into

8   typewriting by computer.

9           I further certify that I am not interested

10  in the outcome of the said action, nor connected

11  with, nor related to any of the parties in said

12  action, nor to their respective counsel.

13          IN WITNESS WHEREOF, I have hereunto set

14  my hand this 30th day of January, 2006.

15

16

17

18

19              *[signature: Lucy Carrillo-Grubbs]*

20          LUCY CARRILLO-GRUBBS, CSR No. 6766

21                  STATE OF CALIFORNIA

22

23

24

25