| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES**<br>JAMES A. LOWE (SBN 214383) |
| 2 | jal@gauntlettlaw.com<br>KORY S. BOOTH (SBN 188960) |
| 3 | ksb@gauntlettlaw.com<br>18400 Von Karman, Suite 300 |
| 4 | Irvine, California 92612<br>Telephone: (949) 553-1010 |
| 5 | Facsimile: (949) 553-2050 |
| 6 | Attorneys for Plaintiff<br>HEWLETT-PACKARD COMPANY |
| 7 | |
| 8 | **HINSHAW & CULBERTSON, LLP**<br>ROBERT J. ROMERO (SBN 136539) |
| 9 | rromero@hinshawlaw.com<br>BRADLEY M. ZAMCZYK (SBN 151753) |
| 10 | rzamczyk@hinshawlaw.com<br>One California Street, 18th Floor |
| 11 | San Francisco, California 94111<br>Telephone: (415) 362-6000 |
| 12 | Facsimile: (415) 834-9070 |
| 13 | Attorneys for Defendant<br>ACE PROPERTY & CASUALTY |
| 14 | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | HEWLETT-PACKARD COMPANY, a corporation, | Case No. C07 04676 JW |
| 19 | | Hon. James Ware |
| 20 | Plaintiff, | **STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR** |
| 21 | vs. | **OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| 22 | ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation, | |
| 23 | | |
| 24 | Defendant. | |

10191-031-11/20/2007-159195.1

STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT
- 1 -
C07 04676 JW
2965149v1 813640

1  The parties to the above-entitled action (the "Parties") submit this Stipulation to Extend the
2  Time Within Which to Answer or Otherwise Respond to the First Amended Complaint, pursuant to
3  Civil Local Rule 6-1(a).
4  Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and defendant, ACE PROPERTY &
5  CASUALTY INSURANCE COMPANY ("ACE"), by and through their respective undersigned
6  counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:
7  1.  Whereas, pending before this Court is an action for breach of the implied covenant of
8  good faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY &*
9  *CASUALTY INSURANCE COMPANY,* United States District Court, Northern District of California,
10  San Jose Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");
11  2.  Whereas, HP served its Summons and Complaint in this Action on ACE on
12  September 28, 2007.  Upon request by ACE, HP and ACE stipulated to extend the time upon which
13  ACE may file its response to HP's Complaint.  Pursuant to the stipulation, ACE was provided until
14  and including November 30, 2007, to file its responsive pleading;
15  3.  Whereas, on November 20, 2007, HP filed its First Amended Complaint for breach of
16  the implied covenant of good faith and fair dealing in the Action.  Upon request by ACE, HP agreed
17  to extend the time upon which ACE may file its responsive pleading to HP's First Amended
18  Complaint.  Pursuant to this agreement, ACE may file its response to HP's First Amended
19  Complaint up to and including December 17, 2007.
20  4.  HP and ACE hereby submit this Stipulation to comply with Local Rule 6-1(a).
21  IT IS SO STIPULATED.

22  Dated:  November 20, 2007                                Dated:  November 20, 2007

23  **GAUNTLETT & ASSOCIATES**                              **HINSHAW & CULBERTSON, LLP**

25  By:    /s/ James A. Lowe                                 By: _____
26     JAMES A. LOWE                                             BRADLEY M. ZAMCZYK
       Attorneys for Plaintiff                                   Attorneys for Defendant
27     HEWLETT-PACKARD COMPANY                                   ACE PROPERTY & CASUALTY
                                                                 INSURANCE COMPANY
28