1  **GAUNTLETT & ASSOCIATES**
   James A. Lowe (SBN 214383)
2  *jal@gauntlettlaw.com*
   Kory S. Booth (SBN 188960)
3  *ksb@gauntlettlaw.com*
   18400 Von Karman, Suite 300
4  Irvine, California 92612
   Telephone: (949) 553-1010
5  Facsimile: (949) 553-2050

6  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY

7

8  **HINSHAW & CULBERTSON, LLP**
   Robert J. Romero (SBN 136539)
9  *rromero@hinshawlaw.com*
   Bradley M. Zamczyk (SBN 151753)
10 *bzamczyk@hinshawlaw.com*
   One California Street
11 18th Floor
   San Francisco, California 94111
12 Telephone:   (415) 362-6000
   Facsimile:   (415) 834-9070
13
   Attorneys for Defendant ACE PROPERTY
14 & CASUALTY INSURANCE COMPANY

15

16                UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18

| | | |
|---|---|---|
| 19 | HEWLETT-PACKARD COMPANY, a corporation, | ) Case No. C07 04676 JW |
| 20 | | ) Hon. James Ware |
| 21 | Plaintiff, | ) |
| | vs. | ) **STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR** |
| 22 | | ) **OTHERWISE RESPOND TO THE** |
| 23 | ACE PROPERTY & CASUALTY INSURANCE COMPANY, a | ) **COMPLAINT** |
| 24 | corporation, | ) |
| 25 | Defendant. | ) |
| 26 | _____ | ) |

27

28

1  The parties to the above-entitled action (the "Parties") submit this Stipulation to Extend the Time Within Which to Answer or Otherwise Respond to the Complaint, pursuant to Civil Local Rule 6-1(a).

Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and defendant, ACE PROPERTY & CASUALTY INSURANCE COMPANY (collectively "ACE"), by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

Whereas, pending before this Court is an action for breach of the implied covenant of good faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY & CASUALTY INSURANCE COMPANY,* United States District Court, Northern District of California, San Jose Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");

HP served its Summons and Complaint in this Action on ACE on September 28, 2007. Upon request by ACE, HP agreed to extend the time upon which ACE may file its response to HP's complaint. Pursuant to the agreement, ACE may file its response up to and including November 30, 2007;

HP and ACE hereby submit this Stipulation to comply with Local Rule 6-1(a).

IT IS SO STIPULATED.

Dated: November 16, 2007

**GAUNTLETT & ASSOCIATES**

By:  /s/ James A. Lowe

James A. Lowe
Kory S. Booth
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

Dated: November 16, 2007

**HINSHAW & CULBERTSON, LLP**

By: _____

Robert J. Romero
Bradley Zamczyk
Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

**IT IS SO ORDERED:**
The parties' request to respond to the complaint is denied as moot.

Date: November 28, 2007

_____
United States District Court Judge