| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES**<br>James A. Lowe (SBN 214383) |
| 2 | *jal@gauntlettlaw.com*<br>Kory S. Booth (SBN 188960) |
| 3 | *ksb@gauntlettlaw.com*<br>18400 Von Karman, Suite 300 |
| 4 | Irvine, California  92612<br>Telephone:  (949) 553-1010 |
| 5 | Facsimile:  (949) 553-2050 |
| 6 | Attorneys for Plaintiff<br>HEWLETT-PACKARD COMPANY |
| 7 | |
| 8 | **HINSHAW & CULBERTSON, LLP**<br>Robert J. Romero (SBN 136539) |
| 9 | *rromero@hinshawlaw.com*<br>Bradley M. Zamczyk (SBN 151753) |
| 10 | *bzamczyk@hinshawlaw.com*<br>One California Street |
| 11 | 18th Floor<br>San Francisco, California  94111 |
| 12 | Telephone:     (415) 362-6000<br>Facsimile:      (415) 834-9070 |
| 13 | |
| 14 | Attorneys for Defendant ACE PROPERTY<br>& CASUALTY INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, a corporation, | ) | Case No. C07 04676 JW |
| | ) | |
| Plaintiff, | ) | Hon. James Ware |
| | ) | |
| vs. | ) | **STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation, | ) | |
| | ) | |
| Defendant. | ) | |

1  The parties to the above-entitled action (the "Parties") submit this Stipulation to Extend the
2  Time Within Which to Answer or Otherwise Respond to the Complaint, pursuant to Civil Local Rule
3  6-1(a).
4  Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and defendant, ACE PROPERTY &
5  CASUALTY INSURANCE COMPANY (collectively "ACE"), by and through their respective
6  undersigned counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:
7  Whereas, pending before this Court is an action for breach of the implied covenant of good
8  faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY & CASUALTY*
9  *INSURANCE COMPANY,* United States District Court, Northern District of California, San Jose
10 Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");
11 HP served its Summons and Complaint in this Action on ACE on September 28, 2007. Upon
12 request by ACE, HP agreed to extend the time upon which ACE may file its response to HP's
13 complaint. Pursuant to the agreement, ACE may file its response up to and including November 30,
14 2007;
15 HP and ACE hereby submit this Stipulation to comply with Local Rule 6-1(a).
16 IT IS SO STIPULATED.

Dated: November 16, 2007                    Dated: November 16, 2007

**GAUNTLETT & ASSOCIATES**                  **HINSHAW & CULBERTSON, LLP**

By:       /s/ James A. Lowe                 By: _____

    James A. Lowe                               Robert J. Romero
    Kory S. Booth                               Bradley Zamczyk
    Attorneys for Plaintiff                     Attorneys for Defendant
    HEWLETT-PACKARD COMPANY                     ACE PROPERTY & CASUALTY
                                                INSURANCE COMPANY

**IT IS SO ORDERED:**
The parties' request to respond to the complaint is denied as moot.

Date: November 28, 2007                     United States District Court Judge

10191-031-11/16/2007-159146.1                                    STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT
                                         - 2 -                                                         C07 04676 JW