1  **GAUNTLETT & ASSOCIATES**
   JAMES A. LOWE (SBN 214383)
2  jal@gauntlettlaw.com
   KORY S. BOOTH (SBN 188960)
3  ksb@gauntlettlaw.com
   18400 Von Karman, Suite 300
4  Irvine, California  92612
   Telephone:  (949) 553-1010
5  Facsimile:  (949) 553-2050

6  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY
7

8  **HINSHAW & CULBERTSON, LLP**
   ROBERT J. ROMERO (SBN 136539)
9  rromero@hinshawlaw.com
   BRADLEY M. ZAMCZYK (SBN 151753)
10 rzamczyk@hinshawlaw.com
   One California Street, 18th Floor
11 San Francisco, California  94111
   Telephone:       (415) 362-6000
12 Facsimile:        (415) 834-9070

13 Attorneys for Defendant
   ACE PROPERTY & CASUALTY
14 INSURANCE COMPANY

*GRANTED — Judge James Ware — 11/28/2007*

15

16                UNITED STATES DISTRICT COURT

17      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

18 | HEWLETT-PACKARD COMPANY, a corporation, | ) Case No. C07 04676 JW
19 |                                          | ) Hon. James Ware
20 |                Plaintiff,                | ) **STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**
21 |       vs.                                | )
22 | ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation, | )
23 |                                          | )
24 |                Defendant.                | )

10191-031-11/20/2007-159195.1

STIPULATION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT
- 1 -
C07 04676 JW
2965149v1 813640

1  The parties to the above-entitled action (the "Parties") submit this Stipulation to Extend the
2  Time Within Which to Answer or Otherwise Respond to the First Amended Complaint, pursuant to
3  Civil Local Rule 6-1(a).

4  Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and defendant, ACE PROPERTY &
5  CASUALTY INSURANCE COMPANY ("ACE"), by and through their respective undersigned
6  counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

7  1.  Whereas, pending before this Court is an action for breach of the implied covenant of
8  good faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY &*
9  *CASUALTY INSURANCE COMPANY,* United States District Court, Northern District of California,
10 San Jose Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");

11 2.  Whereas, HP served its Summons and Complaint in this Action on ACE on
12 September 28, 2007.  Upon request by ACE, HP and ACE stipulated to extend the time upon which
13 ACE may file its response to HP's Complaint.  Pursuant to the stipulation, ACE was provided until
14 and including November 30, 2007, to file its responsive pleading;

15 3.  Whereas, on November 20, 2007, HP filed its First Amended Complaint for breach of
16 the implied covenant of good faith and fair dealing in the Action.  Upon request by ACE, HP agreed
17 to extend the time upon which ACE may file its responsive pleading to HP's First Amended
18 Complaint.  Pursuant to this agreement, ACE may file its response to HP's First Amended
19 Complaint up to and including December 17, 2007.

20 4.  HP and ACE hereby submit this Stipulation to comply with Local Rule 6-1(a).
21 IT IS SO STIPULATED.

22 Dated:  November 20, 2007                           Dated:  November 20, 2007
23 **GAUNTLETT & ASSOCIATES**                          **HINSHAW & CULBERTSON, LLP**
24
25 By:   /s/ James A. Lowe                             By: _____
26        JAMES A. LOWE                                     BRADLEY M. ZAMCZYK
         Attorneys for Plaintiff                            Attorneys for Defendant
27       HEWLETT-PACKARD COMPANY                            ACE PROPERTY & CASUALTY
                                                            INSURANCE COMPANY
28