**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
Andrew M. Sussman (SBN 112418)
*ams@gauntlettlaw.com*
Kory S. Booth (SBN 188960)
*ksb@gauntlettlaw.com*
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:  (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**HINSHAW & CULBERTSON LLP**
Robert J. Romero (SBN 136539)
*rromero@hinshawlaw.com*
Bradley M. Zamczyk (SBN 151753)
*brzamczyk@hinshawlaw.com*
One California Street, 18th Floor
San Francisco, California  94111
Telephone:    (415) 362-6000
Facsimile:    (415) 834-9070

Attorneys for Defendant ACE PROPERTY
& CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>     vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>                    Defendant. | Case No.: 07-CV-04676-JW<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Counsel report that they have met and conferred regarding ADR and that they:

(✓)  have not yet reached an agreement to an ADR process

(  )  request an Early Settlement Conference with a Magistrate Judge.

The parties intend to immediately file a joint motion for relief from automatic ADR referral.

Date of Case Management Conference: January 2, 2008

The following Counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| James A. Lowe | HP | (949) 553-1010 | jal@gauntlettlaw.com |
| Kory S. Booth | HP | (949) 553-1010 | ksb@gauntlettlaw.com |
| Robert J. Romero | ACE | (415) 362-6000 | rromero@hinshawlaw.com |
| Bradley M. Zamczyk | ACE | (415) 362-6000 | bzamczyk@hinshawlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: November 30, 2007                    **GAUNTLETT & ASSOCIATES**


By:    /s/ James A. Lowe
     David A. Gauntlett
     James A. Lowe
     Andrew M. Sussman
     Kory S. Booth
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

Dated: November 30, 2007                    **HINSHAW & CULBERTSON LLP**


By:    /s/ Robert J. Romero
     Robert J. Romero
     Bradley M. Zamczyk
Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY