1 | **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2 | James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
3 | Andrew M. Sussman (SBN 112418)
*ams@gauntlettlaw.com*
4 | Kory S. Booth (SBN 188960)
*ksb@gauntlettlaw.com*
5 | 18400 Von Karman, Suite 300
Irvine, California  92612
6 | Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050
7 |
Attorneys for Plaintiff
8 | HEWLETT-PACKARD COMPANY

9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12 |

13 |

14 | HEWLETT-PACKARD COMPANY, a     ) Case No.: 07-CV-04676-JW
Delaware corporation,                        )
15 |                                                         )
                              Plaintiff,           ) **ADR CERTIFICATION BY**
16 |                                                         ) **PARTIES AND COUNSEL**
                                                         )
17 |         vs.                                       )
                                                         )
18 | ACE PROPERTY AND CASUALTY    )
INSURANCE COMPANY, a Pennsylvania )
19 | corporation,                                    )
                                                         )
20 |                              Defendant.        )
        _____)

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

10191-031-12/3/2007-159259.1                 1        ADR CERTIFICATION BY PARTIES AND COUNSEL
                                                                                                C 07-04676 JW

1   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

2   has:

3   (1)    Read the handbook entitled *"Dispute Resolution Procedures in the Northern District*

4   *of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov .

5   (2)    Discussed the available dispute resolution options provided by the Court and private

6   entities; and

7   (3)    Considered whether this case might benefit from any of the available dispute

8   resolution options.

9

10  Dated: _2/1/07_

11

12

13

14

15

16

17  Dated: _12/3/2007_

18

19

20

21

22

23

24

25

26

27

28

HEWLETT-PACKARD COMPANY

By: _____
    Tanya McVeigh Peterson, Esq.
    General Antitrust Litigation Manager
    HEWLETT-PACKARD COMPANY

GAUNTLETT & ASSOCIATES

By:    /s/ James A. Lowe
       David A. Gauntlett
       James A. Lowe
       Andrew M. Sussman
       Kory S. Booth

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

10191-031-12/3/2007-159259.1                    2                    ADR CERTIFICATION BY PARTIES AND COUNSEL
                                                                     C 07-04676 JW