| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| Gauntlett & Associates (David Gauntlett, SBN 96399) 18400 Von Karman Ave Ste 300 | | (949) 553-1010 | |
| Irvine          CA          92612 | | | |
| ATTORNEY FOR (Name     Plaintiff | | | |

Insert of Court Name of Judicial District and Branch Court if any
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SHORT TITLE OF CASE
HEWLETT-PACKARD COMPAY V. ACE PROPERTY

| 1260051 | (HEARING) Date | Time | Dept | Case Number: 07CV04676JW |
|---|---|---|---|---|
| | | | | REFERENCE NO. 10191-031 |

## PROOF OF SERVICE

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:

   FIRST AMENDED COMPLAINT FOR BREACH OF THE IMPLIED COVENANT OF
   GOOD FAITH AND FAIR DEALING; APPENDIX OF EXHIBITS IN SUPPORT OF
   THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

3. A. PARTY SERVED:     Ace Property & Casualty Insurance Company, A
                        California Corporation, By serving CT Corporation. Agent For
                        Service

   B. PERSON SERVED:    Jessica Chavez

4. ADDRESS:     818 W 7th St
                Los Angeles          CA          90017

5. BY PERSONALLY DELIVERING THE COPIES
   ON     11/21/2007     AT     1:25:00 PM

| | | |
|---|---|---|
| 7a. Person Serving:     Victor          Rivas | d. The fee for service was          $79.90 | |
| | e. I am: | |
| b. DDS Legal Support 2900 Bristol St Costa Mesa. Ca 92626 | (1)          not a registered California process server: (3)  X     registered California process server: | |
| | (i) Employee | |
| | (i) Registration No: | |
| c. (714) 662-5555 | (i) County: | |

8. I declare under the penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

11/27/2007

X _____
                                                              SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

## PROOF OF SERVICE

CRC 982(A)(23)