1  MARK WOOD (SBN 41640)
   JOHN F. DAUM (SBN 118453)
2  STEVEN H. BERGMAN (SBN 180542)
   **O'MELVENY & MYERS LLP**
3  400 South Hope Street
   Los Angeles, California 90071-2899
4  Telephone:  213-430-6000
   Facsimile:   213-430-6407
5
   ROBERT J. ROMERO (SBN 136539)
6  BRADLEY M. ZAMCZYK (SBN 151753)
   ERICA TEAGARDEN (SBN 242067)
7  **HINSHAW & CULBERTSON LLP**
   One California Street, 18th Floor
8  San Francisco, California 94111
   Telephone:  415-362-6000
9  Facsimile:   415-834-9070

10 Attorneys for Defendant
   ACE PROPERTY & CASUALTY
11 INSURANCE COMPANY

12                UNITED STATES DISTRICT COURT

13       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO SATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PER FRCP 12(b)(6)) OR, IN THE ALTERNATIVE, MOTION TO STRIKE PER FRCP RULE 12(f))**<br><br>DATE:    February 4, 2008<br>TIME:    9:00 a.m.<br>CTRM:    8<br>JUDGE:   Hon. James Ware |

                                1

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON February 4, 2008, or as soon thereafter as the matter may be heard in the above entitled court, located at 280 South 1st Street, San Jose, California, Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY will move the court to dismiss the action pursuant to FRCP 12(b)(6) because plaintiff's First Amended Complaint for breach of the implied covenant of good faith and fair dealing fails to state a claim upon which relief can be granted, on the grounds that:

(1)  The California Code of Civil Procedure section 339(1) two year statute of limitations bars plaintiff's First Amended Complaint;

(2)  The California Civil Code Section 47(b) judicial privilege precludes plaintiff's First Amended Complaint; and,

(3)  The genuine issue doctrine bars plaintiff's First Amended Complaint.

In the alternative, defendant moves to strike the following paragraphs of plaintiff's First Amended Complaint pursuant to FRCP 12(f) on the ground that the allegations contained in these paragraphs are barred by the litigation privilege: 29-38, 48-64, 66-68, 72-83, 86-126, 130-136, 139-145, 159, 167-227, 223.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

DATED: December 17, 2007        HINSHAW & CULBERTSON LLP

ROBERT J. ROMERO
BRADLEY M. ZAMCZYK
ERICA TEAGARDEN
*Attorneys for Defendant*, ACE PROPERTY & CASUALTY INSURANCE COMPANY

2965863  813640