MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: 213-430-6000
Facsimile: 213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN 151753)
ERICA TEAGARDEN (SBN 242067)
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) OR, IN THE ALTERNATIVE, MOTION TO STRIKE PER FRCP RULE 12(f)**<br><br>DATE: February 4, 2008<br>TIME: 9:00 a.m.<br>CTRM: 8<br>JUDGE: Hon. James Ware |

Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY's motion to dismiss plaintiff's First Amended Complaint for breach of the implied covenant of good faith and fair dealing pursuant to FRCP Rule 12(b)(6) came on for hearing on February 4, 2008, at 9:00 a.m., in Courtroom 8 of the above-entitled court, before The Honorable James Ware. Robert J. Romero appearing on behalf of defendant ACE PROPERTY & CASUALTY

1  INSURANCE COMPANY and David A. Gauntlett and/or James A. Lowe appearing on
2  behalf of plaintiff HEWLETT-PACKARD COMPANY.  Good cause appearing,
3      Defendant's motion to dismiss plaintiff's First Amended Complaint is GRANTED.
4  The First Amended Complaint fails to state a claim upon which relief can be granted.
5      Based on the foregoing, defendant's motion to strike is MOOT.
6      IT IS SO ORDERED.
7  DATED: February ___, 2008

                                        _____
                                        THE HONORABLE JAMES WARE
                                        United States District Court
                                        Northern District of California

2965862   813640