MARK WOOD   [SBN 41640]
JOHN F. DAUM   [SBN 118453]
STEVEN H. BERGMAN [SBN 180542]
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California  90071-2899
Telephone (213) 430-6000
Facsimile   (213) 430-6407

ROBERT J. ROMERO   [SBN 136539]
BRADLEY M. ZAMCZYK   [SBN 151753]
ERICA L. TEAGARDEN  [SBN 242067]
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, California  94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

Attorneys for Defendant
ACE PROPERTY AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>          Plaintiff,<br><br>     vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>          Defendant. | Case No. 07-CV-04676-JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PER FRCP 12(b)(6) OR, IN THE ALTERNATIVE, MOTION TO STRIKE PER FRCP 12(f)**<br><br>DATE:     February 4, 2008<br>TIME:      9:00 a.m.<br>CTRM:    8<br>JUDGE:   Hon. James Ware |

     Pursuant to Federal Rule of Evidence 201, Defendant, ACE PROPERTY AND CASUALTY INSURANCE COMPANY ("ACE") hereby requests the Court to take judicial notice of the following records, filing and documents:

     1.     The Court's docket in Hewlett-Packard Co. v. Nu-kote Int'l, Inc., United States District Court for the Northern District Case No. C-94-20647 ("HP v. Nu-kote docket"). A true and correct copy of the electronically available version of the HP v. Nu-kote docket is

1

1 | attached hereto as Exhibit A.

2 |     2.    The December 3, 1999 Order of Hon. Keith Lundin, United States Bankruptcy Judge, in Case No. 398-10600. A true and correct copy of the Order is attached hereto as Exhibit B.

    3.    The Court's docket in Hewlett-Packard v. Nu-kote Int'l, United States Court of Appeals for the Federal Circuit Case No. 2000-1195, (the "U.S. Court of Appeals' docket"). A true and correct copy of the electronically available version of the U.S. Court of Appeals' docket is attached hereto as Exhibit C.

    4.    The September 2, 1997 Order of Hon. James Ware, in Case No. C-94-20647. A true and correct copy of the Order is attached hereto as Exhibit D.

    5.    The January 9, 2002 Order of Hon. Spencer Williams, in Case No. C-99-20207. A true and correct copy of the Order is attached hereto as Exhibit E.

    6.    Plaintiff's complaint filed in United States District Court for the Northern District Case No. C02-1847 JW RS ARB on April 17, 2002. ("HP's 2002 bad faith complaint"). A true and correct copy of HP's 2002 bad faith complaint is attached hereto as Exhibit F.

    7.    The November 25, 2003 Order of Hon. James Ware, in Case No. C-99-20207. A true and correct copy of the Order is attached hereto as Exhibit G.

Date: December 17, 2007

HINSHAW & CULBERTSON LLP

By: _____
ROBERT J. ROMERO
BRADLEY M. ZAMCZYK
ERICA L. TEAGARDEN
*Attorneys for Defendant*
ACE PROPERTY AND CASUALTY INSURANCE COMPANY

2965834v1 813640