| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES** |
|   | JAMES A. LOWE (SBN 214383) |
| 2 | jal@gauntlettlaw.com |
|   | KORY S. BOOTH (SBN 188960) |
| 3 | ksb@gauntlettlaw.com |
|   | 18400 Von Karman, Suite 300 |
| 4 | Irvine, California 92612 |
|   | Telephone: (949) 553-1010 |
| 5 | Facsimile: (949) 553-2050 |
| 6 | Attorneys for Plaintiff |
|   | HEWLETT-PACKARD COMPANY |
| 7 | |
| 8 | **HINSHAW & CULBERTSON, LLP** |
|   | ROBERT J. ROMERO (SBN 136539) |
| 9 | rromero@hinshawlaw.com |
|   | BRADLEY M. ZAMCZYK (SBN 151753) |
| 10 | bzamczyk@hinshawlaw.com |
|   | One California Street, 18th Floor |
| 11 | San Francisco, California 94111 |
|   | Telephone:   (415) 362-6000 |
| 12 | Facsimile:    (415) 834-9070 |
| 13 | Attorneys for Defendant |
|   | ACE PROPERTY & CASUALTY |
| 14 | INSURANCE COMPANY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation, | Case No. C07 04676 JW |
| | Hon. James Ware |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND THE CIV.L.R. 7-4(b) LIMIT OF 25 PAGES TO 30 PAGES RELEVANT TO ACE'S MOTION TO DISMISS; [PROPOSED] ORDER** |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation, | |
| Defendant. | |

1  The parties to the above-entitled action (the "Parties") submit this Stipulation to extend by 5
2  pages the Civ.L.R. 7-4(b) limit of 25 pages relevant to ACE PROPERTY & CASUALTY
3  INSURANCE COMPANY'S ("ACE") Federal Rule of Civil Procedure 12(b)(6) Motion to Dismiss.
4  Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and ACE, by and through their
5  respective undersigned counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:
6  1. Whereas, pending before this Court is an action for breach of the implied covenant of
7  good faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY &*
8  *CASUALTY INSURANCE COMPANY,* United States District Court, Northern District of California,
9  San Jose Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");
10 2. Whereas, on November 20, 2007, HP filed its First Amended Complaint for breach of
11 the implied covenant of good faith and fair dealing in the Action. Pursuant to stipulation previously
12 filed with this Court, ACE may file its response to HP's First Amended Complaint up to and
13 including December 17, 2007.
14 3. Whereas, ACE and HP hereby stipulate to extend by 5 pages the Civ.L.R. 7-4(b) limit
15 of 25 pages relevant to ACE's anticipated Motion to Dismiss, and HP's Opposition.
16 4. Whereas, HP and ACE hereby submit this Stipulation to comply with Local Rule 7-
17 11.
18 IT IS SO STIPULATED.

Dated: December 12, 2007                          Dated: December 12, 2007

**GAUNTLETT & ASSOCIATES**                        **HINSHAW & CULBERTSON, LLP**


By:   /s/ James A. Lowe                           By:   /s/ Bradley M. Zamczyk
      JAMES A. LOWE                                     BRADLEY M. ZAMCZYK
      Attorneys for Plaintiff                           Attorneys for Defendant
      HEWLETT-PACKARD COMPANY                           ACE PROPERTY & CASUALTY
                                                        INSURANCE COMPANY

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that, upon the above stipulation of
the parties, the 25 Civ. L.R. 7-4(b) limit of 25 pages is increased to a 30 page limit in regards to

1  ACE's Motion to Dismiss filed in response to HP's First Amended Complaint, and HP's Opposition
2  to ACE's Motion to Dismiss.
3
4  Dated: December 19, 2007

   _____
   THE HONORABLE JAMES WARE
   United States District Judge

RE: *Hewlett-Packard Co. v. ACE Property and Casualty Ins. Co.*
VENUE: U.S.D.C., Northern District, San Jose Division
CASE NO.: 07-CV-04676 JW

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: Gauntlett & Associates, 18400 Von Karman, Suite 300, Irvine, California 92612.

On December 13, 2007, I served the foregoing document described as: **STIPULATION TO EXTEND THE CIV.L.R.7-4(b) LIMIT OF 25 PAGES TO 30 PAGES RELEVANT TO ACE'S MOTION TO DISMISS; [PROPOSED] ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Robert J. Romero, Esq.
Bradley M. Zamczyk, Esq.
HINSHAW & CULBERTSON
One California Street, 18th Floor
San Francisco, CA 94111-5401
Telephone: (415) 362-6000
Facsimile: (415) 834-9070
rromero@hinshawlaw.com
bzamczyk@hinshawlaw.com

*Attorneys for Defendant ACE PCIC*

[X] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY FACSIMILE)** The document was transmitted by facsimile transmission to the above fax numbers with the transmission reported as complete and without error.

[ ] **(BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION)** I caused the document to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] **(BY UPS NEXT DAY AIR)** I caused such package to be deposited with the UPS Drop Box or UPS Air Service Center located at one of the following locations: 18400 Von Karman, Irvine, California 92612 or 2222 Michelson Drive, #222, Irvine, California 92612.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the Defendant's counsel by County Legal and Notary Services located at 255 N. Market Street, Suite 246, San Jose, California 95110.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 13, 2007, at Irvine, California.

Peggy Murray                                 /s/ Peggy Murray
(Print Name)                                 (Signature)

10191-031-12/12/2007-159354.1                PROOF OF SERVICE - 07-CV-04676 JW