**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>            Plaintiff(s),<br><br>     v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>            Defendant(s).<br>_____/ | No. C 07-04676 JW<br><br>CLERK'S NOTICE CONTINUING MOTION HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed for February 4, 2008 at 9:00 AM, has been reset to **March 10, 2008 at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: December 19, 2007

FOR THE COURT,
Richard W. Wieking, Clerk


by:      /s/
     Elizabeth Garcia
     Courtroom Deputy