UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>　　　　Defendant(s).<br>_____/ | No. C 07-04676 JW<br><br>CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Case Management Conference has been set before Judge James Ware for **March 10, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint Case Management Conference statement by February 29, 2008.

Dated: December 21, 2007

　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　by: _____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Garcia
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy