1  **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
3  Andrew M. Sussman (SBN 112418)
ams@gauntlettlaw.com
4  Kory S. Booth (SBN 188960)
ksb@gauntlettlaw.com
5  18400 Von Karman, Suite 300
Irvine, California 92612
6  Telephone: (949) 553-1010
Facsimile: (949) 553-2050
7
Attorneys for Plaintiff
8  HEWLETT-PACKARD COMPANY

9

10                      **UNITED STATES DISTRICT COURT**

11        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  HEWLETT-PACKARD COMPANY, a          )   Case No. 07-CV-04676 JW (RSx)
    corporation,                        )
14                                      )   Hon. James Ware
                    Plaintiff,          )
15                                      )   **PLAINTIFF'S REQUEST FOR JUDICIAL**
         vs.                            )   **NOTICE IN SUPPORT OF PLAINTIFF**
16                                      )   **HEWLETT-PACKARD COMPANY'S**
    ACE PROPERTY & CASUALTY             )   **OPPOSITION TO DEFENDANT ACE**
17  INSURANCE COMPANY, a corporation,   )   **PROPERTY & CASUALTY INSURANCE**
                                        )   **COMPANY'S MOTION TO DISMISS, OR**
18                  Defendant.          )   **IN THE ALTERNATIVE, MOTION TO**
                                        )   **STRIKE**
19                                      )
                                        )   Date:  March 10, 2008
20                                      )   Time:  9:00 a.m.
                                        )   Ctrm:  8, 4th Floor
21  _____)

22

23

24

25

26

27

28

1       Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiff Hewlett-Packard Company

2   respectfully requests the Court to take judicial notice of the filing and contents of the following

3   document that is part of this court's records in a related case.  The original was entered in the files of

4   this court in a case captioned *Hewlett-Packard Company v. Nu-kote International, Inc.*, United

5   States District Court, Northern District of California, Civ. No. 94-cv-20647 JW (EAI).  A copy is

6   attached hereto and is submitted in support of Plaintiff's Opposition to Defendant ACE Property &

7   Casualty Insurance Company's Motion to Dismiss, or in the Alternative, Motion to Strike.

8       **Exhibit "102"** An Order of Dismissal from the United States Court of Appeals for the

9   Federal Circuit entered by this court as Docket No. 1839 on April 26, 2000 in the *Hewlett-Packard*

10  *Company v. Nu-kote International, Inc.* Action, showing the appeal to the Federal Circuit was

11  "ordered . . . dismissed under Fed.R.App.R. 42(b)."

12

13  Dated:  February 19, 2008    **GAUNTLETT & ASSOCIATES**

14

15      By: /s/ James A. Lowe

16          David A. Gauntlett
            James A. Lowe
            Andrew M. Sussman

17          Kory S. Booth

18      Attorneys for Plaintiff
        HEWLETT-PACKARD COMPANY

19

20

21

22

23

24

25

26

27

28

# United State Court of Appeals for the Federal Circuit

**RECEIVED**

APR 6 2000

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

00-1195

HEWLETT-PACKARD COMPANY,

Plaintiff-Appellee,

v.

NU-KOTE INTERNATIONAL, INC.,

Defendant,

C94 20647

v.

1839

XEROX CORPORATION,

Movant-Appellant.

ORDER



EXHIBIT

102

NOTE: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

*Jan Horbaly*

Jan Horbaly
Clerk

04/04/00

cc: Clerk's Office, DCT
    MARTIN R. LUECK
    JONATHAN A. MARSHALL
    RONALD S. KATZ

FILED
U.S COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR - 5 2000

JAN HORBALY
CLERK

ISSUED AS A MANDATE: 04/05/00

HEWLETT-PACKARD V NU-KOTE INTNL, 00-1195
DCT - 94-CV-20647