1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>　　　　Defendant. | Case No. C07 04676 JW (RSx)<br><br>Hon. Magistrate Judge Richard Seeborg<br><br>**[PROPOSED] ORDER ON HP'S MOTION TO COMPEL NO. 2**<br><br>Date:　March 26, 2008<br>Time:　9:30 a.m.<br>Dept.:　Courtroom 4, 5th Floor |

1   Hewlett-Packard Company's Motion to Compel No. 2 came on regularly for hearing before the Honorable Magistrate Judge, Richard Seeborg, on March 26, 2008. The Court, having duly considered all moving and opposing papers and any oral and documentary evidence submitted on this motion, hereby orders as follows:

   1. HP's Motion to Compel No. 2 is granted;
   2. ACE is ordered to serve a copy of its insurance policy on counsel for HP on _____, 2008;
   3. The Court issues the following additional orders: _____
   _____
   _____
   _____
   _____.

**IT IS SO ORDERED.**

Dated: _____          _____
                                           UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
Kory S. Booth (SBN 188960)
*ksb@gauntlettlaw.com*
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY