MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:    213-430-6000
Facsimile:    213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>    Defendant. | Case No. C07-04676 JW<br><br>Assigned for all purposes to the Hon. James J. Ware<br><br>**ADMINISTRATIVE MOTION TO EXTEND THE TIME FOR DEFENDANT ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS REPLY BRIEF RE ITS MOTION TO DISMISS** |

## ADMINISTRATIVE MOTION

Defendant ACE Property & Casualty Insurance Company respectfully submits this Administrative Motion to Extend the Time for ACE to File Its Reply Brief re its Motion to Dismiss pursuant to Civil L.R. 7-11.

ACE filed its Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted under FRCP 12(b)(6) or in the Alternative, Motion to Strike per FRCP 12(f) ("Motion to Strike") on December 17, 2007. On the Court's own motion, the hearing date was set for March 10, 2008. Pursuant to Civil L.R. 7-3(a), Plaintiff Hewlett-Packard Company's opposition brief was due on February 18, 2008. Because February 18, 2009 was holiday, HP filed and served its opposition brief the next day, February 19, 2008.

Pursuant to Civil L.R. 7-3(c), ACE's reply brief re its Motion to Dismiss is due on February 25, 2008. To maintain the seven day period in which ACE can prepare its reply brief provided for by Civil L.R. 7-3, ACE requested that HP consent to ACE submitting its reply brief on February 26, 2008 instead of February 25, 2008. Counsel for HP has agreed to ACE's request. The parties agree that the March 10, 2008 hearing date will remain as scheduled.

Therefore, for the foregoing reasons, ACE respectfully requests that this Court grant its Administrative Motion and extend the due date for ACE's reply brief re its Motion to Dismiss to February 26, 2008.

Dated: February 21, 2008

Respectfully submitted,

O'MELVENY & MYERS LLP
MARK WOOD
JOHN F. DAUM
STEVEN H. BERGMAN

HINSHAW & CULBERTSON
ROMERT J. ROMERO
BRADLEY M. ZAMCZYK
ERICA TEAGARDEN


By:  /Steven H. Bergman/
       Steven H. Bergman

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

**CONSENT TO RELIEF REQUESTED IN ADMNISTRATIVE MOTION**

Plaintiff Hewlett-Packard Company consents to the relief Defendant ACE Property & Casualty Company seeks in this Administrative Motion.

Dated: February 21, 2008    Respectfully submitted,

GAUNTLEET & ASSOCIATES
DAVID A. GAUNTLETT
JAMES A. LOWE
ANDREW M. SUSSMAN
KORY S. BOOTH


By: ___/James A. Lowe/___
    James A. Lowe

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

## PROOF OF SERVICE BY MAIL

I, Mady Marien, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On February 22, 2008, I served the within document(s):

**ADMINISTRATIVE MOTION TO EXTEND THE TIME FOR DEFENDANT ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS REPLY BRIEF RE ITS MOTION TO DISMISS**

☒ By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing.

☒ By electronic transmission from electronic address mmarien@omm.com to the electronic address(es) listed below. Said transmissions were completed and without error.

> James A. Lowe
> Gautlett & Associates
> 18400 Von Karman, Suite 300
> Irvine, CA 92612
> Telephone: (949) 553-1010
> Facsimile: (949) 553-2050
> jal@gauntlettlaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 22, 2008, at Los Angeles, California.

/s/ Mady Marien
Mady Marien

LA2:855088.1                                                                    PROOF OF SERVCIE