MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:   213-430-6000
Facsimile:    213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:   415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>　　　　Defendant. | Case No. C07-04676 JW<br><br>Assigned for all purposes to the Hon. James J. Ware<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND THE TIME FOR DEFENDANT ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS REPLY BRIEF RE ITS MOTION TO DISMISS** |

Defendant ACE Property & Casualty Insurance Company submitted its Administrative Motion to Extend the Time for Defendants ACE Property & Casualty Insurance Company to File its Reply Brief re Its Motion to Dismiss on February 21, 2008. Plaintiff Hewlett-Packard Company consented to the relief sought in the Administrative Motion.

1   THEREFORE IT IS HEREBY ORDERED that Defendant ACE Property & Casualty
2   Insurance Company's reply brief re its Motion to Dismiss shall be filed and served on February 26,
3   2008. The hearing on ACE's Motion to Dismiss will remain as scheduled on March 10, 2008.

Dated: _____    _____
James J. Ware
United States District Judge
for the United States District Court
for the Northern District of California

## PROOF OF SERVICE BY MAIL

I, Mady Marien, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On February 22, 2008, I served the within document(s):

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND THE TIME FOR DEFENDANT ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS REPLY BRIEF RE ITS MOTION TO DISMISS**

☒ By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing.

☒ By electronic transmission from electronic address mmarien@omm.com to the electronic address(es) listed below. Said transmissions were completed and without error.

> James A. Lowe
> Gautlett & Associates
> 18400 Von Karman, Suite 300
> Irvine, CA 92612
> Telephone: (949) 553-1010
> Facsimile: (949) 553-2050
> jal@gauntlettlaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 22, 2008, at Los Angeles, California.

/s/ Mady Marien
Mady Marien

LA2:855088.1

PROOF OF SERVCIE