```
 1  MARK WOOD (SBN 41640)
    JOHN F. DAUM (SBN 118453)
 2  STEVEN H. BERGMAN (SBN 180542)
    O'MELVENY & MYERS LLP
 3  400 South Hope Street
    Los Angeles, California 90071-2899
 4  Telephone:  213-430-6000
    Facsimile:  213-430-6407
 5
    ROBERT J. ROMERO (SBN 136539)
 6  BRADLEY M. ZAMCZYK (SBN: 151753)
    ERICA TEAGARDEN (SBN: 242067)
 7  HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
 8  San Francisco, California 94111
    Telephone:  415-362-6000
 9  Facsimile:  415-834-9070

10  Attorneys for Defendant
    ACE PROPERTY & CASUALTY
11  INSURANCE COMPANY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation, <br><br> Defendant. | Case No. C07-04676 JW <br><br> Assigned for all purposes to the Hon. James J. Ware <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND THE TIME FOR DEFENDANT ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS REPLY BRIEF RE ITS MOTION TO DISMISS** |

Defendant ACE Property & Casualty Insurance Company submitted its Administrative Motion to Extend the Time for Defendants ACE Property & Casualty Insurance Company to File its Reply Brief re Its Motion to Dismiss on February 21, 2008. Plaintiff Hewlett-Packard Company consented to the relief sought in the Administrative Motion.

THEREFORE IT IS HEREBY ORDERED that Defendant ACE Property & Casualty Insurance Company's reply brief re its Motion to Dismiss shall be filed and served on February 26, 2008. The hearing on ACE's Motion to Dismiss will remain as scheduled on March 10, 2008.

Dated: February 25, 2008

*/s/ James Ware*

James J. Ware
United States District Judge
for the United States District Court
for the Northern District of California

1

[Proposed] Order Granting
Admin. Motion re Reply Brief
Case No. C07-04676 JW

LA2:854959.1

## PROOF OF SERVICE BY MAIL

I, Mady Marien, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On February 22, 2008, I served the within document(s):

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND THE TIME FOR DEFENDANT ACE PROPERTY & CASUALTY INSURANCE COMPANY TO FILE ITS REPLY BRIEF RE ITS MOTION TO DISMISS**

[X]  By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing.

[X]  By electronic transmission from electronic address mmarien@omm.com to the electronic address(es) listed below. Said transmissions were completed and without error.

>  James A. Lowe
>  Gautlett & Associates
>  18400 Von Karman, Suite 300
>  Irvine, CA 92612
>  Telephone: (949) 553-1010
>  Facsimile: (949) 553-2050
>  jal@gauntlettlaw.com

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 22, 2008, at Los Angeles, California.

/s/ Mady Marien
Mady Marien

LA2:855088.1                                                              PROOF OF SERVCIE