MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:   213-430-6000
Facsimile:   213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>    Defendant. | Case No. C07-04676 JW<br><br>**NOTICE OF ERRATA RE ACE'S REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED UNDER FRCP 12(B)(6) OR IN THE ALTERNATIVE, MOTION TO STRIKE PER 12(F)**<br><br>Date: March 10, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 8 |

1

PLEASE TAKE NOTICE of the following errors in defendant ACE Property and Casualty Insurance Company's ("ACE") Reply Brief in support of its Motion to Dismiss for Failure to State a Claim upon Which Relief Can Be granted Under FRCP 12(b)(6) or in the Alternative, Motion to Strike per FRCP 12(f) filed on February 26, 2008.

Page 3, line 27: "June 22, 1999" should be "July 22, 1999."

Page 4, line 22, fn 1: "December 13, 1999" should be "October 13, 1999."

Page 5, line 9: "filed December 13, 1999, ten (10) days after settlement of the Nu-kote claims and Nu-kote's dismissal of its appeal" should be "filed October 13, 1999, over two months after verdict was entered in favor of HP and against Nu-kote."

Theses dates do not impact ACE's statute of limitations argument. However, ACE wants to insure accuracy for the record.

ACE apologizes for the errors and any resulting inconvenience to this Court.

DATED: March 5, 2008         HINSHAW & CULBERTSON LLP

_____
BRADLEY M. ZAMCZYK
*Attorneys for Defendant,* ACE PROPERTY & CASUALTY INSURANCE COMPANY

2968648..885915