
**HINSHAW**
& CULBERTSON LLP

January 25, 2008

**ATTORNEYS AT LAW**
One California Street
18th Floor
San Francisco, CA 94111

415-362-6000
415-834-9070 (fax)
www.hinshawlaw.com

**VIA EMAIL**

Kory S. Booth
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612

Re: *Hewlett Packard v. ACE Property and Casualty Ins. Co.*

Dear Mr. Booth:

This letter responds to your January 25, 2008, letter purporting to confirm our discussions regarding production of documents in the above action. Unfortunately, your letter misconstrues our efforts to work with you in good faith regarding document production issues.

Contrary to your implication, ACE has not refused to produced documents in response to HP's discovery. As advised, production of documents in this case, given the over ten (10) years involved, the scope of HP's requests, and privilege issues, requires an extensive, time consuming and labor intensive undertaking. HP's demand that ACE produce documents six (6) weeks after service of the discovery requests is unreasonable.

As you know, but fail to mention in your letter, ACE is in the process of reviewing the documents, including electronically stored information, to determine what documents are non-privileged and responsive to HP's requests. ACE has also agreed to serve responsive non-privileged documents on a rolling basis. At this point, there are no depositions pending, and no deadlines which require HP to possess the requested documents. Moreover, HP is in possession of thousands of pages of ACE documents served in the coverage action. Accordingly, we ask that HP allow a reasonable time for the production.

Your contention that "ACE has utterly failed to produce a single piece of paper responsive to HP's request or a privilege log," misconstrues the agreements reached in our numerous meet and confer discussions. As advised, ACE has started the enormous undertaking to review the over ten (10) years of documents to evaluate relevancy and privileges, and will produce documents on a rolling basis. Moreover, your implication that ACE has had "more than four months" to produce documents is incorrect. HP served its Request for Production of Documents, Set 2 on December 6, 2007. As such, only six (6) weeks have passed since ACE was served with the document request at issue.

James A. Lowe
January 25, 2008
Page 2

    Your letter is also incorrect in stating ACE "remain unwilling to say when or if it will ever produce any documents." As you know, but fail to mention in your letter purporting to confirm our discussions, ACE has repeatedly advised that it will produce non-privileged, relevant documents responsive to HP's requests. We only ask that you allow a reasonable amount of time to complete the substantial undertaking.

    Contrary to your letter, we have been more than accommodating in providing HP updates on our progress in obtaining, reviewing and producing documents. For example, we explained to you the labor intensive process involved in obtaining electronically stored information. However, your letter fails to mention our good faith efforts to keep HP apprised of our progress.

    As advised, ACE is making every effort to comply with HP's request for production of documents. ACE has informed HP of the time consuming process required to determine what documents are relevant and not privileged. ACE has requested that HP allow a reasonable amount of time to allow ACE to complete the process. Your threaten motion to compel is premature and misplaced.

    Lastly, to allow an effective meet and confer process we request that your confirming letters more fully and accurately reflect our conversations. Your January 28, 2008, letter fails to fully document our conversation, and relies on comments taken out of context. These letters are detrimental to a successful meet and confer process.

                                                   Very truly yours,

                                                   HINSHAW & CULBERTSON LLP

                                                   BRADLEY M. ZAMCZYK

BMZ.:cmp

2967234v1 813640