# HINSHAW
& CULBERTSON LLP

Bradley M. Zamczyk
415-393-0137
bzamczyk@hinshawlaw.com

February 27, 2008

**ATTORNEYS AT LAW**
One California Street
18th Floor
San Francisco, CA 94111

415-362-6000
415-834-9070 (fax)
www.hinshawlaw.com

**VIA E-MAIL AND REGULAR MAIL**

James A. Lowe
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612

Re:   *Hewlett Packard v. ACE Property and Casualty Ins. Co.*
      USDC, Northern Dist. of Ca. Case No. C07-04676 JW

Dear Mr. Lowe:

During our meet and confer conference on January 24, 2008, it was agreed that HP would not require ACE to produce documents produced in the Coverage Action which are responsive to HP's Request for Production of Documents, Set No. 2 ("RFP 2"). We learned for the first time, after receiving HP's Motion to Compel No. 1, that HP alleges it requested that ACE provide the Bates numbers of documents produced in the Coverage Action which are responsive to RFP 2. Although your office is in possession of all documents produced in the Coverage Action, the following is a list of documents produced in the Coverage Action which are arguably responsive to RFP 2:

(1)   Karen Sothern file bearing Bates nos. C0000001-C0002456

(2)   Cigna's field claim file, bearing Bates nos. C0003096-C0003417;

(3)   Hard copies of electronic file notes in the ACE claim file bearing Bates nos. C0003418-C0003461;

(4)   Eugene Jenoff file bearing Bates nos. C0007692-C0008481, not including documents identified in the Eugene Jenoff Claim File Privilege Log served in the Coverage Action by letter dated July 28, 2000 to Eric Little, Gauntlett & Associates;

We have made every effort to accurately list the Bates numbers of documents produced in the Coverage Action. However, if a document listed above was withheld from production in the Coverage Action based on a claim of privilege, ACE does not waive any privilege by inadvertently listing the Bates number of the document above.

James A. Lowe
February 27, 2008
Page 2

If you have any questions, please contact me at your convenience.

                    Very truly yours,

                    HINSHAW & CULBERTSON LLP

                    BRADLEY M. ZAMCZYK

BMZ.:cmp