

# HINSHAW
& CULBERTSON LLP

Bradley M. Zamczyk
415-393-0137
bzamczyk@hinshawlaw.com

February 28, 2008

**ATTORNEYS AT LAW**
One California Street
18th Floor
San Francisco, CA 94111

415-362-6000
415-834-9070 (fax)
www.hinshawlaw.com

**VIA E-MAIL AND REGULAR MAIL**

James A. Lowe
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612

Re: *Hewlett Packard v. ACE Property and Casualty Ins. Co.*
USDC, Northern Dist. of Ca. Case No. C07-04676 JW

Dear Mr. Lowe:

The following provides an update on ACE's production of documents responsive to HP's Request for Production of Documents, Set No. 2 ("RFP 2").

On February 27, 2008, you received a letter identifying the Bates numbers of over 3,000 pages of documents produced in the Coverage Action which are responsive to RFP 2. As agreed, ACE is not obligated to produce the previously produced documents. We will serve a supplemental response to RFP 2 reflecting these documents.

We continue to review the privilege logs produced in the Coverage Action regarding the Gene Jenoff and John Ryan claim files. During the week of March 3, 2008, we anticipate producing updated privilege logs and pre-February 18, 1999, documents from the Jenoff and Ryan claims files which we no longer consider privileged. As advised, ACE continues to believe that documents prepared by ACE and/or its counsel after the filing of the Coverage Action are protected by the work product privilege and are irrelevant based on the litigation privilege.

The "box" of John Ryan emails have been reviewed, and we are preparing a privilege log. We anticipate producing the privilege log and all non-privileged relevant emails during the week of March 24, 2008, possibly earlier.

We have prepared a draft privilege log regarding emails maintained by the various ACE personal most involved in the subject claim. The initial privilege log identifies approximately 33,000 emails and is over 110 pages. Accordingly, it will take considerable time to review and finalize to ensure all required information is contained in the log. We anticipate producing the privilege log, and all relevant non-privileged documents during the week of March 24, 2008. We also anticipate receiving emails of other ACE personnel throughout March, 2008. We will

James A. Lowe
February 28, 2008
Page 2

produce all non-privileged relevant emails of these other employees, and privilege logs as necessary, on a rolling basis.

  We have also obtained the entire claim file maintained by ACE, including the "claim file" maintained after February 1999. We are in the process of preparing a privilege log, and identifying relevant, non-privileged documents. As noted above, it remains ACE's position that documents prepared after February 19, 1999, are irrelevant and protected by the work product privilege. We anticipate our review will be complete, and documents served by the end of March, 2008.

  We trust this update will appease any concern HP has with ACE's good faith efforts to produce documents in response to HP's requests for production of documents.

  If you have any questions, please contact me at your convenience.

            Very truly yours,

            HINSHAW & CULBERTSON LLP

            BRADLEY M. ZAMCZYK

BMZ.:cmp

cc: Steve Bergman

2968383v1 885915