MARK WOOD [SBN 41640]
JOHN F. DAUM [SBN 52313]
MARTIN S. CHECOV [SBN 96901]
STEVEN H. BERGMAN [SBN 180542]
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ROBERT J. ROMERO [SBN 136539]
BRADLEY M. ZAMCZYK [SBN 151753]
HINSHAW & CULBERTSON
One California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

JANELLE F. GARCHIE [SBN 118453]
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 West C Street, Suite 800
San Diego, California 92101-3540
Telephone: (619) 233-1006
Facsimile : (619) 233-8627

Attorneys for Defendant
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>          Defendant. | Case No. C07-04676 JW (RS)<br><br>Before the Hon. Magistrate Judge Richard Seeborg<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

## PROOF OF SERVICE

I, Cheri Harris, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On March 5, 2008, I served the within documents:

**DEFENDANT ACE PROPERTY & CASUALTY INSURANCE COMPANY'S OPPOSITION TO HEWLETT-PACKARD COMPANY'S MOTION TO COMPEL NO. 1**

**DECLARATION OF BRADLEY M. ZAMCZYK IN OPPOSITION TO HP'S MOTION TO COMPEL NO. 1**

[x] By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 5, 2008, at Los Angeles, California.

_____
Cheri Harris

PROOF OF SERVICE