United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett-Packard Company, | NO. C 07-04676 JW |
|     Plaintiff, | **ORDER CONTINUING HEARING** |
| v. | |
| ACE Property & Casualty Insurance Company, | |
|     Defendant. | |

The Court CONTINUES the hearing on Defendants' Motion to Dismiss[1] currently set for March 10, 2008 at 9 a.m. to **Tuesday, March 11, 2008 at 9 a.m.** to give the parties sufficient time to argue the issues set forth in their briefs.

Dated: March 5, 2008

JAMES WARE
United States District Judge

---

[1] (See Docket Item No. 28.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

**Dated: March 5, 2008**                             **Richard W. Wieking, Clerk**

                                                       **By:  /s/ JW Chambers**
                                                                **Elizabeth Garcia**
                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California