UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

## CIVIL MINUTES

**Judge:** James Ware  **Courtroom Deputy:** Elizabeth Garcia
**Date:**  3/11/2008  **Court Reporter:** Summer Clanton
**Case No.:** C-07-04676 JW  **Interpreter:** N/A
**Related Case No.:** N/A

## TITLE

**Hewlett-Packard Company v. Ace Property & Casualty Insurance Company**

**Attorney(s) for Plaintiff(s)**: David Gauntlett, James Lowe
**Attorney(s) for Defendant(s)**: Robert Romero, Steven Bergman

## PROCEEDINGS

**Defendant's Motion to Dismiss for Failure to State a Claim or in the Alternative Defendant's Motion to Strike [Doc. 19]**

## ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court VACATED the Case Management Conference.  The Court to issue further order on the Motion as well as further scheduling dates for the case.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: