1  **GAUNTLETT & ASSOCIATES**
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   jal@gauntlettlaw.com
3  Kory S. Booth (SBN 188960)
   ksb@gauntlettlaw.com
4  18400 Von Karman, Suite 300
   Irvine, California  92612
5  Telephone:  (949) 553-1010
   Facsimile:  (949) 553-2050
6
   Attorneys for Plaintiff
7  HEWLETT-PACKARD COMPANY

8  **HINSHAW & CULBERTSON, LLP**
   Robert J. Romero (SBN 136539)
9  rromero@hinshawlaw.com
   Bradley M. Zamczyk (SBN 151753)
10 bzamczyk@hinshawlaw.com
   One California Street, 18th Floor
11 San Francisco, California  94111
   Telephone:     (415) 362-6000
12 Facsimile:     (415) 834-9070

13 [AND OTHER COUNSEL AS SET FORTH
   ON THE SIGNATURE PAGE]
14
   Attorneys for Defendant ACE PROPERTY
15 & CASUALTY INSURANCE COMPANY

16

17             **UNITED STATES DISTRICT COURT**

18   **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

19

20 HEWLETT-PACKARD COMPANY, a          ) Case No. C07 04676 JW (RSx)
   corporation,                        )
21                                     ) Hon. Magistrate Judge Richard Seeborg
                Plaintiff,             )
22                                     ) **JOINT NOTICE OF WITHDRAWAL OF**
        vs.                            ) **HP'S MOTIONS TO COMPEL NO.'S 1**
23                                     ) **AND 2 AND [PROPOSED] ORDER**
   ACE PROPERTY & CASUALTY             )
24 INSURANCE COMPANY, a                ) Date:  March 26, 2008
   corporation,                        ) Time:  9:30 a.m.
25                                     ) Dept.:  Courtroom 4, 5th Floor
                Defendant.             )
26                                     )
                                       )
27 _____  )

28

                            1

10191-031-3/20/2008-160665.1

1    PLEASE TAKE NOTICE that Plaintiff HEWLETT-PACKARD COMPANY ("HP") and

2  defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY ("ACE") submit this Joint

3  Notice of Withdrawal of HP's Motions to Compel No.'s 1 and 2 ("Motions to Compel"), in

4  conformance with the instruction of Judge James Ware on March 11, 2008.

5    Judge Ware currently has under submission ACE's Motion to Dismiss for Failure to State a

6  Claim Upon Which Relief Can Be Granted Per FRCP 12(b)(6) or, in the Alternative, Motion to

7  Strike Per FRCP Rule 12(f)("Motion to Dismiss").  At the hearing of ACE's Motion to Dismiss on

8  March 11, 2008, Judge Ware indicated that the parties should suspend discovery, including HP's

9  Motions to Compel, while he further considers the matter and additional briefing he intends to

10 request.

11    HP therefore agrees with ACE to take the Motions to Compel off calendar by temporarily

12 withdrawing them as instructed by the Court.

13    / / /

14    / / /

15    / / /

16    / / /

17    / / /

18    / / /

19    / / /

20    / / /

21    / / /

22    / / /

23    / / /

24    / / /

25    / / /

26    / / /

27    / / /

28    / / /

2

JOINT NOTICE OF WITHDRAWAL OF
HP'S MOTIONS TO COMPEL NO.'S 1 AND 2
AND [PROPOSED] ORDER
C 07-04676 JW (RSx)

10191-031-3/20/2008-160665.1

1      HP's Motions to Compel have been fully briefed to the Court by the parties.  Upon Judge

2  Ware's lifting of the discovery stay, HP will notify Judge Seeborg and request that HP's Motions to

3  Compel be placed back on the Court's calendar for hearing.

4

5  Dated:  March 19, 2008            **GAUNTLETT & ASSOCIATES**

6

7              By:    /s/ Kory S. Booth

8                     David A. Gauntlett
                      James A. Lowe

9                     Kory S. Booth
               Attorneys for Plaintiff

10             HEWLETT-PACKARD COMPANY

11

12 Dated:  March 19, 2008            **HINSHAW & CULBERTSON, LLP**

13

14             By:    /s/ Bradley M. Zamczyk

15                    Robert J. Romero
                      Bradley M. Zamczyk

16             Attorneys for Defendant
               ACE PROPERTY & CASUALTY
               INSURANCE COMPANY

17

18             **O'MELVENY & MYERS, LLP**
               Mark Wood (SBN 41640)

19             John F. Daum (SBN 118453)
               Steven H. Bergman (SBN 180542)

20             400 South Hope Street
               Los Angeles, California  90071-2899

21             Telephone:    (213) 430-6000
               Facsimile:    (213) 430-6407

22

23 PURSUANT TO STIPULATION AND AS MODIFIED BY THE COURT, IT IS SO ORDERED:

24

25 Dated:                _____

26             **Hon. Richard Seeborg**
               **United States Magistrate Judge**

27

28
                        3         **JOINT NOTICE OF WITHDRAWAL OF**
                                     **HP'S MOTIONS TO COMPEL NO.'S 1 AND 2**
                                         **AND [PROPOSED] ORDER**