| | |
|---|---|
| **GAUNTLETT & ASSOCIATES**<br>David A. Gauntlett (SBN 96399)<br>James A. Lowe (SBN 214383)<br>jal@gauntlettlaw.com<br>Kory S. Booth (SBN 188960)<br>ksb@gauntlettlaw.com<br>18400 Von Karman, Suite 300<br>Irvine, California 92612<br>Telephone: (949) 553-1010<br>Facsimile: (949) 553-2050<br><br>Attorneys for Plaintiff<br>HEWLETT-PACKARD COMPANY<br><br>**HINSHAW & CULBERTSON, LLP**<br>Robert J. Romero (SBN 136539)<br>rromero@hinshawlaw.com<br>Bradley M. Zamczyk (SBN 151753)<br>bzamczyk@hinshawlaw.com<br>One California Street, 18th Floor<br>San Francisco, California 94111<br>Telephone:   (415) 362-6000<br>Facsimile:    (415) 834-9070<br><br>[AND OTHER COUNSEL AS SET FORTH<br>ON THE SIGNATURE PAGE]<br><br>Attorneys for Defendant ACE PROPERTY<br>& CASUALTY INSURANCE COMPANY | *E-FILED 3/20/08* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>　　　　　　Defendant. | Case No. C07 04676 JW (RS)<br><br>Hon. Magistrate Judge Richard Seeborg<br><br>**JOINT NOTICE OF WITHDRAWAL OF HP'S MOTIONS TO COMPEL NO.'S 1 AND 2 AND [PROPOSED] ORDER**<br><br>Date: March 26, 2008<br>Time: 9:30 a.m.<br>Dept.: Courtroom 4, 5th Floor |

1  PLEASE TAKE NOTICE that Plaintiff HEWLETT-PACKARD COMPANY ("HP") and
2  defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY ("ACE") submit this Joint
3  Notice of Withdrawal of HP's Motions to Compel No.'s 1 and 2 ("Motions to Compel"), in
4  conformance with the instruction of Judge James Ware on March 11, 2008.

5  Judge Ware currently has under submission ACE's Motion to Dismiss for Failure to State a
6  Claim Upon Which Relief Can Be Granted Per FRCP 12(b)(6) or, in the Alternative, Motion to
7  Strike Per FRCP Rule 12(f)("Motion to Dismiss").  At the hearing of ACE's Motion to Dismiss on
8  March 11, 2008, Judge Ware indicated that the parties should suspend discovery, including HP's
9  Motions to Compel, while he further considers the matter and additional briefing he intends to
10 request.

11 HP therefore agrees with ACE to take the Motions to Compel off calendar by temporarily
12 withdrawing them as instructed by the Court.

13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

HP's Motions to Compel have been fully briefed to the Court by the parties. Upon Judge Ware's lifting of the discovery stay, HP will notify Judge Seeborg and request that HP's Motions to Compel be placed back on the Court's calendar for hearing.

Dated: March 19, 2008              **GAUNTLETT & ASSOCIATES**


By:  /s/ Kory S. Booth
     David A. Gauntlett
     James A. Lowe
     Kory S. Booth
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY


Dated: March 19, 2008              **HINSHAW & CULBERTSON, LLP**


By:  /s/ Bradley M. Zamczyk
     Robert J. Romero
     Bradley M. Zamczyk
Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY


**O'MELVENY & MYERS, LLP**
Mark Wood (SBN 41640)
John F. Daum (SBN 118453)
Steven H. Bergman (SBN 180542)
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:   (213) 430-6000
Facsimile:   (213) 430-6407


PURSUANT TO STIPULATION AND AS MODIFIED BY THE COURT, IT IS SO ORDERED:

Dated: March 20, 2008              _____
                                   **Hon. Richard Seeborg**
                                   **United States Magistrate Judge**