**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
Kory S. Booth (SBN 188960)
ksb@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:  (949) 553-2050

*E-FILED 3/20/08*

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**HINSHAW & CULBERTSON, LLP**
Robert J. Romero (SBN 136539)
rromero@hinshawlaw.com
Bradley M. Zamczyk (SBN 151753)
bzamczyk@hinshawlaw.com
One California Street, 18th Floor
San Francisco, California  94111
Telephone:     (415) 362-6000
Facsimile:     (415) 834-9070

[AND OTHER COUNSEL AS SET FORTH
ON THE SIGNATURE PAGE]

Attorneys for Defendant ACE PROPERTY
& CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

|  |  |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07 04676 JW (RS)<br><br>Hon. Magistrate Judge Richard Seeborg<br><br>**JOINT NOTICE OF WITHDRAWAL OF HP'S MOTIONS TO COMPEL NO.'S 1 AND 2 AND [PROPOSED] ORDER**<br><br>Date:   March 26, 2008<br>Time:  9:30 a.m.<br>Dept.:  Courtroom 4, 5th Floor |

1

10191-031-3/20/2008-160665.1

PLEASE TAKE NOTICE that Plaintiff HEWLETT-PACKARD COMPANY ("HP") and defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY ("ACE") submit this Joint Notice of Withdrawal of HP's Motions to Compel No.'s 1 and 2 ("Motions to Compel"), in conformance with the instruction of Judge James Ware on March 11, 2008.

Judge Ware currently has under submission ACE's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted Per FRCP 12(b)(6) or, in the Alternative, Motion to Strike Per FRCP Rule 12(f)("Motion to Dismiss"). At the hearing of ACE's Motion to Dismiss on March 11, 2008, Judge Ware indicated that the parties should suspend discovery, including HP's Motions to Compel, while he further considers the matter and additional briefing he intends to request.

HP therefore agrees with ACE to take the Motions to Compel off calendar by temporarily withdrawing them as instructed by the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

10191-031-3/20/2008-160665.1

1    HP's Motions to Compel have been fully briefed to the Court by the parties.  Upon Judge

2  Ware's lifting of the discovery stay, HP will notify Judge Seeborg and request that HP's Motions to

3  Compel be placed back on the Court's calendar for hearing.

4

5  Dated:  March 19, 2008                    **GAUNTLETT & ASSOCIATES**

6

7                                            By:  ___/s/ Kory S. Booth_____
                                                    David A. Gauntlett
8                                                   James A. Lowe
                                                    Kory S. Booth
9                                            Attorneys for Plaintiff
                                             HEWLETT-PACKARD COMPANY
10

11
   Dated:  March 19, 2008                    **HINSHAW & CULBERTSON, LLP**
12

13
                                             By:___/s/ Bradley M. Zamczyk_____
14                                                  Robert J. Romero
                                                    Bradley M. Zamczyk
15                                           Attorneys for Defendant
                                             ACE PROPERTY & CASUALTY
16                                           INSURANCE COMPANY

17
                                             **O'MELVENY & MYERS, LLP**
18                                           Mark Wood (SBN 41640)
                                             John F. Daum (SBN 118453)
19                                           Steven H. Bergman (SBN 180542)
                                             400 South Hope Street
20                                           Los Angeles, California  90071-2899
                                             Telephone:    (213) 430-6000
21                                           Facsimile:    (213) 430-6407

22

23  PURSUANT TO STIPULATION AND AS MODIFIED BY THE COURT, IT IS SO ORDERED:

24

25  Dated:          March 20, 2008
                                             _____
26                                           **Hon. Richard Seeborg**
                                             **United States Magistrate Judge**

27

28
                                             3                **JOINT NOTICE OF WITHDRAWAL OF**
                                                              **HP'S MOTIONS TO COMPEL NO.'S 1 AND 2**
                                                              **AND [PROPOSED] ORDER**
                                                              **C 07-04676 JW (RS)**