1 | **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2 | James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
3 | Kory S. Booth (SBN 188960)
*ksb@gauntlettlaw.com*
4 | 18400 Von Karman, Suite 300
Irvine, California 92612
5 | Telephone: (949) 553-1010
Facsimile: (949) 553-2050
6 |
7 | Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>        Defendant. | Case No. C07 04676 JW (RSx)<br><br>Hon. James Ware<br><br>**REQUEST FOR REMOVAL OF GEORGE K. ROSENSTOCK FROM THE COURT'S SERVICE LIST** |

Plaintiff Hewlett-Packard Company respectfully requests that the Court remove George K. Rosenstock from the Court's service list in this case. Mr. Rosenstock is no longer a member of Gauntlett & Associates and is not associated with this case.

Dated: March 26, 2008

**GAUNTLETT & ASSOCIATES**

By: /s/ James A. Lowe
David A. Gauntlett
James A. Lowe
Kory S. Booth

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY