1  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
   jal@gauntlettlaw.com
3  Kory S. Booth (SBN 188960)
   ksb@gauntlettlaw.com
4   18400 Von Karman, Suite 300
   Irvine, California  92612
5  Telephone:  (949) 553-1010
   Facsimile:   (949) 553-2050
6
   Attorneys for Plaintiff
7  HEWLETT-PACKARD COMPANY

8

9                      UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  HEWLETT-PACKARD COMPANY, a          )  Case No.  C-07-04676 JW
    corporation,                         )
13                                       )  Hon. James Ware
                  Plaintiff,             )
14                                       )
         vs.                             )  HEWLETT-PACKARD COMPANY'S
15                                       )  MISCELLANEOUS ADMINISTRATIVE
    ACE PROPERTY & CASUALTY              )  REQUEST TO SUBMIT A STATEMENT
16  INSURANCE COMPANY, a                 )  OF RECENT DECISION
    corporation,                         )
17                                       )  [LOCAL RULES 7-3(d) and 7-11]
                  Defendant.             )
18                                       )
                                         )
19                                       )
                                         )
20                                       )

21

22

23

24

25

26

27

28

10191-003-4/7/2008-160724.1                              HP'S MISCELLANEOUS ADMINISTRATIVE
                                                         REQUEST TO SUBMIT A STATEMENT
                                                                  OF RECENT DECISION
                                                                      C07-04676 JW

I. **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE STATEMENT OF RECENT DECISION AND SUPPLEMENTAL DECLARATION**

Plaintiff Hewlett-Packard Company ("HP") submits this Miscellaneous Administrative Request for an Order allowing HP to file a Statement of Recent Decision and Declaration. *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 2008 WL 763385 (No. 06-55936, March 25, 2008, 9th Cir. (Cal.)) (the "*Manzarek* case") supports HP's argument that ACE's motion to dismiss should be denied. The statement of recent decision will assist the Court in making a determination on ACE's pending motion to dismiss. Judicial economy will be served by allowing the filing, since the Court has not made a decision on the pending motions and the information is relevant to the Court's determination.

II. **THE LOCAL RULES ALLOW THE FILING OF THE DOCUMENTS**

Local Rule 7-3(d) allows submission of a Statement of Recent Decision before the hearing of a motion, but not after the hearing, unless prior Court approval is obtained. Local Rule 7-11 permits a party to submit a Miscellaneous Administrative Request with respect to administrative matters that are not otherwise governed by the Federal Rules, statute, standing order or local rules. The administrative matter of obtaining Court approval to submit additional memoranda, papers or documents is not addressed by any statute, standing order or Federal or local rules; thus, HP makes its request pursuant to L.R. 7-11.

III. **STATEMENT OF DECISION PROVIDES GUIDANCE TO THE COURT**

HP requests that the Court allow it to file a Statement of Recent Decision and Declaration which includes a copy of the recent decision from the Ninth Circuit Court of Appeals in *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 2008 WL 763385 (No. 06-55936, March 25, 2008, 9th Cir. (Cal.)). The *Manzarek* case is factually similar, and therefore pertinent to this matter, as it involves an insurer's motion to dismiss a complaint alleging its breach of the covenant of good faith and fair dealing.

/ / /

/ / /

/ / /

## IV. CONCLUSION

For the foregoing reasons, HP requests the Court grant its Miscellaneous Administrative Request and order the Statement of Recent Decision and Declaration be filed with the Court.

Dated: April 7, 2008

**GAUNTLETT & ASSOCIATES**

By:  /s/ Kory S. Booth
David A. Gauntlett
James A. Lowe
Kory S. Booth

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY