*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>　　　　　Defendant. | Case No. C-07-04676 JW<br><br>Hon. James Ware<br><br>[PROPOSED] ORDER GRANTING HEWLETT-PACKARD COMPANY'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR PERMISSION TO FILE A STATEMENT OF RECENT DECISION |

Plaintiff filed this motion on April 7, 2008. To date, no opposition has been filed by Defendant. Accordingly,

GOOD CAUSE APPEARING, IT IS ORDERED:

Plaintiff Hewlett-Packard is allowed to file a Statement of Recent Decision and Declaration regarding *Manzarek v. St. Paul Fire & Marine Ins. Co.*, 2008 WL 763385 (No. 06-55936, March 25, 2008, 9th Cir. (Cal.)).

Dated: April 18, 2008

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
Kory S. Booth (SBN 188960)
ksb@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553 1010
Facsimile: (949) 553 2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY