1 | **GAUNTLETT & ASSOCIATES**
JAMES A. LOWE (SBN 214383)
2 | jal@gauntlettlaw.com
KORY S. BOOTH (SBN 188960)
3 | ksb@gauntlettlaw.com
18400 Von Karman, Suite 300
4 | Irvine, California 92612
Telephone: (949) 553-1010
5 | Facsimile: (949) 553-2050

6 | Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY
7 |

8 | **HINSHAW & CULBERTSON, LLP**
ROBERT J. ROMERO (SBN 136539)
9 | rromero@hinshawlaw.com
BRADLEY M. ZAMCZYK (SBN 151753)
10 | rzamczyk@hinshawlaw.com
One California Street, 18th Floor
11 | San Francisco, California 94111
Telephone:    (415) 362-6000
12 | Facsimile:    (415) 834-9070

13 | Attorneys for Defendant
ACE PROPERTY & CASUALTY
14 | INSURANCE COMPANY

15 |
UNITED STATES DISTRICT COURT
16 |
NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
17 |

18 | HEWLETT-PACKARD COMPANY, a corporation,                    ) Case No. C07 04676 JW
19 |                                                            )
                                                               ) Hon. James Ware
         Plaintiff,                                            )
20 |                                                            ) **STIPULATION TO EXTEND THE TIME**
     vs.                                                       ) **WITHIN WHICH TO ANSWER OR**
21 |                                                            ) **OTHERWISE RESPOND TO PLAINTIFF'S**
ACE PROPERTY & CASUALTY                                        ) **SECOND AMENDED COMPLAINT**
22 | INSURANCE COMPANY, a corporation,                          )
                                                               )
23 |                                                            )
         Defendant.                                            )
24 |                                                            )
_____)
25 |

28 | 10191-031-7/8/2008-161996.1

- 1 -

The parties to the above-entitled action (the "Parties") submit this Stipulation to Extend the Time Within Which to Answer or Otherwise Respond to the Second Amended Complaint, pursuant to Civil Local Rule 6-1(a).

Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and defendant, ACE PROPERTY & CASUALTY INSURANCE COMPANY ("ACE"), by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Whereas, pending before this Court is an action for breach of the implied covenant of good faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY & CASUALTY INSURANCE COMPANY,* United States District Court, Northern District of California, San Jose Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");

2. Whereas, on June 30, 2008, HP filed its Second Amended Complaint for breach of the implied covenant of good faith and fair dealing in the Action. Upon request by ACE, HP agrees to extend the time within which ACE may file its responsive pleading to HP's Second Amended Complaint to August 18, 2008.

3. Whereas, HP and ACE hereby submit this Stipulation to comply with Local Rule 6-1(a).

IT IS SO STIPULATED.

Dated: July 2, 2008

**GAUNTLETT & ASSOCIATES**

By:     /s/ James A. Lowe
JAMES A. LOWE
Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

Dated: July 2, 2008

**HINSHAW & CULBERTSON, LLP**

By:     /s/ Bradley M. Zamczyk
BRADLEY M. ZAMCZYK
Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY