| | |
|---|---|
| 1 | **GAUNTLETT & ASSOCIATES** |
|  | JAMES A. LOWE (SBN 214383) |
| 2 | jal@gauntlettlaw.com |
|  | KORY S. BOOTH (SBN 188960) |
| 3 | ksb@gauntlettlaw.com |
|  | 18400 Von Karman, Suite 300 |
| 4 | Irvine, California 92612 |
|  | Telephone: (949) 553-1010 |
| 5 | Facsimile: (949) 553-2050 |



7/10/2008

6  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY

8  **HINSHAW & CULBERTSON, LLP**
   ROBERT J. ROMERO (SBN 136539)
9  rromero@hinshawlaw.com
   BRADLEY M. ZAMCZYK (SBN 151753)
10 rzamczyk@hinshawlaw.com
   One California Street, 18th Floor
11 San Francisco, California 94111
   Telephone:    (415) 362-6000
12 Facsimile:    (415) 834-9070

13 Attorneys for Defendant
   ACE PROPERTY & CASUALTY
14 INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| HEWLETT-PACKARD COMPANY, a corporation, | ) ) | Case No. C07 04676 JW |
| | ) | |
| Plaintiff, | ) ) | Hon. James Ware |
| vs. | ) ) | **STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation, | ) ) ) ) | |
| Defendant. | ) ) ) | |

28  10191-031-7/8/2008-161996.1

- 1 -

STIPULATION TO EXTEND TIME TO
RESPOND TO SECOND AMENDED COMPLAINT
C07 04676 JW
2972947v1 885915

The parties to the above-entitled action (the "Parties") submit this Stipulation to Extend the Time Within Which to Answer or Otherwise Respond to the Second Amended Complaint, pursuant to Civil Local Rule 6-1(a).

Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and defendant, ACE PROPERTY & CASUALTY INSURANCE COMPANY ("ACE"), by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Whereas, pending before this Court is an action for breach of the implied covenant of good faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY & CASUALTY INSURANCE COMPANY,* United States District Court, Northern District of California, San Jose Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");

2. Whereas, on June 30, 2008, HP filed its Second Amended Complaint for breach of the implied covenant of good faith and fair dealing in the Action. Upon request by ACE, HP agrees to extend the time within which ACE may file its responsive pleading to HP's Second Amended Complaint to August 18, 2008.

3. Whereas, HP and ACE hereby submit this Stipulation to comply with Local Rule 6-1(a).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 2, 2008 | Dated: July 2, 2008 |
| **GAUNTLETT & ASSOCIATES** | **HINSHAW & CULBERTSON, LLP** |
| By: /s/ James A. Lowe<br>JAMES A. LOWE<br>Attorneys for Plaintiff<br>HEWLETT-PACKARD COMPANY | By: /s/ Bradley M. Zamczyk<br>BRADLEY M. ZAMCZYK<br>Attorneys for Defendant<br>ACE PROPERTY & CASUALTY<br>INSURANCE COMPANY |