GAUNTLETT & ASSOCIATES
JAMES A. LOWE (SBN 214383)
jal@gauntlettlaw.com
KORY S. BOOTH (SBN 188960)
ksb@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:  (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

**HINSHAW & CULBERTSON, LLP**
ROBERT J. ROMERO (SBN 136539)
rromero@hinshawlaw.com
BRADLEY M. ZAMCZYK (SBN 151753)
rzamczyk@hinshawlaw.com
One California Street, 18th Floor
San Francisco, California  94111
Telephone:     (415) 362-6000
Facsimile:       (415) 834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

IT IS SO ORDERED
Judge James Ware
7/10/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>　　　　　　Defendant. | Case No. C07 04676 JW<br><br>Hon. James Ware<br><br>**STIPULATION TO EXTEND THE TIME WITHIN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

10191-031-7/8/2008-161996.1

The parties to the above-entitled action (the "Parties") submit this Stipulation to Extend the Time Within Which to Answer or Otherwise Respond to the Second Amended Complaint, pursuant to Civil Local Rule 6-1(a).

Plaintiff, HEWLETT-PACKARD COMPANY ("HP"), and defendant, ACE PROPERTY & CASUALTY INSURANCE COMPANY ("ACE"), by and through their respective undersigned counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. Whereas, pending before this Court is an action for breach of the implied covenant of good faith and fair dealing entitled *HEWLETT-PACKARD COMPANY v. ACE PROPERTY & CASUALTY INSURANCE COMPANY,* United States District Court, Northern District of California, San Jose Division, Case No. C07 04676 JW, filed September 11, 2007 ("Action");

2. Whereas, on June 30, 2008, HP filed its Second Amended Complaint for breach of the implied covenant of good faith and fair dealing in the Action. Upon request by ACE, HP agrees to extend the time within which ACE may file its responsive pleading to HP's Second Amended Complaint to August 18, 2008.

3. Whereas, HP and ACE hereby submit this Stipulation to comply with Local Rule 6-1(a).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: July 2, 2008 | Dated: July 2, 2008 |
| **GAUNTLETT & ASSOCIATES** | **HINSHAW & CULBERTSON, LLP** |
| By: ___/s/ James A. Lowe___<br>JAMES A. LOWE<br>Attorneys for Plaintiff<br>HEWLETT-PACKARD COMPANY | By: ___/s/ Bradley M. Zamczyk___<br>BRADLEY M. ZAMCZYK<br>Attorneys for Defendant<br>ACE PROPERTY & CASUALTY INSURANCE COMPANY |