1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
Kory S. Booth (SBN 188960)
ksb@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:  (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07 04676 JW (RS)<br><br>Hon. Magistrate Judge Richard Seeborg<br><br>**NOTICE OF RESETTING OF MOTIONS TO COMPEL NO.'S 1 AND 2**<br><br>Date:   September 3, 2008<br>Time:  9:30 a.m.<br>Dept.:  Courtroom 4, 5th Floor |

1      PLEASE TAKE NOTICE that pursuant to the Court's March 20, 2008 Order [46], plaintiff

2  Hewlett-Packard Company ("HP") hereby notifies Judge Seeborg that a discovery stay is no longer

3  in place and HP resets the hearings on its Motions to Compel No.'s 1 and 2 on September 3, 2008 at

4  9:30 a.m.

5      HP's motions to compel were fully briefed by the parties prior to the Court's issuance of a

6  stay order, although ACE intends to file a supplemental opposition on theories that discovery

7  remains stayed or is no longer relevant to the lawsuit.  HP intends to file a supplemental reply brief

8  to respond to any supplemental opposition brief ACE files.

10  Dated: July 10, 2008          **GAUNTLETT & ASSOCIATES**

12               By:   /s/ Kory S. Booth          
                   James A. Lowe

13                    Kory S. Booth

14               Attorneys for Plaintiff
               HEWLETT-PACKARD COMPANY