MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:   213-430-6000
Facsimile:   213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>Hon. Magistrate Judge Richard Seeborg<br><br>**ACE'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER STAYING ALL DISCOVERY**<br><br>**DATE:** September 3, 2008<br>**TIME:** 9:30 a.m.<br>**DEPT:** Courtroom 4, 5th Floor |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on September 3, 2008 at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 of the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, San Jose, CA 95113, before the Honorable Magistrate Judge Richard Seeborg, defendant ACE Property and Casualty Insurance Company's ("ACE") will and hereby does move for a protective order staying discovery.

ACE bases its motion on the attached memorandum of points and authorities, the

1

Case 5:07-cv-04676-JW    Document 58    Filed 07/22/2008    Page 2 of 2

Declaration of Bradley M. Zamczyk, and the pleadings, records and files in this action, matters which have been or may be judicially noticed and any other matters presented at the hearing on the motion.[1]

DATED: July 22, 2008

HINSHAW & CULBERTSON LLP

*(signature)*

ROBERT J. ROMERO
BRADLEY M. ZAMCZYK
ERICA TEAGARDEN
*Attorneys for Defendant*, ACE PROPERTY & CASUALTY INSURANCE COMPANY

2973260v1  885915

---

[1] At this time, ACE is not seeking sanctions; however, it reserves all rights to move for Rule 37 sanctions if HP continues to violate the discovery stay ordered by Judge Ware.

ACE'S NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER STAYING ALL DISCOVERY – Case No. C07-04676 JW