MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: 213-430-6000
Facsimile: 213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>Hon. Magistrate Judge Richard Seeborg<br><br>**[PROPOSED] ORDER GRANTING ACE'S MOTION FOR A PROTECTIVE ORDER STAYING ALL DISCOVERY** |

Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY's ("ACE") motion for a protective order staying all discovery came on for hearing on September 3, 2008, at 9:30 a.m., in Courtroom 4 of the above-entitled court, before The Honorable Richard Seeborg. Bradley M. Zamczyk and/or Steven H. Bergman appearing on behalf of defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY and David A. Gauntlett and/or James A. Lowe appearing on behalf of plaintiff HEWLETT-PACKARD COMPANY. Good cause appearing,

Defendant's motion for a protective order staying all discovery is GRANTED.

1     IT IS SO ORDERED.

3     DATED: _____

                                                                              HON. RICHARD SEEBORG
                                                                              United States District Court
                                                                              Northern District of California

8   2973262v1    885915