1  **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2  James A. Lowe (SBN 214383)
Andrew M. Sussman (SBN 112418)
3  Kory S. Booth (SBN 188960)
18400 Von Karman, Suite 300
4  Irvine, California  92612
Telephone:  (949) 553-1010
5  Facsimile:   (949) 553-2050
*jal@gauntlettlaw.com*
6  *ams@gauntlettlaw.com*
*ksb@gauntlettlaw.com*
7
Attorneys for Plaintiff
8  HEWLETT-PACKARD COMPANY

9

10              **UNITED STATES DISTRICT COURT**

11       **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

12

13  HEWLETT-PACKARD COMPANY, a          )  Case No.: 07-CV-04676-JW (RSx)
Delaware corporation,                 )
14                                      )  Magistrate Judge Richard Seeborg
                                        )
Plaintiff,                            )
15                                      )  **OBJECTIONS OF HEWLETT-PACKARD**
vs.                                   )  **COMPANY TO ACE'S REQUEST FOR**
16                                      )  **JUDICIAL NOTICE SUPPORTING ITS**
ACE PROPERTY AND CASUALTY             )  **MOTION FOR PROTECTIVE ORDER**
17  INSURANCE COMPANY, a Pennsylvania   )  **STAYING ALL DISCOVERY**
corporation,                          )
18                                      )  Date:        September 3, 2008
Defendant.                            )  Time:        9:30 a.m.
19                                      )  Courtroom:   4, 5th Floor
                                        )
20  _____    )

21

22

23

24

25

26

27

28

1    Plaintiff Hewlett-Packard Company ("HP") objects to the document attached as Exhibit "B"

2    to ACE Property and Casualty Insurance Company's ("ACE") Request for Judicial Notice ("RJN")

3    in support of ACE's motion for a protective order staying all discovery.  The objection is made on

4    the grounds that the document it is not relevant to any issue raised by ACE's present motion.

5    ACE's Exhibit "B" is a copy of ACE's Points and Authorities filed in this case on December

6    17, 2007 in support of its previous Motion to Dismiss HP's **First** Amended Complaint.  But this

7    document is not relevant to ACE's present motion for a discovery stay.  It is irrelevant to any new

8    ACE motion to dismiss HP's **Second** Amended Complaint – a motion that ACE has not filed.

9    As explained in HP's concurrently-filed opposition brief, the Court first must "preliminarily

10   peek" at ACE's motion to dismiss HP's **second** amended complaint before ruling on ACE's motion

11   for a discovery stay.  *GTE Wireless, Inc. v. Qualcomm, Inc.*, 192 F.R.D. 284, 286 (S.D. Cal. 2000).

12   That is because the Court cannot grant the stay unless "on [the motion's] face there appears to be an

13   *immediate and clear possibility* that it will be granted."  *Id.*  (Italics in original.)  ACE must prove

14   there is an "immediate and clear possibility" that its new motion will be granted.  *Id.*

15   **But here, the Court cannot "peek" at ACE's motion to dismiss HP's second amended**

16   **complaint because it has not been filed and is not relevant to this motion**.  "Peeking" at a

17   previous motion would be a waste of time because it will not elicit information relevant to the

18   discovery stay issue.  So, judicial notice of ACE's Exhibit "B" should be denied and the document

19   should be disregarded.

20   Dated:  August 13, 2008                    **GAUNTLETT & ASSOCIATES**

21

22                                             By:    s/ James A. Lowe
                                                    David A. Gauntlett
                                                    James A. Lowe
23                                                  Andrew M. Sussman
                                                    Kory S. Booth
24
                                              Attorneys for Plaintiff
25                                            HEWLETT-PACKARD COMPANY

26

27

28

10191-031-8/12/2008-162460.1