# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No. 07-CV-04676-JW (RSx)<br><br>Hon. James Ware<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION OF JUNE 12, 2008 ORDER GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND** |

Having considered plaintiff Hewlett-Packard Company's ("HP") Motion for Clarification of the Court's Order Granting Defendant's Motion to Dismiss With Leave to Amend, dated June 12, 2008, pursuant to Fed.R.Civ.P. Rules 60(a) and 60(b)(6), and the papers filed in support and opposition thereto, and finding good cause,

1. HP's Motion for Clarification of the Court's Order Granting Defendant's Motion to Dismiss With Leave to Amend, dated June 12, 2008 [Docket # 52] ("Order") pursuant to Fed.R.Civ.P. Rules 60(a) and 60(b)(6) is GRANTED and the Court clarifies its Order as follows:

   A. The two references to "Underlying Action" at page 7:13-16 of the Order should have referred to the "Coverage Action" between HP and ACE rather than the Underlying Action between HP and Nu-kote; and

   B. The Court further clarifies that the reference to "Underlying Action" at page 8:7-8 of the Order should have referred to the "Coverage Action" between HP and ACE rather than the Underlying Action between HP and Nu-kote the reference to "April 5, 2000" at page 8:7 should be replaced by the August 22, 2007 date that judgment was entered in the Coverage Action.; and

   C. The Court further clarifies that it did not intend to preclude HP from asserting equitable tolling or estoppel to avoid a statute of limitations defense where equitable tolling or equitable estoppel may be established.

Dated: _____       _____
                                   HON. JAMES WARE
                                   UNITED STATES DISTRICT JUDGE

Presented by:

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Andrew M. Sussman (SBN 112418)
Kory S. Booth (SBN 188960)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY