**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
Andrew M. Sussman (SBN 112418)
Kory S. Booth (SBN 188960)
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:  (949) 553-2050
jal@gauntlettlaw.com
ams@gauntlettlaw.com
ams@gauntlettlaw.com

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>                    Plaintiff,<br><br>       vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>                    Defendant. | Case No.: 07-CV-04676-JW (RSx)<br><br>Hon. James Ware<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR CLARIFICATION**<br><br>Date:     November 10, 2008<br>Time:    9:00 a.m.<br>Ctrm:    8 |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, and in support of its motion for protective order, Plaintiff Hewlett-Packard Company ("HP") requests the Court take judicial notice of the following Docket items in the Court's file:

1. Order Granting Defendant's Motion to Dismiss With Leave to Amend dated June 12, 2008. [Docket No. 52];

2. HP's Second Amended Complaint with exhibits, filed on June 30, 2008. [Docket No. 53]; and

3. Judgment dated August 22, 2007 in United States District Court, Northern District of California, Case No. C 99-20207, styled *Hewlett-Packard Company v. ACE Property & Casualty Insurance Co.* [Docket No. 477].

Dated: August 15, 2008
**GAUNTLETT & ASSOCIATES**

By:   s/ James A. Lowe
   David A. Gauntlett
   James A. Lowe
   Andrew M. Sussman
   Kory S. Booth

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY