1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

10

11   HEWLETT-PACKARD COMPANY, a          )    Case No.:  CV 07-04676 JW
     corporation,                        )
12                                       )    Hon. James Ware
                      Plaintiff,         )
13                                       )    **[PROPOSED] ORDER GRANTING**
                                         )    **HEWLETT-PACKARD COMPANY'S**
14        vs.                            )    **NOTICE OF MOTION AND MOTION #1**
                                         )    **FOR PARTIAL SUMMARY JUDGMENT**
15                                       )    **ON ACE PROPERTY & CASUALTY**
     ACE PROPERTY & CASUALTY             )    **INSURANCE COMPANY'S BREACH OF**
16   INSURANCE COMPANY, a                )    **ITS COVENANT OF GOOD FAITH AND**
     corporation,                        )    **FAIR DEALING**
17                                       )
                      Defendant.         )    Date:      November 10, 2008
18                                       )    Time:      9:00 a.m.
                                         )    Ctrm:      8, 4th Floor
19   _____ )

20

21

22

23

24

25

26

27

28

1    The Court GRANTS HP's Motion #1 For Partial Summary Judgment on Ace Property &

2    Casualty Insurance Company's Breach of Its Covenant of Good Faith and Fair Dealing and finds as

3    a matter of law that:

4        (1)    ACE breached its covenant of good faith and fair dealing;

5        (2)    ACE unreasonably failed to make a determination about defense of the *Nu-kote*

6    Action for eight months after the defense was tendered, in violation of Cal. Ins. Code § 790.03(h)(4)

7    and Cal. Ins. Regs. § 2695.7(b);

8        (3)    ACE unreasonably failed to defend the ongoing *Nu-kote* Action immediately after the

9    August 24, 1999 summary judgment order established that ACE had a duty to defend HP in that

10   case;

11       (4)    ACE unreasonably asserted the supposed duty of "other insurance" to defend HP;

12       (5)    ACE's liability is not barred by a statute of limitations or litigation privilege.

13

14

15   DATED: _____        _____

16                                         JAMES WARE
                                           United States District Judge

17

18   Presented by:

19   **GAUNTLETT & ASSOCIATES**
     David A. Gauntlett (SBN 96399)
20   James A. Lowe (SBN 214383)
     18400 Von Karman, Suite 300
21   Irvine, California  92612
     Telephone:  (949) 553-1010
22   Facsimile:  (949) 553-2050

23   Attorneys for Plaintiff
     HEWLETT-PACKARD COMPANY

24

25

26

27

28

1

**[PROPOSED] ORDER GRANTING HP'S MOTION #1**
**FOR PARTIAL SUMMARY JUDGMENT**
**- 07 CV 04676 JW (RSx)**