**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation, | ) Case No.: 07 CV 04676 JW (RSx) |
| | ) |
| Plaintiff, | ) Hon. James Ware |
| | ) |
| vs. | ) **DECLARATION OF JAMES A. LOWE** |
| | ) **IN SUPPORT OF HP'S NOTICE OF** |
| | ) **MOTION AND MOTION # 1 FOR** |
| | ) **PARTIAL SUMMARY JUDGMENT ON** |
| ACE PROPERTY and CASUALTY | ) **ACE'S BREACH OF ITS COVENANT** |
| INSURANCE COMPANY, a Pennsylvania | ) **OF GOOD FAITH AND FAIR DEALING** |
| corporation, | ) |
| | ) Date:        November 10, 2008 |
| Defendant. | ) Time:        9:00 a.m. |
| | ) Courtroom:  8, 4th Floor |
| | ) |
| | ) |

1    I, JAMES A. LOWE, declare as follows:

2         1.    I am an attorney duly admitted to practice before all courts in the State of California,

3    as well as before the United States District Court for the Northern District of California. I am a

4    partner with the law firm of Gauntlett & Associates, counsel for Plaintiff Hewlett-Packard Company

5    ("HP"). As the attorney assigned with primary case supervision responsibility, I have firsthand

6    personal knowledge of the facts stated in this declaration.

7         2.    This declaration is submitted in support of Plaintiff HP's Motion for Summary

8    Judgment #1.

9         3.    Between HP's June 13, 1998 notice of claim and the filing of the coverage suit, the

10    only written communications sent by ACE to HP were (1) John Ryan's June 24, 1998

11    acknowledgement of receipt of the claim, (2) John Ryan's June 25, 1998 letter, (3) John Ryan's June

12    30, 1998 facsimile, (4) Romain Oliver Nelsen's July 14, 1998 email, (5) Thomas M. Correll's

13    October 9, 1998 facsimile. No other written communications responsive to HP's claim notice were

14    sent by ACE to HP or its counsel between HP's June 13, 1998 notice of claim and HP's filing of the

15    coverage suit. ACE never advised of the need for more time to make a determination about

16    defending.

17

18         I declare under penalty of perjury under the laws of the United States of America that the

19    foregoing is true and correct.

20         Executed at Irvine, California on this 18th day of August, 2008.

21

22

23                                           JAMES A. LOWE

24

25

26

27

28