**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ACE PROPERTY and CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant. | Case No.: 07 CV 04676 JW (RSx)<br><br>Hon. James Ware<br><br>**HP'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION # 1 FOR PARTIAL SUMMARY JUDGMENT ON ACE'S BREACH OF ITS COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>Date:         November 10, 2008<br>Time:        9:00 a.m.<br>Courtroom: 8, 4th Floor |

Pursuant to Rule 201(d) of the Federal Rules of Evidence, plaintiff Hewlett-Packard Company ("HP") respectfully requests the Court to take judicial notice of each of the following documents in its files in support of HP's Motion #1 For Partial Summary Judgment on ACE Property & Casualty Insurance Company's Breach of Its Covenant of Good Faith and Fair Dealing. The following exhibits establish facts that are known within the territorial jurisdiction of the Court because they are contained in the Court's own files and were relied upon by the Court in a related case between the same parties in this case. The facts are capable of ready determination by resort to sources whose accuracy cannot reasonably be questioned, that is, the Court's own files. *U.S. v. Howard*, 381 F.2d 873, 876 n.1 (9th Cir. 2004).

1. **Exhibit "18A"** – Excerpts of Special Master's Report and Recommendation after Remand, dated December 4, 2006 [Court Docket No. 535] in the coverage action styled as *Hewlett Packard Company v. CIGNA Property and Casualty Insurance Company*[1], Civ. No. 99-20207 SW ("Coverage Action").

2. **Exhibit "19"** – Order Adopting the December 4, 2006 Report and Recommendation of the Special Master, entered August 22, 2007 [Court Docket No. 476] in the Coverage Action.

3. **Exhibit "102"** – Order Granting HP's Motion for Summary Judgment, entered August 24, 1999 [Court Docket No. 52] in the Coverage Action.

4. **Exhibit "103"** – Order Denying HP's Motion for Partial Summary Judgment; Granting CIGNA's Request to Conduct Discovery, entered April 6, 2000 [Court Docket No. 109] in the Coverage Action.

5. **Exhibit "105A"** – Excerpts of CIGNA/ACE Insurance Policy # CXC 024869, admitted as evidence in the Coverage Action.

6. **Exhibit "111"** – CIGNA's Motion for Leave to File a Motion for Reconsideration, filed September 23, 1999 [Court Docket No. 54] in the Coverage Action.

7. **Exhibit "112"** – Declaration of Cedric Hughes in Support of HP's Opposition to

---

[1] The Court in the coverage case approved a stipulated change in the defendant's name from CIGNA Property and Casualty Insurance Company to ACE Property and Casualty Insurance company [Court Docket #229] on November 7, 2001.

CIGNA's Motion for Reconsideration, filed on February 16, 2000 [Court Docket No. 92] in the Coverage Action.

8. **Exhibit "113"** – Declaration of Burt Endsley in Support of HP's Opposition to CIGNA's Motion for Reconsideration, filed on February 16, 2000 [Court Docket No. 94] in the Coverage Action.

9. **Exhibit "145"** – HP's June 13, 1998 tender letter to CIGNA, admitted as evidence in the Coverage Action.

10. **Exhibit "158"** – a copy of the June 25, 1998 letter from John Ryan of CIGNA to HP, admitted as evidence in the Coverage Action.

11. **Exhibit "160"** – a copy of the June 30, 1998 facsimile from John Ryan of CIGNA to HP, admitted as evidence in the Coverage Action.

12. **Exhibit "178"** – Declaration of Nancy Rogers in Support of HP's Opposition to CIGNA's Motion for Reconsideration, filed on February 16, 2000 [Court Docket No. 93] in the Coverage Action.

13. **Exhibit "179"** – Declaration of Karen Sothern in Support of HP's Opposition to CIGNA's Motion for Reconsideration, filed on February 16, 2000 [Court Docket No. 87] in the Coverage Action.

14. **Exhibit "238"** – a copy of the June 24, 1998 letter from John Ryan of CIGNA to HP, admitted as evidence in the Coverage Action styled.

15. **Exhibit "239"** – a copy of the July 14, 1998 e-mail from Romain Oliver Nelsen to HP, admitted as evidence in the Coverage Action.

16. **Exhibit "240"** – a copy of the October 9, 1998 facsimile from Thomas Correll to HP, admitted as evidence in the Coverage Action.

17. **Exhibit "255"** – Order entered May 1, 2001 [Court Docket No. 186] in the Coverage Action.

18. **Exhibit "287"** – Order Granting in Part ACE's Motion for Reconsideration, entered April 6, 2000 [Court Docket No. 108] in the Coverage Action.

19. **Exhibit "843"** – Order Granting in Part CIGNA's Motion for Leave to File a Motion

1 for Reconsideration, entered October 28, 1999 [Court Docket No. 257] in the Coverage Action.

2    20.    **Exhibit "1126"** – Order Adopting April 1, 2002 Order by the Special Master, entered October 11, 2002 [Court Docket No. 312] in the Coverage Action.

4    21.    **Exhibit "1716"** – a copy of the tolling agreement that HP and ACE entered into on August 31, 2002 as a condition to HP's agreeing to dismiss its initial bad faith action, admitted as evidence in the Coverage Action.

Dated:  August 18, 2008                **GAUNTLETT & ASSOCIATES**


By: /s/ James A. Lowe
        David A. Gauntlett
        James A. Lowe

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY