# EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendant. | NO. C 99-20207 JW<br><br>ORDER ADOPTING THE DECEMBER 4, 2006 REPORT AND RECOMMENDATION OF THE SPECIAL MASTER |

After de novo review of all objections to findings of fact and conclusions of law made by the Special Master in his December 4, 2006 Report, for the reasons stated on the record, the Court adopts the Report and by this reference incorporates it in this Order. Judgment shall be entered accordingly.

Dated: August 22, 2007

JAMES WARE
United States District Judge

EXHIBIT 19