# EXHIBIT 105 A

## MULTIPLE LIABILITY POLICY

**INSURED:** Hewlett-Packard Company
**ADDRESS:** 3000 Hanover Street, Palo Alto, California 94304
☐ INDIVIDUAL   ☐ PARTNERSHIP   ☒ CORPORATION   ☐ JOINT VENTURE
**PRODUCER:** Alexander and Alexander, Inc.
**ADDRESS:** One Constitution Plaza, Boston, MA 02129
**POLICY PERIOD:** October 31, 1992 to October 31, 1993      **POLICY NO.** CXC024869
12:01 A.M. STANDARD TIME AT INSURED'S ADDRESS

**OCCUPATION:** Design, manufacture and sale of Computer Equipment and related products.
**AUDIT PERIOD:** ANNUAL, UNLESS OTHERWISE STATED
**INSURER:** CIGNA Property and Casualty Insurance Company
**ADDRESS:** 1650 Arch Street, 24th Floor, P. O. Box 7716, Philadelphia, PA 19192
*HEREINAFTER CALLED THE COMPANY*

The insurance afforded is only with respect to such of the following Parts and Coverages therein as are indicated by ☒. The limit of the Company's liability against each such Coverage shall be as stated herein, subject to all of the terms of the policy having reference thereto.

### LIMITS OF LIABILITY

| COVERAGE PARTS | Bodily Injury Liability | | Property Damage Liability | |
|---|---|---|---|---|
| | each occurrence | aggregate | each occurrence | aggregate |
| ☐ Owners', Landlords' and Tenants' Liability Insurance | | | | |
| ☐ Structural Alterations, New Construction, Demolition | | | | |
| ☐ Manufacturers' and Contractors' Liability Insurance | | | | |
| ☐ Independent Contractors | | | | |
| ☐ Completed Operations and Products Liability Insurance | | | | |
| ☒ Contractual Liability Insurance | See Form 9060 | | | |
| ☒ Comprehensive General Liability Insurance | | | | |

| | each person | each occurrence | each occurrence | |
|---|---|---|---|---|
| ☒ Comprehensive Automobile Insurance | See Form 9059 | | | |

| | Personal Liability | Personal Medical Payments | |
|---|---|---|---|
| | each occurrence | each person | each accident |
| ☐ Comprehensive Personal Insurance | | | |
| ☐ Farmer's Comprehensive Personal Insurance | | | |

| | Physical Damage to Property | Animal Collision—Farmer's Part Only |
|---|---|---|
| | each occurrence | Market Value not exceeding $300 each animal |
| | each person | each accident |
| ☐ Premises Medical Payments Insurance | | |
| ☐ Automobile Medical Payments Insurance | | |
| ☐ Insurance Against Uninsured Motorist | | |
| | aggregate | insured's participation |
| ☐ Personal Injury Liability Insurance | | |
| ☐ Automobile Physical Damage Insurance (Fleet Automatic or Non-Fleet) | (See Additional Declarations attached for Coverages and Limits of Liability) | |
| ☐ Automobile Physical Damage Insurance (Dealers) | (See Additional Declarations attached for Coverages and Limits of Liability) | |
| ☐ Garage Insurance | (See Additional Declarations attached for Coverages and Limits of Liability) | |

**Endorsements attached to policy at inception:** Manuscript policy as attached, Endorsements 1-13

During the past three years no insurer has cancelled insurance, issued to the Named Insured, similar to that afforded hereunder, unless otherwise stated herein:

**TOTAL ADVANCE PREMIUM ▶** $1,000.

If the Policy Period is more than one year and the premium is to be paid in installments, premium is payable on:

Effective Date

1st Anniversary

GC/mm 10/28/92versary

EXHIBIT
**105 A**
ALL-STATE® INTERNATIONAL

HP0000667

*Authorized Representative*

This Declarations and Coverage Part(s), with Policy Standard Provisions and Endorsements, if any, issued to form a part thereof, completes the above numbered policy.

7. <u>INSURED'S DUTIES IN THE EVENT OF OCCURRENCE, CLAIM OR SUIT</u>

   a) The Corporate Insurance Division of the Named Insured at Boston, MA up<u>on learning of any occurrence</u>, including personal injury to which this policy applies shall give written notice as soon as practicable to Alexander & Alexander, Inc., A Massachusetts Corporation, One Constitution Plaza, Boston, MA 02129 or any of its authorized agents. Such notice shall contain particulars sufficient to identify the insured and also reasonable obtainable information respecting the time, place and circumstances of occurrence, the names and addresses of the injured and o. available witnesses.

   b) The Corporate Insurance Division of the Named Insured at Boston, MA upon receipt of notice of claim of suit against the Insured shall immediately forward to the Company every demand, notice, or summons of other process so received.

   c) The insured shall cooperate with the Company and, upon the Company's request assist in making settlements, in the conduct of suits and in enforcing any rights o contribution or indemnify against any person or organization who may be liabl to the insured because of personal injury or property damage with respect t which insurance is afforded under this policy; and the insured; upon th Company's request shall attend hearings and trials and assist in securing an giving evidence and obtaining the attendance of witnesses. The insured shall no except at his own cost, voluntarily make any payment, assume any obligation o incur any expense other than for such first aid to others as shall be imperat the time of accident.

8. <u>OTHER INSURANCE</u>

   If other valid and collectible insurance with any other insurer is available to the insur covering a loss or expense also covered hereunder (except insurance purchased by t Named Insured to apply specifically in excess hereof) the insurance afforded by t policy shall be in excess of and shall not contribute with such other insurance.

   If collectible insurance under any other policy(ies) of the Company of any of subsidiary companies is available to the insured covering a loss also covered hereund the Company's total liability and that of its subsidiary companies shall in no event exce the greater or greatest limit of liability applicable to such loss under this or any su other policy(ies).

   If such other insurer shall, for any reason, refuse or fail to defend and indemnify t insured, then the Company will take over and defend and indemnify in accordance w the terms and conditions of this policy, as thought such other policy did not e However, noting contained herein shall be construed to prejudice the Company's rig against other insurer.

HP0000680