# EXHIBIT 158

W. John Ryan
Liability Specialist
Advertising Injury Unit



**CIGNA** Property
& Casualty

June 25, 1998

3875 Telegraph Road, #407
Ventura, California 93003
805-650-5959 (voice)
805-650-0800 (facsimile)
ryan@cigna.e-mail.com (e-mail)

Leo E. Lundberg, Jr., Esquire
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, California 92715

RE:   *Hewlett Packard Company v. Nu-kote International, Inc.*
      Insured: Hewlett Packard Company
      Carrier: Cigna Property & Casualty Insurance Company
      Policy No.: CXC 024869, Effective 10/31/92 - 10/31/93
      Claim No.: X054L561071-5

Dear Mr. Lundberg:

Thank you for your letter of June 24, 1998. The referenced enclosure was not included in the fax transmission so I assume it was sent by regular mail.

Our coverage ended less than three months after the subject Nu-kote products went on the market. Accordingly, as you were advised in my last letter, we need information on when Hewlett-Packard first became aware of the product and when they first said or did anything publicly about it.

The "Confidentiality Agreement" is currently being reviewed by legal counsel. I should have it back to you by next week.

Sincerely,

W. John Ryan

561071XL.068

**EXHIBIT**

**158**

ALL-STATE® INTERNATIONAL