# EXHIBIT 160

# facsimile
## TRANSMITTAL

**to:** Leo E. Lundberg, Jr., Esquire
**fax #:** 949.553.2050
**re:** Hewlett-Packard v. Nu-cote, Claim #:X054L561071-5
**date:** June 30, 1998
**pages:** 7, including this cover sheet.

Here is the executed "Confidentiality Agreement." The original will be sent by regular mail. Please sign and return signature page. I recommend that we either meet in person or by telephone to discuss what information I need.



EXHIBIT
160
ALL-STATE® INTERNATIONAL

From the desk of...

**W. John Ryan**
Liability Specialist
Cigna Property & Casualty
3875 Telegraph Road
Ventura, California 93003

805.650.5959
Fax: 805.650.0800