# EXHIBIT 178

1  GAUNTLETT & ASSOCIATES
   David A. Gauntlett (SBN 96399)
2  Dean H. McVay (SBN 149742)
   18400 Von Karman, Suite 300
3  Irvine, California  92612
   Telephone: (949) 553-1010
4  Facsimile: (949) 553-2050

5  Attorneys for Plaintiff
   HEWLETT-PACKARD COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11 HEWLETT-PACKARD COMPANY, a     ) CASE NO.: C-99-20207 SW
   corporation,                   )
12                                ) Hon. Spencer Williams
                 Plaintiff,       )
13                                ) **DECLARATION OF NANCY ROGERS**
       vs.                        ) **IN SUPPORT OF HEWLETT-PACKARD**
14                                ) **COMPANY'S OPPOSITION TO CIGNA'S**
                                  ) **MOTION FOR RECONSIDERATION**
15 CIGNA PROPERTY AND CASUALTY    )
   INSURANCE COMPANY, a corporation,) Date:    March 8, 2000
16                                ) Time:    10:00 a.m.
                 Defendant.       ) Place:   Courtroom 4
17 _____)

18

19     **[FILED UNDER SEAL PURSUANT TO COURT ORDER DATED 3/24/99]**

20

**EXHIBIT 178**
ALL-STATE® INTERNATIONAL

10191-003-02/11/2000-105717.3

DECLARATION OF NANCY ROGERS IN SUPPORT
OF HP'S OPPOSITION TO CIGNA'S MOTION
FOR RECONSIDERATION - C-99-20207 SW

I, Nancy Rogers, declare as follows:

1. I am presently an Executive Vice President with AON Risk Services of Rhode Island, located at Providence, Rhode Island. In February 1997, AON acquired the brokerage firm of Alexander & Alexander, and the two companies merged into the current AON entity.

2. I was previously employed as a Senior Vice President with Alexander & Alexander before its AON merger, from 1984 through July 1993. During that time period, Alexander & Alexander served as foreign liability insurance broker for the Hewlett-Packard Company ("HP") in 1992. I was the producer responsible for HP's decision to work with Alexander & Alexander to place HP's international liability insurance coverage during the 1992-1993 policy period.

3. I have reviewed the available records and files maintained by Alexander & Alexander and now in the possession of AON for HP's insurance coverage. Based on my personal knowledge through my involvement in the placement of HP's foreign liability insurance coverage, as well as my review of those files, I make the following statements.

4. We dealt with the Corporate Risk Management Department, located in Palo Alto, California. It was and is my understanding that those offices are HP's corporate headquarters.

5. During the 1992-1993 time frame, I worked with HP's Corporate Risk Manager to place HP's commercial general liability coverage for its international operations. After reviewing HP's insurance needs, HP instructed Alexander & Alexander to place its foreign liability program with CIGNA Property and Casualty Company ("CIGNA") in a Controlled Master Program.

6. Under the "CIGNA Controlled Master Program," CIGNA issued

a primary liability policy which served as a form of "master policy." That master policy was CIGNA Property and Casualty Ins. Co. Policy No. CXCO24869, effective October 31, 1992 to October 31, 1993 (the "Master CIGNA Policy").

7. To my knowledge, the CIGNA Controlled Master Program is the only primary liability policy HP acquired that covered its international operations as described above.

8. CIGNA issued a master policy in the United States. CIGNA issued locally-admitted policies or used its locally-admitted affiliated companies to issue policies. Premiums were then earned locally.

9. In my capacity as a Senior Vice President of Alexander & Alexander and producer of the HP international liability programs, I worked closely with CIGNA's underwriting department. My primary contact at CIGNA was Ms. Karen Sothern. To my best recollection, Ms. Sothern was the main contact at CIGNA for the placement of HP's foreign policies during the applicable 9/30/92-9/30/93 policy period.

10. I have attempted to contact Ms. Sothern by telephone to obtain copies of the HP locally-admitted policies and to request further records pertaining to HP's program from CIGNA's underwriting files. Aside from a brief voicemail message indicating that she was returning my call, Ms. Sothern and I have not spoken about this issue and I have no further historical information.

11. I have provided HP with a copy of the master policy from the 1992-1993 period along with a program summary of locally-admitted policies and premiums billed.

