# EXHIBIT 179

THOMAS M. CORRELL [SBN 108773]
**LEWIS, D'AMATO, BRISBOIS & BISGAARD** LLP
550 West C Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile : ((619) 233-8627

-and-

RALPH ZAPPALA [SBN 102052]
**LEWIS, D'AMATO, BRISBOIS & BISGAARD** LLP
One Sansome Street, Ste. 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile : (415) 434-0882

Attorneys for Defendant
CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT PACKARD COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>CIGNA PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>   Defendant. | Case No. C-99-20207 SW<br><br>Hon. Spencer Williams<br><br>**DECLARATION OF KAREN SOTHERN IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OF AUGUST 24, 1999 ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: March 8, 2000<br>Time: 10:00 a.m.<br>Place: Courtroom 4 |

I, KAREN SOTHERN, declare as follows:

1.   From 1993 to 1995 I was the Business Development Manager for International Risks for the CIGNA Property and Casualty Insurance Company. I held this position during all relevant times when the foreign general liability policies were issued to Hewlett-Packard Company, including Policy No. CXC024869 and its renewals. In my capacity as the Business Development Manager for International Risks for the CIGNA Property and Casualty Insurance

**EXHIBIT 179**
ALL-STATE® INTERNATIONAL

-2-
SOTHERN DECLARATION IN SUPPORT OF MOTION FOR RECONSIDERATION CASE NO.C-99-2027 SW

1. Company, I have personal knowledge of the facts stated in this declaration. I am currently Vice President, General Manager, East Region for ACE U.S. International I make this declaration in support of CIGNA Property and Casualty Insurance Company Motion For Reconsideration of Court's August 1999 Order Regarding Plaintiff's Motion for Partial Summary Judgment in this action.

2. The CIGNA Property and Casualty Insurance Company ("CIGNA") policy number CXC024869 entitled "The Comprehensive General And Automobile Liability Policy: Foreign" is a master policy intended to be excess and fill the gaps over policies issued in countries which require locally admitted insurers to issue policies. In those countries where a CIGNA Company is locally admitted, that CIGNA Company will quote and issue a policy to Hewlett Packard. Hewlett Packard, however, has the option of obtaining coverage with any admitted carrier. CIGNA does not always have a locally admitted facility in every country in which Hewlett Packard does business. Generally, the locally admitted policies only apply to claims made in the foreign jurisdiction.

3. CIGNA has completed a diligent search of its underwriting records and storage facilities but has been unable to locate all records relating to the Hewlett Packard Foreign Liability coverage program.

4. Unless and until CIGNA obtains all records and has an opportunity to examine all Hewlett Packard policies in place in all jurisdictions in which the alleged unfair competition occurred, it is not able to determine whether there is other applicable insurance which may apply to the alleged loss in question. Also, in order to make a determination as to whether there is other applicable insurance which may apply to the alleged loss in question CIGNA must have information regarding which foreign jurisdictions the claimant alleges that the unfair competition occurred.

5. The undersigned has not been provided with information to determine whether the alleged unfair competition occurred in a specific foreign jurisdiction and cannot make a determination whether there is other applicable insurance which may apply to the alleged loss in question.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct. Executed this ____ day of February, 2000, at Boston, Massachusetts.

*Karen V. Sothern*
KAREN SOTHERN