# EXHIBIT 843

SEALED BY ORDER OF COURT

ORIGINAL FILED
OCT 2 8 1999
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEWLETT-PACKARD COMPANY,  ) Civ. No. 99-20207 SW
        Plaintiff,  )
                      ) ORDER GRANTING IN PART
    v.                ) DEFENDANT'S MOTION FOR LEAVE
                      ) TO FILE A MOTION FOR
CIGNA PROPERTY AND CASUALTY ) RECONSIDERATION
INSURANCE COMPANY,  )
        Defendant.  )

    Defendant Cigna Property and Casualty Insurance Company ("Cigna") seeks leave to file a motion for reconsideration pursuant to Civil L.R. 7-9(a) of the Court's order granting Plaintiff Hewlett Packard's ("HP") motion for summary adjudication that Cigna owed it the duty to defend in an underlying case. Having considered the motion and opposition thereto, the Court GRANTS the motion as follows.

    (1) Cigna argues that the Court has yet to address the impact of Judge Ware's Order in the <u>Nu-kote</u> litigation which purportedly "eliminated" any potentially covered claim before coverage was tendered to Cigna. The motion for reconsideration is DENIED as to this issue.

SEALED BY ORDER OF COURT


EXHIBIT
843
ALL-STATE® INTERNATIONAL

C0007712

(2) Cigna argues that the Court has yet to address HP's failure to establish exhaustion of the primary foreign policies. The motion is GRANTED as to this issue. Cigna must clarify precisely what, if any, further discovery on this issue is necessary.

(3) Cigna argues that the Court has yet to address the effect of HP's own breach of contract in refusing to provide documents requested by HP. Cigna states that HP has refused to provide Cigna with copies of documents so that Cigna can properly, and with full knowledge of the facts, analyze coverage. If Cigna requires further discovery of documents, it has leave of the Court to explain precisely what further discovery it seeks. To paraphrase what the Court said in its previous Order, if examination of newly revealed documents show that HP's delayed tender caused prejudice, Cigna may later raise that issue by way of a motion for summary judgment.

IT IS SO ORDERED.

DATE: 10/26/99

*Spencer Williams*
SPENCER WILLIAMS
United States District Judge

SEALED BY ORDER OF COURT

2

C0007713