```
 1  MARK WOOD (SBN 41640)
    JOHN F. DAUM (SBN 118453)
 2  STEVEN H. BERGMAN (SBN 180542)
    O'MELVENY & MYERS LLP
 3  400 South Hope Street
    Los Angeles, California 90071-2899
 4  Telephone:  213-430-6000
    Facsimile:  213-430-6407
 5
    ROBERT J. ROMERO (SBN 136539)
 6  BRADLEY M. ZAMCZYK (SBN: 151753)
    ERICA TEAGARDEN (SBN: 242067)
 7  HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
 8  San Francisco, California 94111
    Telephone:  415-362-6000
 9  Facsimile:  415-834-9070

10  Attorneys for Defendant
    ACE PROPERTY & CASUALTY
11  INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PER FRCP 12(B)(6) OR, IN THE ALTERNATIVE, MOTION TO STRIKE PER FRCP RULE 12(F)**<br><br>Date:  November 10, 2008<br>Time:  9:00 a.m.<br>CTRM:  8<br>JUDGE:  Hon. James Ware |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON November 10, 2008, or as soon thereafter as the matter may be heard in the above entitled court, located at 280 South 1st Street, San Jose, California, Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY ("ACE") will move the court to dismiss the action pursuant to FRCP 12(b)(6) because HEWLETT-PACKARD COMPANY'S ("HP") Second Amended Complaint for breach of

1
NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR MOTION TO STRIKE PER FRCP RULE 12(F)– Case No. C07-04676 JW

the implied covenant of good faith and fair dealing fails to state a claim upon which relief can be granted, on the grounds that:

 (1) HP's Second Amended Complaint remains barred by the Code of Civil Procedure section 339(1) two year statute of limitations and this Court's June 12, 2008 Order; and,

 (2) HP's Second Amended Complaint only seeks damages (*Brandt* fees and punitive damages) that are not recoverable contract damages as a matter of law.

In the alternative, defendant moves to strike the following paragraphs of the SAC:

 (1) Paragraphs 18-19, 50, 53-55, 59, 62-64, 68, 71-73, 77, 80-82, 86, 89-91, 95, 98-100, 104, 107-109, 113, 116-118, 122, 125-127, 131, 134-136, 140-143, 150-153, and p. 18:16-22, seeking attorneys' fees and punitive damages, are barred by the Court's June 12, 2008 Order and are not available breach of contract remedies;

 (2) Paragraphs 137-153, HP's eleventh and twelfth counts, are barred by the absolute litigation privilege of California Code of Civil Procedure 47(b) and this Court's June 12, 2008 Order; and,

 (3) Paragraphs 21-26, 29-30, 33, 46-50, 54, 57-59, 63, 66-68, 72, 75-77, 81, 84-86, 90, 93-95, 99, 102-104, 108, 111-113, 117, 120-123, 126, 129-131, 135, are barred by the absolute litigation privilege of California Civil Code section 47(b) and this Court's June 12, 2008 Order.

This motion will be based on this Notice of Motion and Motion, the Request for Judicial Notice, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

DATED: August 18, 2008  HINSHAW & CULBERTSON LLP

ROBERT J. ROMERO
BRADLEY M. ZAMCZYK
ERICA TEAGARDEN
*Attorneys for Defendant*, ACE PROPERTY & CASUALTY INSURANCE COMPANY

2

NOTICE OF MOTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED OR MOTION TO STRIKE PER FRCP RULE 12(F)– Case No. C07-04676 JW