MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  213-430-6000
Facsimile:   213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:  415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PER FRCP 12(B)(6) OR, IN THE ALTERNATIVE, MOTION TO STRIKE PER FRCP 12(F)**<br><br>Date:    November 10, 2008<br>Time:    9:00 a.m.<br>CTRM:   8<br>JUDGE: Hon. James Ware |

Pursuant to Federal Rule of Evidence 201, Defendant, ACE PROPERTY AND CASUALTY INSURANCE COMPANY ("ACE") hereby requests the Court to take judicial notice of the following records, filing and documents:

1. This Court's June 12, 2008 Order GRANTING ACE's Motion to Dismiss With Leave to Amend. A true and correct copy of this Order is attached hereto as Exhibit 1.

2. Plaintiff's complaint filed in United States District Court for the Northern District Case No. C02-1847 JW RS ARB on April 17, 2002. A true and correct copy of

1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OR MOTION TO STRIKE PER FRCP 12(F) – Case No. C07-04676 JW

1  HP's 2002 Bad Faith Complaint is attached hereto as Exhibit 2.

2      3.    Plaintiff's complaint filed in United States District Court for the Northern District Case No. 5:07-cv-04676-JW on September 11, 2007. A true and correct copy of HP's September 11, 2007 Bad Faith Complaint is attached hereto as Exhibit 3.

3      4.    Plaintiff's complaint filed in the United States District Court for the Northern District Case No. 5:07-cv-04676-JW on November 20, 2007. A true and correct copy of HP's November 20, 2007 First Amended Bad Faith Complaint (with cited exhibits) is attached hereto as Exhibit 4.

4      5.    Plaintiff's Supplemental Brief on Reserved Issues filed in the United States District Court for the Northern District Case No. 5:99-cv-20207-JW on August 10, 2007. A true and correct copy of HP's Supplemental Brief is attached hereto as Exhibit 5.

DATED: August 18, 2008

HINSHAW & CULBERTSON LLP

ROBERT J. ROMERO
BRADLEY M. ZAMCZYK
ERICA TEAGARDEN
*Attorneys for Defendant*, ACE PROPERTY & CASUALTY INSURANCE COMPANY

2974210v1   885915