MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: 213-430-6000
Facsimile: 213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) OR, IN THE ALTERNATIVE, MOTION TO STRIKE PER FRCP RULE 12(F)**<br><br>Date: November 10, 2008<br>Time: 9:00 a.m.<br>CTRM: 8<br>JUDGE: Hon. James Ware |

Defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY's motion to dismiss plaintiff's Second Amended Complaint for breach of the implied covenant of good faith and fair dealing pursuant to FRCP Rule 12(b)(6) came on for hearing on November 10, 2008, at 9:00 a.m., in Courtroom 8 of the above-entitled court, before The Honorable James Ware. Robert J. Romero and Steven H. Bergman appearing on behalf of defendant ACE PROPERTY & CASUALTY INSURANCE COMPANY and David A. Gauntlett and/or

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6) OR, IN THE ALTERNATIVE, MOTION TO STRIKE PER FRCP RULE 12(F)– Case No. C07-04676 JW

James A. Lowe appearing on behalf of plaintiff HEWLETT-PACKARD COMPANY. Good cause appearing,

Defendant's Motion to Dismiss plaintiff's Second Amended Complaint is GRANTED. The Second Amended Complaint fails to state a claim upon which relief can be granted.

Based on the foregoing, defendant's motion to strike is MOOT.

IT IS SO ORDERED.

DATED: November __, 2008

> THE HONORABLE JAMES WARE
> United States District Court
> Northern District of California

2974348v1   885915