MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 118453)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  213-430-6000
Facsimile:  213-430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN: 151753)
ERICA TEAGARDEN (SBN: 242067)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California 94111
Telephone:  415-362-6000
Facsimile:  415-834-9070

Attorneys for Defendant
ACE PROPERTY & CASUALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation,<br><br>Defendant. | Case No. C07-04676 JW<br><br>Hon. Magistrate Judge Richard Seeborg<br><br>**ACE'S REPLY TO HP'S OBJECTIONS TO THE DECLARATION OF BRADLEY M. ZAMCZYK IN SUPPORT OF ACE'S MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY**<br><br>DATE:  September 3, 2008<br>TIME:  9:30 a.m.<br>DEPT:  Courtroom 4, 5th Floor |

ACE Property and Casualty Insurance Company (hereafter "ACE") hereby responds to Hewlett-Packard Company's (hereafter "HP") objections to the Declaration of Bradley M. Zamczyk submitted in support of ACE's motion for a protective order staying all discovery.

1.  **Zamczyk Declaration ¶¶ 22-23**

HP objects that there is no foundation regarding the issuance, terms or substance of the "Mach 8, 2008" [*sic*] order. This objection is unfounded. HP admits, in its Opposition brief, that the Court issued an order staying all discovery. (Opp. at 2:10 & n.6.) The terms of

1

ACE'S REPLY TO HP'S OBJECTIONS TO DECLARATION OF BRADLEY M. ZAMCZYK IN SUPPORT OF ACE'S MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY – Case No. C07-04676 JW

1  the Order are set forth in the transcript of the hearing. (RJN Exh. C, Transcript at 48-50.)

2  **2.    Zamczyk Declaration 3:27-4:1**

3  HP objects to speculation about contents and merits of potential motion to dismiss that has not been filed. This objection should be disregarded. ACE filed a Motion to Dismiss HP's Second Amended Complaint on August 18, 2008.

**3.    Zamczyk Declaration 4:19-23**

HP objects to ACE's argument that HP's demands for discovery responses and requests for meet and confers on discovery were "without any basis," because, HP claims, "the stay of discovery pending the outcome of ACE's prior motion to dismiss HP's First Amended Complaint was terminated by operation of law when the prior motion to dismiss was granted."

This objection should be disregarded. HP's statement that the stay of discovery was terminated by operation of law is unfounded and argumentative. It posits a legal conclusion regarding the effect of the June 12, 2008 Order, which HP fails to support with factual evidence or legal analysis.

DATED: August 20, 2008

HINSHAW & CULBERTSON LLP

_____
ROBERT J. ROMERO
BRADLEY M. ZAMCZYK
ERICA TEAGARDEN
*Attorneys for Defendant*, ACE PROPERTY & CASUALTY INSURANCE COMPANY

2974438v1   885915

2

ACE'S REPLY TO HP'S OBJECTIONS TO DECLARATION OF BRADLEY M. ZAMCZYK IN SUPPORT OF ACE'S MOTION FOR PROTECTIVE ORDER STAYING ALL DISCOVERY – Case No. C07-04676 JW