MARK WOOD (SBN 41640)
JOHN F. DAUM (SBN 52313)
STEVEN H. BERGMAN (SBN 180542)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

ROBERT J. ROMERO (SBN 136539)
BRADLEY M. ZAMCZYK (SBN 151753)
ERICA TEAGARDEN (SBN 242067)
HINSHAW & CULBERTSON
One California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

Attorneys for Defendant
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Defendant. | Case No. C 07-04676-JW<br><br>**DEFENDANT ACE PROPERTY AND CASUALTY INSURANCE COMPANY'S OBJECTION TO PLAINTIFF HEWLETT PACKARD COMPANY'S SUPPLEMENTAL REPLY RE MOTIONS TO COMPEL NOS. 1 & 2 FOR VIOLATING CAL. R. CT. 8.1115**<br><br>Date: September 3, 2008<br>Time: 9:30 a.m.<br>Place: Courtroom 4, 5th Floor |

## OBJECTION

Defendant ACE Property & Casualty Insurance Company ("ACE") hereby objects to Plaintiff Hewlett-Packard Company's ("Plaintiff") Supplemental Reply re Motions to Compel Nos. 1 & 2 as follows:

1. ACE objects to Page 8, Lines 10-19 of HP's Supplemental Reply pursuant to Cal. R. Ct. 8.1115(a) which provides that except for situations that do not apply here, "an opinion of a California Court of Appeal or superior court appellate division that is not certified for publication or ordered published must not be cited or relied on by a court or a party in any other action."

The case that HP cites, discusses, quotes and argues from on Page 8, Lines 10-19 of the Supplemental Reply is an unpublished opinion of the California Court of Appeal. HP is not offering the case for one of the approved exceptions under Cal. R. Ct. 8.1115(b) ( to show *res judicata*, collateral estoppel or claim preclusion or for disciplinary purposes) and its use of the euphemism "Docketed Case" does not provide a means of avoiding Cal. R. Ct. 8.1115. The Ninth Circuit has previously held that Federal Courts may not cite to or rely upon unpublished opinions of the California Court of Appeal for any purpose. *See Elwood v. Aid Ins. Co.*, 880 F.2d 204, 208 n.4 (9th Cir. 1989) (applying predecessor rule to Cal. R. Ct. 8.1115). Therefore, this Court may not consider the cited case or HP's argument based on that case on Page 8, Lines 10-19.

2. ACE objects to Page 12, Line 8 through Page 13, Line 8 of HP's Supplemental Reply pursuant to Cal. R. Ct. 8.1115(a) which provides that except for situations that do not apply here, "an opinion of a California Court of Appeal or superior court appellate division that is not certified for publication or ordered published must not be cited or relied on by a court or a party in any other action."

The case that HP cites, discusses, quotes and argues from on Page 12, Line 8 though Page 13, Line 8 is an unpublished opinion of the California Court of Appeal, and for the reasons set forth above, this Court may not consider the case or HP's arguments based on the unpublished opinion. *See Elwood*, 880 F.2d at 208 n.4.

1   ACE reserves its right to assert additional objections or seek other
2  appropriate remedies based on HP's violation of applicable Federal and State rules in its
3  Supplemental Reply.

4
5  Dated: August 28, 2008                    Respectfully submitted,

6                                            MARK WOOD
                                             JOHN F. DAUM
7                                            STEVEN H. BERGMAN
                                             O'MELVENY & MYERS LLP

8                                            ROBERT J. ROMERO
                                             BRADLEY ZAMCZYK
9                                            ERICA TEAGARDEN
                                             HINSHAW & CULBERTSON
10

11
                                             By:  /Steven H. Bergman/
12                                                Steven H. Bergman

13                                           Attorneys for Defendant
                                             ACE PROPERTY AND CASUALTY
14                                           INSURANCE COMPANY