| | |
|---|---|
| 1 | MARK WOOD [SBN 41640] |
| | JOHN F. DAUM [SBN 52313] |
| 2 | MARTIN S. CHECOV [SBN 96901] |
| | STEVEN H. BERGMAN [SBN 180542] |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 4 | Los Angeles, California 90071-2899 |
| | Telephone: (213) 430-6000 |
| 5 | Facsimile: (213) 430-6407 |
| 6 | ROBERT J. ROMERO [SBN 136539] |
| | BRADLEY M. ZAMCZYK [SBN 151753] |
| 7 | ERICA TEAGARDEN (SBN 151753) |
| | HINSHAW & CULBERTSON LLP |
| 8 | One California Street, 18th Floor |
| | San Francisco, California 94111 |
| 9 | Telephone: (415) 362-6000 |
| | Facsimile: (415) 834-9070 |
| 10 | |
| 11 | Attorneys for Defendant |
| | ACE PROPERTY AND CASUALTY |
| | INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | Case No. C07-04676-W |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Date: September 3, 2008 |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation, | Time: 9:30 a.m. |
| | Place: Courtroom 4, 5th Floor |
| Defendant. | |

PROOF OF SERVICE

## PROOF OF SERVICE

I, Maria Zita Chua, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, California 90071-2899. On August 28, 2008, I served the within document:

**DEFENDANT ACE PROPERTY AND CASUALTY INSURANCE COMPANY'S OBJECTION TO PLAINTIFF HEWLETT PACKARD COMPANY'S SUPPLEMENTAL REPLY RE MOTIONS TO COMPEL NOS. 1 & 2 FOR VIOLATING CAL. R. CT. 8.1115**

[x]  By ECF: by USDC Live System-Document Filing System on all interested parties registered for e-filing.

**David A. Gauntlett, Esq.
James A. Lowe, Esq.
Kory S. Booth, Esq.
Gauntlett & Associates
18400 Von Karman, Suite 300
Irvine, CA 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050**

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on August 28, 2008, at Los Angeles, California.

_/s/  Maria Zita Chua_
Maria Zita Chua

LA2:867653.1

PROOF OF SERVICE