MARK WOOD [SBN 41640]
JOHN F. DAUM [SBN 118453]
MARTIN S. CHECOV [SBN 96901]
STEVEN H. BERGMAN SBN [180542]
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, California 90071-2899
Telephone (213) 430-6000
Facsimile (213) 430-6407

ROBERT J. ROMERO [SBN 136539]
BRADLEY M. ZAMCZYK [SBN 151753]
**HINSHAW & CULBERTSON LLP**
One California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 362-6000
Facsimile: (415) 834-9070

Attorneys for Defendant
ACE PROPERTY AND CASUALTY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 07-CV-04676-JW<br><br>**DECLARATION OF BRADLEY M. ZAMCZYK IN SUPPORT OF ACE PROPERTY AND CASUALTY INSURANCE COMPANY'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR CASE MANAGEMENT CONFERENCE** |

I, Bradley M. Zamczyk, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the state of California and I am admitted to practice before this United States District Court for the Northern District of California.

2. I am a partner in the law firm of Hinshaw & Culbertson LLP, counsel of record for ACE Property and Casualty Insurance Company ("ACE") in the above-captioned case and I have been personally involved in the representation of ACE in this case. As such, I have personal knowledge of the facts stated in this declaration and could testify competently to them if called upon as a witness.

3. On August 26, 2008, Robert J. Romero, Steven H. Bergman and I telephoned James Lowe, counsel for Hewlett Packard Company ("HP") in this matter. During the call, we informed Mr. Lowe of ACE's issues with the timing of HP's Motion #1 for Partial Summary Judgment, and requested that Mr. Lowe stipulate to a request for a Case Management Conference to establish a schedule for hearing motions ("requested stipulation"). Mr. Lowe initially refused to enter the requested stipulation, but later agreed to discuss the requested stipulation with his clients.

4. During the August 26, 2008 telephone conversation, we told Mr. Lowe that ACE would file a Miscellaneous Administrative Request for a Case Management Conference if HP refused to enter into the requested stipulation.

5. On August 28, 2008, I received an email from Mr. Lowe advising that HP refused to enter into the requested stipulation.

6. As established in ACE's Miscellaneous Administrative Request, good cause exists for the scheduling of a Case Management Conference on September 8, 2008, September 15, 2008, or September 22, 2008 to establish a schedule for hearing motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2008, at San Francisco, California.

_/s/ Bradley M. Zamczyk_
BRADLEY M. ZAMCZYK