UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __17min__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__                           DATE: __9/3/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                                  CASE #: __C 07-04676JW__

CASE TITLE: __HEWLETT-PACKARD COMPANY__ VS. __ACE PROPERTY & CASUALTY COMPANY__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

__JAMES A. LOWE__                         __STEVEN H. BERGMAN__

**TODAY'S PROCEEDINGS**

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{X }    { }    { }    1. __TO COMPEL__
{ }     {X }   { }    2. __FOR PROTECTIVE ORDER__
{ }     { }    { }    3. _____
{ }     { }    { }    4. _____

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments: __MATTER IS ARGUED BY COUNSEL.  THE COURT WILL ISSUE A WRITTEN ORDER.__