**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
Andrew M. Sussman (SBN 112418)
*ams@gauntlettlaw.com*
Kory S. Booth (SBN 188960)
*ksb@gauntlettlaw.com*
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> ACE PROPERTY and CASUALTY INSURANCE COMPANY, a Pennsylvania corporation, <br><br> Defendant. | Case No.: 07 CV 04676 JW (RSx) <br><br> Hon. James Ware <br><br> **DECLARATION OF JAMES A. LOWE IN OPPOSITION TO ACE'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR CASE MANAGEMENT CONFERENCE** |

I, JAMES A. LOWE, declare as follows:

1.    I am a partner with Gauntlett & Associates and one of the attorneys for Hewlett-Packard Company ("HP"), the plaintiff in this lawsuit.

2.    The facts set forth in this declaration are of my own personal knowledge, and I could competently testify to them if called as a witness.

3.    On September 3, 2008, HP's Motion Nos. 1 and 2 to Compel Production of Documents by defendant ACE Property and Casualty Insurance Company ("ACE"), and ACE's Motion for stay of discovery, were heard in the United States District Court, Northern District of California, San Jose Division, by Magistrate Judge Richard Seeborg.  He considered ACE's contention that this Court's stay of discovery, orally issued from the bench by Judge Ware on March 11, 2008, should remain in place.

4.    By Order entered on September 4, 2008 [Docket No. 77], Magistrate Judge Seeborg ruled that at the March 11, 2008 hearing the Court (Judge Ware presiding) "did not expressly indicate whether the stay would remain in place through the resolution of all pleading motions or instead be lifted after the initial motion to dismiss was adjudicated."  Magistrate Judge Seeborg then ruled that the stay should remain in place "until the pleadings are finalized one way or the other." HP intends to seek this Court's review of the ruling in the near future.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Irvine, California on this 4th day of September, 2008.

_____
JAMES A. LOWE