1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) ) ) Case No. 07-CV-04676-JW (RSx) |
| | ) Hon. James Ware |
| Plaintiff, | ) ) |
| vs. | ) **[PROPOSED] ORDER DENYING ACE'S** ) **MISCELLANEOUS ADMINISTRATIVE** ) **REQUEST FOR CASE MANAGEMENT** |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation, | ) **CONFERENCE** ) ) ) |
| | ) ) |
| Defendant. | ) ) |

1    Having considered the miscellaneous administrative request for a case management

2 conference filed by defendant ACE Property & Casualty Insurance Company ("ACE") and the

3 opposition filed by plaintiff Hewlett Packard Company ("HP") and good cause appearing, IT IS

4 ORDERED:

5    1.    ACE's motion to dismiss HP's second amended complaint, and HP's Motion for

6 Partial Summary Judgment ("MPSJ"), presently are both set to be heard before this Court on

7 November 10, 2008.  The legal issues raised by both motions (including but not limited to the statute

8 of limitations and litigation privilege issues) substantially overlap.  Judicial efficiency and economy

9 will be furthered by preparing for and hearing both motions at the same time.  Accordingly, there is

10 good cause for the motions to remain on calendar as scheduled, and there is no good cause to

11 continue the hearing of the MPSJ until after ACE's motion to dismiss is heard.  Accordingly, ACE's

12 miscellaneous administrative motion for case management conference is DENIED.

13

14 Dated: _____    _____

15                                  HON. JAMES WARE
                                 UNITED STATES DISTRICT JUDGE

16

17 Presented by:

18 **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)

19 James A. Lowe (SBN 214383)
Andrew M. Sussman (SBN 112418)

20 Kory S. Booth (SBN 188960)
18400 Von Karman, Suite 300

21 Irvine, California  92612
Telephone:  (949) 553-1010

22 Facsimile:  (949) 553-2050

23 Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

24

25

26

27

28

1    **[PROPOSED] ORDER DENYING ACE'S MISC. ADMIN.
REQUEST FOR CASE MANAGEMENT CONFERENCE**