1 | **GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
2 | James A. Lowe (SBN 214383)
*jal@gauntlettlaw.com*
3 | Andrew M. Sussman (SBN 112418)
*ams@gauntlettlaw.com*
4 | Kory S. Booth (SBN 188960)
*ksb@gauntlettlaw.com*
5 | 18400 Von Karman, Suite 300
Irvine, California 92612
6 | Telephone: (949) 553-1010
Facsimile: (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| HEWLETT-PACKARD COMPANY, a Delaware corporation, | ) Case No.: 07-CV-04676-JW (RSx) |
|---|---|
| Plaintiff, | ) Hon. James Ware |
| vs. | ) **HEWLETT-PACKARD COMPANY'S REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO ACE'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR CASE MANAGEMENT CONFERENCE** |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendant. | |

10191-031-9/4/2008-162684.1

**HP'S REQUEST FOR JUDICIAL NOTICE
– No. 07-CV-04676-JW (RSx)**

Pursuant to Rule 201 of the Federal Rules of Evidence, plaintiff Hewlett-Packard Company ("HP") requests the Court to take judicial notice of the following documents, the originals of which are filed with this Court in connection with this lawsuit.

1. HP's Memorandum of Points and Authorities in support of its Motion for Partial Summary Judgment, presently set to be heard by this Court on November 10, 2008, filed in this lawsuit on August 18, 2008 [Docket No. 65].

2. ACE Property and Casualty Insurance Company's ("ACE's") Memorandum of Points and Authorities in support of its Motion to Dismiss HP's Second Amended Complaint, presently also set to be heard by this Court on November 10, 2008, filed in this lawsuit on August 10, 2008 [Docket No. 68].

3. HP's Second Amended Complaint (*sans* exhibits), filed in this lawsuit on June 30, 2008 [Docket No. 53].

4. This Court's Order entered in this lawsuit on June 12, 2008 [Docket No. 52].

Dated: September 4, 2008.          **GAUNTLETT & ASSOCIATES**

By:    s/ James A. Lowe
    David A. Gauntlett
    James A. Lowe
    Andrew M. Sussman
    Kory S. Booth

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY