**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
jal@gauntlettlaw.com
Andrew M. Sussman (SBN 112418)
ams@gauntlettlaw.com
Kory S. Booth (SBN 188960)
ksb@gauntlettlaw.com
18400 Von Karman, Suite 300
Irvine, California  92612
Telephone:  (949) 553-1010
Facsimile:   (949) 553-2050

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware corporation, | Case No.: 07-CV-04676-JW (RSx) |
| Plaintiff, | Hon. James Ware |
| vs. | **HEWLETT-PACKARD'S OBJECTIONS TO DECLARATION OF BRADLEY M. ZAMCZYK IN OPPOSITION TO ACE'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR CASE MANAGEMENT CONFERENCE** |
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendant. | |

Hewlett-Packard Company respectfully objects to the following portions of the Declaration of Bradley M. Zamczyk submitted by ACE Property & Casualty Insurance Company on August 29, 2008 in support of its Miscellaneous Administrative Request for Case Management Conference [Docket No. 74-2].

1. Zamczyk Decl., 1:22-24: "As established in ACE's miscellaneous administrative request, good cause exists for the scheduling of a Case Management Conference on September 8, 2008, September 15, 2008, or September 22, 2008 to establish a schedule for hearing motions." Objections: Legal conclusion and no foundation as to existence or not of "good cause."

Dated: September 4, 2008.

**GAUNTLETT & ASSOCIATES**

By: ___s/ James A. Lowe_____
    David A. Gauntlett
    James A. Lowe
    Andrew M. Sussman
    Kory S. Booth

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY