IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Hewlett-Packard Co., | NO. C 07-04676 JW |
| Plaintiff,<br>v. | **ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S ORDER** |
| ACE Property & Casualty Insurance Co., | |
| Defendant. | |

Presently before the Court are Plaintiff's Objections to Magistrate Judge's Order Granting Discovery Stay. (Docket Item No. 81.) Magistrate Judge Seeborg issued a Discovery Order (Docket Item No. 77) on September 4, 2008. Plaintiff filed a timely objection. Fed. R. Civ. P. 72(a). Plaintiff contends that Judge Seeborg's September 4 Order was based on a misinterpretation of the terms of a discovery stay set in place by the Court on March 11, 2008.

The Court must consider timely objections and modify or set aside any part of a magistrate judge's order that is clearly erroneous or is contrary to law. Fed. R. Civ. P. 72(a).

Upon review of the transcript of the March 11 hearing,[1] in which the Court ordered the stay of discovery, the Court finds that Judge Seeborg's interpretation of the terms of the stay was not clearly erroneous. At the March 11 hearing, the Court never stated, as Plaintiff contends, that the stay would be automatically lifted pending resolution of Defendant's first Motion to Dismiss. In his Order, Judge Seeborg noted that the Court's comments reflect "the intent that the stay remain in

---

[1] (See Docket Item No. 44.)

1  place until the pleadings are finalized one way or another." (Discovery Order at 3-4.) Judge
2  Seeborg appropriately reasoned that, because another Motion to Dismiss is set to be heard on
3  November 10, 2008, the stay should remain in effect until that motion is resolved.
4      The Court finds that Judge Seeborg's Discovery Order was not clearly erroneous.
5  Accordingly, the Court OVERRULES Plaintiff's Objections to Magistrate Judge's Order Granting
6  Discovery Stay.

8  Dated: October 1, 2008

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley Marc Zamczyk bzamczyk@hinshawlaw.com
David A. Gauntlett info@gauntlettlaw.com
James A. Lowe jal@gauntlettlaw.com
Kory Shawn Booth ksb@gauntlettlaw.com
Robert John Romero rromero@hinshawlaw.com
Steven H. Bergman sbergman@omm.com

**Dated: October 1, 2008**                                   **Richard W. Wieking, Clerk**

                                                                 **By:    /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                         **Courtroom Deputy**