12. I have recalled files from storage and reviewed the records maintained by Alexander & Alexander and AON for HP's insurance

coverage. Although AON does not have the local policies, some of the correspondence and communications between my office and CIGNA over the years contain references to the policies. I have reviewed these records and provided them to HP and to the best of my recollection, have confirmed that "locally-admitted primary foreign policies" issued on HP's behalf were issued by CIGNA or its affiliate companies. A true and correct summary of those policies is as follows:

| COUNTRY | SUBSIDIARY | COVERAGE | INSURANCE COMPANY | POLICY NUMBER | POLICY PERIOD |
|---|---|---|---|---|---|
| ARGENTINA | HP ARGENTINA S.A. | CGL | CIGNA | 1132 | 10/31/92-10/31/93 |
| AUSTRALIA | HP AUSTRALIA LTD. | CGL | CIGNA | 02CL440139 | 10/31/92-10/31/93 |
| AUSTRIA | HP GESELLSCHAFT MBH | LIABILITY | CIGNA | 43-AU-350289 | 11/01/92-11/01/93 |
| BELGIUM | HP BELGIUM S.A. | PUB. & PRODS. LIABILITY | CIGNA | 0007004144 | 11/01/92-11/01/93 |
| DENMARK | HEWLETT-PACKARD A/S | CGL | CIGNA | 22 0090 0725 | 10/31/92-10/31/93 |
| FINLAND | HEWLETT-PACKARD OV | CGL | CIGNA | 10 770 190 6 | 10/31/92-10/31/93 |
| FRANCE | HP FRANCE | CGL | CIGNA | 5 323 485 | 11/01/92-11/01/93 |
| GERMANY | HEWLETT-PACKARD GmbH | GENERAL LIABILITY | CIGNA | 43 GE 550088 | 10/31/92-10/31/93 |
| GREECE | HEWLETT-PACKARD HELLA | CGL | CIGNA | 41000229 | 10/31/92-10/31/93 |
| HONG KONG | HP HONG KONG | GL | CIGNA | HCL0568988/91 | 10/31/92-10/31/93 |
| IRELAND | HP IRELAND LTD. | PUBLIC/ PRODUCTS LIAB. | CIGNA-AFIA EIRE | ITP 54658 | 11/01/92-10/31/93 |
| ITALY | HP ITALIANA S.P.A. | CGL & WORK COMP. | CIGNA | 722850590928C | 10/31/92-10/31/93 |
| JAPAN | YOKOGAWA HP LTD. | CGL | CIGNA | 930CGL 319339-5 | 10/31/92-10/31/93 |

| COUNTRY | SUBSIDIARY | COVERAGE | INSURANCE COMPANY | POLICY NUMBER | POLICY PERIOD |
|---|---|---|---|---|---|
| KOREA | SAMSUNG HP | CGL | CIGNA | 20074 | 10/31/92-10/31/93 |
| MALAYSIA | HP PENANG SDN. BHD. | CGL | INA[1] | ICN-809830/92 | 01/01/92-12/31/93 |
| MEXICO | HP DE MEXICO S.A. | CGL | CIGNA | 7759 | 10/31/92-10/31/93 |
| NETHERLANDS | HP NEDERLAND B.V. | COMM. & INDUSTR. LIAB. | CIGNA | 27-829-0800 | 10/31/92-10/31/93 |
| NEW ZEALAND | HP (NZ) LIMITED | PUBLIC LIABILITY | CIGNA | AGEL 362105 | 10/31/92-10/31/93 |
| NORWAY | HP NORGE A/S | CGL | CIGNA | 44NY 20041 | 10/31/92-10/31/93 |
| PORTUGAL | HP PORTUGAL S.A. | CGL | CIGNA | 1300001579 | 10/31/92-10/31/93 |
| SINGAPORE | HP SINGAPORE PTE | CGL | INA | 705 50602 | 11/01/92-10/31/93 |
| SPAIN | HP ESPANOLA, S.A. | CGL | CIGNA | 1301 100 546 | 11/01/92-11/01/93 |
| SWEDEN | HP SVERIGE AB | CGL | CIGNA | 22 S 20027 | 10/31/92-10/31/93 |
| SWITZERLAND | HEWLETT-PACKARD S.A. | GL | CIGNA | 435W0879 | 10/30/92-10/30/93 |
| TAIWAN | HP TAIWAN LTD. | CGL | CIGNA | 0500 265 2050 | 10/30/92-10/30/93 |
| THAILAND | HP THAILAND LTD. | CGL | CIGNA | CPL00078 | 11/01/92-11/01/93 |
| TURKEY | HP BILGISAYAR | 3RD PARTY & PROD. LIAB. | AK SIGORTA[2] | 111K 116 387 | 10/31/92-10/31/93 |
| U.K. | HEWLETT-PACKARD LTD. | PUBLIC/PRODUCTS LIABILITY | CIGNA | 47 UK202608 | 10/31/92-10/31/93 |
| VENEZUELA | HP DE VENEZUELA | CGL | ST. PAUL[3] | 2455 | 10/31/92-10/31/93 |

---

[1] INA is a CIGNA affiliate.

[2] CIGNA reinsured the AK Sigorta policy limits 100%.

[3] CIGNA reinsured the St. Paul policy limits 100%.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14 day of February, 2000, at Providence, Rhode Island.

*Nancy Rogers*
*Nancy E. Rogers*
NANCY ROGERS